**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| **LATHONIA BENNETT** ) | **CIVIL ACTION NO. 4:26-CV-01034-** |
| ) | **JD-PJG** |
| **PLAINTIFF,** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **WILLIAMSBURG COUNTY; WILLIAMSBURG** ) | |
| **COUNTY COUNCIL; KELVIN WASHINGTON,** ) | |
| **COUNTY SUPERVISOR, IN HIS OFFICIAL** ) | |
| **CAPACITY; HIXON COPP, DIRECTOR OF** ) | **AMANDA SHULER'S ANSWERS TO** |
| **ECONOMIC DEVELOPMENT, IN HIS OFFICIAL** ) | **LOCAL CIVIL RULE 26.01** |
| **CAPACITY; AMANDA SHULER, COUNTY** ) | **INTERROGATORIES** |
| **ATTORNEY, IN HER OFFICIAL CAPACITY;** ) | |
| **WILLIAMSBURG COUNTY ECONOMIC** ) | |
| **DEVELOPMENT BOARD; WILLIAMSBURG** ) | |
| **COUNTY DEVELOPMENT CORPORATION** ) | |
| **(WCDC),** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| _____ ) | |

Defendant Amanda Shuler ("Ms. Shuler") answers the Local Civ. Rule (D.S.C.) 26.01

Interrogatories, including disclosures required by Rule 7.1, FRCivP, as follows:

**A.     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

ANSWER:     Ms. Shuler is not aware of any such interests.

**B.     As to each claim, state whether it should be tried jury or nonjury and why.**

ANSWER:     There is apparently some confusion about whether a jury trial has been previously requested or not. In the original state court action, now removed to this court, Plaintiff checked the box for "NON-JURY TRIAL demanded in complaint." In response to Rule 26.01, however, other defendants, upon removing the action, stated "Plaintiff and Defendants have requested a jury trial." Defendant Ms. Shuler does not separately on her own behalf demand a jury trial.

**C.     State whether the party submitting these responses is a publicly owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent or more of the party's stock; (2) each publicly-owned**

1

HSB #12181358 v1

**company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent or more of the outstanding shares.**

ANSWER:    The defendant submitting these responses is an individual, natural person.

**D.    State the basis for asserting your claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

ANSWER:    Ms. Shuler does not challenge the appropriateness of the division.

**E.    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?**

ANSWER:    There are none, to the knowledge of Ms. Shuler.

**F.    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

ANSWER:    The defendant is properly identified.

**G.    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

ANSWER:    Ms. Shuler does not at this time make such a contention.

**H.    In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor.  This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

ANSWER:    Not applicable.

Respectfully submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

By:    s/Steve A. Matthews
      Steve A. Matthews
      Federal ID No. 5119
      smatthews@hsblawfirm.com
1201 Main Street  (29201-3226)
P.O. Box 11889  (29211-1889)
Columbia, South Carolina
803.540.7827

March 17, 2026                    *Counsel for Amanda Shuler*

HSB #12181358 v1                    2