IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

---

Lathonia Bennett, DDS, Plaintiff,

v.

Williamsburg County; Williamsburg County Council; Kelvin Washington, County Supervisor, in his official and individual capacities; Hixon Copp, Director of Economic Development, in his official and individual capacities; Amanda Shuler, County Attorney, in her official and individual capacities; Williamsburg County Economic Development Board; Williamsburg County Development Corporation (WCDC), Defendants.

---

Civil Action No.: 4:26-cv-01034-JD-PJG

## PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS,

## INTERROGATORIES, AND REQUESTS FOR ADMISSION

## WITH SUPPLEMENTAL THIRD-PARTY SUBPOENA ROADMAP

*Directed to All Defendants and Identified Third-Party Targets*

*Constitutional Claims: First, Fourth, Fifth, and Fourteenth Amendments — 42 U.S.C. §§*

*1983, 1985(3) — SC FOIA*

*Governance Capture Network: NESA Pipeline — Santee Electric — WCDC — County Council — State Legislators*

## INSTRUCTIONS AND DEFINITIONS

A. These discovery requests are directed to all named Defendants and, through subpoena and third-party process where appropriate, to the identified non-party actors. All responses are governed by Fed. R. Civ. P. 26, 33, 34, and 36.

B. The relevant time period is January 1, 2015 through the present unless a narrower period is specified. The documented conspiracy began at minimum with the NESA founding pipeline that placed Ronald D. Carter Jr. (NESA Director of Operations) and Hixon Copp (NESA Director of Research and Special Projects) into Williamsburg County governance positions, and extended through the SSRC Agreement (April 18, 2023), Ordinance 2025-12/Project Splitshot (January 20, 2026), and the ongoing FOIA obstruction during active federal litigation.

C. Key Definitions. "NESA" = North Eastern Strategic Alliance. "SSRC Agreement" = Ordinance 2023-05, April 18, 2023, Williamsburg County / Kingstree West 115 LLC. "Project Leiden" = SSRC transaction. "Project Splitshot" = PRET Advanced Materials LLC, Ordinance 2025-12. "The Circle" = Washington's admission that Dr. Bennett lacked "a footprint" and was "not in the circle." "Act 41" = SC Energy Security Act, H.3309, signed May 12, 2025. "Ingka" = Ingka Group and all affiliates including Kingstree West 115 LLC, Ingka Investments, and Ingka Forest Investments. "FMU Pipeline" = the institutional pathway from Francis

Marion University (President Fred Carter, NESA co-founder) through NESA to Williamsburg County governance positions held by FMU alumni Carter Jr. and Copp.

D. All requests seek documents in any form including emails, text messages, voicemails, handwritten notes, memoranda, meeting minutes, calendars, contracts, and electronically stored information. Any destruction of potentially relevant documents after February 9, 2026 may give rise to sanctions under Fed. R. Civ. P. 37.

## GOVERNANCE CAPTURE FRAMEWORK — STRATEGIC CONTEXT FOR ALL REQUESTS

The following requests are organized around a documented governance capture network in which the same small group of individuals simultaneously controls: (1) Williamsburg County Council — legislative and appropriations authority; (2) WCDC — economic development gating and financial disbursement; (3) NESA — regional development pipeline and personnel placement; (4) Santee Electric Cooperative — utility economic development support and project approval pipeline; (5) WCEDB — county economic development board; and (6) the state legislative network through which the regulatory framework enabling these projects was enacted. No independent institutional check exists at any level of this network. The following actors are identified by role, conflict, and specific discovery targets:

| Actor | Roles / Institutions | Conflict / Constitutional significance | Priority | Status |
|---|---|---|---|---|
| Sam Floyd | County Council Vice Chair + Santee Electric Board Attorney | Voted on SSRC/PRET while paid as Santee Electric attorney — undisclosed dual role; Ten Governors vs. Kingstree West vote inconsistency | Critical | Named defendant or add as defendant |
| Kelvin Washington | County Supervisor + WCDC Vice Chair | "Circle" admission; ordered Copp not to meet Dr. Bennett; signed SSRC with blank parcel; directed law enforcement September 8, 2025 | Critical | Named defendant or add as defendant |

| Actor | Roles / Institutions | Conflict / Constitutional significance | Priority | Status |
|---|---|---|---|---|
| Ronald D. Carter Jr. | Santee Electric Manager Econ Dev + WCDC Treasurer + Former NESA Dir. Operations + FMU alumnus | Confirmed gatekeeping pipeline in writing; falsely declared JustUs CPP nonexistent during active litigation; controls WCDC finances | Critical | Named defendant or add as defendant |
| Hixon Copp | WCEDB Exec. Dir. + County Econ Dev Dir. + Former NESA Dir. Research + WCDC co-member | Signed unlawful FOIA demand during active litigation; executed exclusion of Dr. Bennett per Washington order; testifies before council omitting environmental harm information | Critical | Named defendant or add as defendant |
| Amanda Shuler | County Attorney + WCDC legal advisor — undisclosed dual role | Inherited Jenkinson structural conflict; ratified 12-month exclusion in writing; cited Home Rule Act multiple times, deliberately ignored; advised conduct she knew was unlawful | Critical | Named defendant or add as defendant |
| W.E. Jenkinson III | Former County Attorney + WCDC Secretary simultaneously | Served both sides of MCA creating the governance structure; HSB (where Fred Carter's son Luke works) drafted the conflicted document | High | Rule 45 subpoena target |
| Andy McKnight Sr. | WCEDB Chairman + Santee Electric Trustee Dist.5 + Central Electric Power Cooperative Exec. | Chairs the county development board and sits on utility boards that financially benefit from every commercial project approved through that board | High | Rule 45 subpoena target |
| Stan Williamson | WCDC Chairman + 30+ year Santee Electric career + Kingstree Town Council | WCDC Chairman and Treasurer both Santee Electric connected simultaneously; no independent WCDC governance possible | High | Rule 45 subpoena target |
| Sen. Ronnie Sabb | Former Santee Electric General Counsel (~1997–2017) + State Senator District 32 (Williamsburg County) | Carried 20 years of Santee Electric institutional knowledge into Senate seat covering same county; Dr. Bennett's WRCOG request routed to him without disclosure of prior relationship | High | Rule 45 subpoena target |
| Fred Carter (FMU) | NESA Co-founder/Co-chair (2001) + FMU President + Father of Luke Carter (HSB attorney defending Shuler/WCDC) | Institutional architect connecting NESA founding → FMU alumni pipeline (Carter Jr., Copp) → Santee Electric/WCDC → HSB defense bar through son Luke Carter | High | Rule 45 subpoena target |
| Sen. Yancey McGill | NESA Founding Member/Co-chair + Former SC Senator + NESA SC Chair | Co-founded NESA with Fred Carter; connected to PSC Commissioner Justin Williams; legislative pipeline from NESA to state solar policy | Med | Rule 45 subpoena target |
| Roger Kirby | SC House District 101 (Williamsburg County) + Former Florence County Planning/Zoning Commission + Realtor/Appraiser | District covers Williamsburg County; professional expertise in zoning/land use; 2024 SC Chamber Legislator of Year; letters of support not provided for JustUs CPP grant applications | Med | Rule 45 subpoena target |

## PART I: REQUESTS FOR PRODUCTION OF DOCUMENTS

### A. Defendants Washington, Copp, Shuler, WCDC, and WCEDB

1. All communications between Washington and Copp referencing Dr. Bennett, JustUs CPP, or any instruction not to meet with or engage Dr. Bennett, January 1, 2020 through present. [1st Amendment; § 1985(3)]

1.b All Personnel Records for Kelvin Washington, Amanda Shuler, and Hixon Copp

2. All calendar records and attendance logs for September 8, 2025, including all records of law enforcement direction at the council meeting and the self-rescission after Councilman Lee's objection. [4th Amendment; 1st Amendment]

3. All communications between Washington and Ronald D. Carter Jr. referencing economic development decisions or the routing of development support through county-approved channels, January 1, 2019 through present. [14th Amendment; § 1985(3)]

4. All communications with Ingka Group, Kingstree West 115 LLC, Ingka Investments, Ingka Forest Investments, Sunworks NC LLC, or Maynard Nexsen re: Project Leiden and the SSRC Agreement. [5th Amendment; § 1985(3)]

5. All communications referencing PRET Advanced Materials LLC, Project Splitshot, Ordinance 2025-12, or any PFAS, contamination, or environmental history associated with PRET in Georgetown County. [5th Amendment; state-created danger]

6. All FOIA requests received from Dr. Bennett or JustUs CPP with all responses, fee calculations, and related internal communications, 2023 through present. [SC FOIA; 1st Amendment]

7. All WCEDB and WCDC board meeting minutes, agendas, and communications, 2015 through present. [14th Amendment; § 1985(3); Monell]

8. All records of economic development assistance, letters of support, incentives, tax abatements, and partnership arrangements provided to any applicant, 2019 through

present — all applications received and all decisions made. [14th Amendment equal protection]

9. All communications using the phrases "footprint," "circle," or substantially similar language regarding community access to county resources, 2018 through present. [14th Amendment; § 1985(3)]

10. All legal opinions provided by Shuler re: FOIA obligations, fee structures, BZA enabling, SPD enabling, or Dr. Bennett's five governance resolutions. [SC FOIA; 14th Amendment; 1st Amendment]

11. All records of Shuler's dual representation of the County and WCDC, including engagement letters, scope of representation, and disclosure or non-disclosure of the dual role. [§ 1985(3); conflict of interest predicate]

12. All records documenting every occasion on which the South Carolina Home Rule Act, S.C. Code Ann. § 4-9-10 et seq., was cited to any defendant, and all responses thereto. [14th Amendment; mandatory duty predicate]

13. All Copp testimony transcripts, notes, or summaries from County Council sessions from January 1, 2020 through present, including all sessions at which environmental impacts of industrial or solar companies were discussed. [14th Amendment; state-created danger; Home Rule Act duty to provide complete information]

### B. Sam Floyd — Conflict of Interest and Dual Role

*Sam Floyd is a County Council member and simultaneously the board attorney for Santee Electric Cooperative. He voted on the SSRC Agreement, Project Leiden, and*

*Project Splitshot while being paid legal fees by the utility that financially benefits from those approvals.*

14. All Santee Electric Cooperative retainer agreements, fee records, and legal services invoices for Floyd's board attorney services, 2015 through present. [SC Ethics Act; § 1985(3); equal protection]

15. All communications between Floyd and Santee Electric referencing any County Council vote involving solar development, SSRC, FILOT agreements, industrial development, or any matter in which Santee Electric has a financial interest, 2015 through present. [SC Ethics Act; § 1985(3)]

16. All Floyd recusal records, communications with counsel regarding recusal obligations, and any ethics opinions obtained regarding the dual role, 2015 through present. [SC Ethics Act; § 1985(3) predicate]

17. All records of Floyd's vote on the Ten Governors Solar project versus his vote on Ordinance 2023-05 (Project Leiden/Kingstree West), including all pre-vote communications and deliberations for each. [14th Amendment equal protection; § 1985(3)]

18. All communications between Floyd and Smith Robinson or HSB referencing the challenged transactions or Williamsburg County development decisions, 2019 through present. [§ 1985(3); structural conflict]

19. All Floyd communications as Santee Electric board attorney referencing the SSRC Agreement, Kingstree West/East, PRET, Act 41, or any solar development in Williamsburg County. [§ 1985(3); 5th Amendment]

### C. W.E. Jenkinson III — Dual Role Architecture

*Jenkinson served simultaneously as County Attorney and WCDC Secretary — on both sides of the Mutual Cooperation Agreement. HSB drafted the MCA. Luke Carter, son of NESA co-founder Fred Carter, is an HSB attorney.*

20. All records of Jenkinson's simultaneous service as County Attorney and WCDC Secretary, including dates of both roles and any disclosure or recusal records. [§ 1985(3); conflict predicate]

21. All records of Jenkinson's participation in negotiation, drafting, or execution of the February 1, 2021 Mutual Cooperation Agreement, on behalf of either the County or WCDC. [§ 1985(3); Monell]

22. All communications between Jenkinson and HSB attorneys (including Will Johnson and Luke Carter) referencing the MCA, WCDC governance, or the challenged transactions. [§ 1985(3); Luke Carter/HSB structural conflict]

23. All legal opinions provided by Jenkinson regarding economic development gating decisions, WCDC operations, or community access to county development resources. [14th Amendment; § 1985(3)]

### D. NESA — North Eastern Strategic Alliance (Non-Party, Rule 45 Subpoena)

*NESA is currently a non-party discovery target. Based on evidence obtained, Plaintiff reserves the right to add NESA as a defendant under § 1985(3) and the state actor doctrine. NESA's interlocking membership with County Council, WCDC, and Santee Electric satisfies the Brentwood Academy standard for state actor status.*

24. All founding records 2000–2001, including co-chair agreements (Fred Carter/FMU and Ronald Ingle/CCU), Executive Committee membership records, and all records reflecting roles of Yancey McGill, Hugh Leatherman, and other founding members. [§ 1985(3) architecture]

25. All NESA board minutes 2000 through present reflecting participation by any County Council member, county official, or Santee Electric representative. [§ 1985(3); governance capture predicate]

26. All personnel records for Ronald D. Carter Jr. as NESA Director of Operations, including hiring records, performance records, and records of his placement into the Santee Electric Manager of Economic Development position. [§ 1985(3) pipeline]

27. All personnel records for Hixon Copp as NESA Director of Research and Special Projects, including hiring records and records of his placement into the WCEDB Executive Director position. [§ 1985(3) pipeline]

28. All NESA board communications referencing Williamsburg County, Project Leiden, Kingstree West/East, PRET, Santee Electric, or any solar or industrial development project in the NESA service region, 2015 through present. [§ 1985(3); 5th Amendment]

29. All NESA communications with G. Murrell Smith Jr., PSC Commissioner Justin Williams, Sen. Yancey McGill, or Sen. Ronnie Sabb referencing Act 41, CPCN exemptions, or solar development in Williamsburg County. [§ 1985(3); 5th Amendment]

30. All NESA communications referencing Dr. Bennett, JustUs CPP, or any community development initiative in Williamsburg County, 2015 through present. [14th Amendment; § 1985(3)]

### E. Sen. Ronnie Sabb — Revolving Door and Contamination Knowledge

*Sabb served as Santee Electric's general counsel for approximately twenty years, then became the State Senator for District 32 covering Williamsburg County — carrying institutional knowledge of contamination, waterway quality, and community health into elected office.*

31. All Santee Electric general counsel records from Sabb's tenure referencing waterway contamination, well water quality, fishing advisories, or community health in or adjacent to Williamsburg County, 1997 through 2017. [5th Amendment; 14th Amendment; state-created danger; wrongful death predicate]

32. All Santee Electric general counsel records referencing Wellman Industries, Nan Ya Plastics Corporation America (TRI Facility ID 29560NNYPLHWY52), or any industrial contamination source in or adjacent to Williamsburg County, 1997 through 2017. [5th Amendment; wrongful death predicate]

33. All communications between Sabb's Senate office and WRCOG referencing any planning request, inquiry, or correspondence from or about Dr. Bennett or JustUs CPP. [1st Amendment; § 1985(3)]

34. All records of Sabb's disclosure or non-disclosure of his prior Santee Electric general counsel relationship when Dr. Bennett's planning request was received and routed through his office. [§ 1985(3); conflict predicate]

35. All Senate communications between Sabb and Speaker Smith, PSC Commissioner Justin Williams, or Sen. Yancey McGill referencing Williamsburg County development, Act 41, or the challenged transactions. [§ 1985(3); 5th Amendment]

### F. Representative Roger Kirby — Legislative Non-Support and Network Alignment

*Kirby represents SC House District 101 covering Williamsburg County. He is a realtor and appraiser with Florence County Planning and Zoning Commission experience — professional expertise directly relevant to the anti-zoning covenant and BZA absence at the center of this case. He was named 2024 SC Chamber Legislator of Year for his pro-business agenda.*

36. All communications between Kirby and any Williamsburg County official, including Washington, Copp, or Shuler, referencing Dr. Bennett, JustUs CPP, letters of support, or community development applications, 2020 through present. [1st Amendment; 14th Amendment; tortious interference]

37. All communications between Kirby and Santee Electric, NESA, Ingka Group, Smith Robinson, or HSB referencing Williamsburg County development decisions, the SSRC Agreement, or Project Splitshot. [§ 1985(3); 5th Amendment]

38. All records reflecting whether Kirby was solicited for, declined to provide, or failed to respond to any letter of support request for JustUs CPP's USDA, HOME, FCC, or other federal grant applications. [Tortious interference; 14th Amendment]

39. All communications between Kirby and Speaker Smith referencing Act 41, CPCN exemptions, solar development in Williamsburg County, or the challenged transactions. [§ 1985(3); 5th Amendment]

40. All Kirby Planning and Zoning Commission records from his Florence County service referencing solar development, utility-scale projects, or land use approvals in the Pee Dee region. [14th Amendment equal protection; professional knowledge predicate]

## G. Ingka Group and Affiliates — Surveillance History and Due Diligence

*In June 2021, a French court convicted Ingka Group's French subsidiary of fraudulently gathering personal data, spying on employees and customers, and paying for access to police files. The former CEO received a suspended jail term. Kingstree West 115 LLC is an Ingka affiliate. County and legal counsel due diligence records regarding this conviction are directly relevant.*

41. All due diligence records maintained by Williamsburg County, Smith Robinson, or HSB prior to execution of the SSRC Agreement concerning Ingka Group's institutional history, including any awareness of the June 2021 French court conviction. [14th Amendment; § 1985(3); equal protection predicate]

42. All communications between Ingka Group, Ingka Investments, Ingka Forest Investments, or Kingstree West 115 LLC and any Williamsburg County official referencing community information access, citizen concerns, or any surveillance or data collection activity, 2021 through present. [14th Amendment; § 1985(3)]

43. All Ingka communications referencing the June 2021 French court conviction and any steps taken to mitigate reputational risk in connection with the Williamsburg County SSRC Agreement. [§ 1985(3); pattern of institutional conduct]

## H. Additional Institutional Targets — PSC, DHEC, Will Johnson/HSB

44. All PSC records re: Kingstree West 115 LLC and Kingstree East — all filings, orders, and correspondence. All PSC records re: CPCN exemptions under Act 41 for Williamsburg County. All records referencing Commissioners Justin Williams and Cheryl Lane and the Kingstree solar projects. [5th Amendment; § 1985(3)]

45. All DHEC/SCDES NPDES permits, discharge monitoring reports, inspection records, and contamination advisories for Nan Ya Plastics Corporation America, Lake City, SC (TRI ID 29560NNYPLHWY52) from 1990 through present, and all records of Wellman Industries contamination in or adjacent to Williamsburg County. [5th Amendment; state-created danger; wrongful death predicate]

46. All HSB communications re: SSRC Agreement drafting 2022–2023, including the March 1, 2023 Chikhliker email to which Will Johnson was copied. All HSB conflict check records for the representation of Shuler and WCDC, including any recusal screen for Luke Carter given that his father Fred Carter co-founded NESA, the institutional architecture at issue in this case. [§ 1985(3); structural conflict]

## PART II: INTERROGATORIES

**Directed to All Named Defendants Individually**

1. Identify every person who participated in decisions to deny, delay, or condition Dr. Bennett's FOIA requests, stating each person's role, the specific request affected, and the legal authority cited. [SC FOIA; 1st Amendment]

2. Identify every economic development application, letter of support request, or partnership inquiry received from any person or organization in Williamsburg County from 2019 through present, and for each: (a) applicant identity; (b) nature of request; (c) outcome; (d) decision-maker; (e) whether commercially or community-development oriented. [14th Amendment equal protection]

3. Identify every person present at the September 8, 2025 Council meeting when law enforcement officers were directed toward Dr. Bennett, describe all communications preceding that event, and explain the basis for the self-rescission following Councilman Lee's objection. [4th Amendment; 1st Amendment]

4. Describe the complete process by which the SSRC Agreement was negotiated, drafted, reviewed, and approved, identifying every person who participated and every person who reviewed the document before Council voted on it with a blank Exhibit A. State when each participant first learned of the hydrogen, battery, ammonia, and industrial uses referenced in the March 1, 2023 Chikhliker email. [5th Amendment; § 1985(3)]

5. Describe in full Sam Floyd's role as Santee Electric board attorney, including (a) the date his representation commenced; (b) the annual fees received; (c) all County Council votes he participated in involving matters in which Santee Electric had a financial interest; and (d) all recusal determinations made or not made regarding those votes. [SC Ethics Act; § 1985(3)]

6. Identify every person at Santee Electric, NESA, WCEDB, or WCDC who had knowledge of waterway contamination, well water quality issues, or fishing

advisories in or adjacent to Williamsburg County prior to approval of PRET Advanced Materials through Ordinance 2025-12, and describe all steps taken to disclose or withhold that information. [5th Amendment; state-created danger; wrongful death predicate]

7. Identify every County Council member who simultaneously served on the NESA board, the WCDC board, or any Santee Electric board or committee at any time from 2015 through present, and describe each dual role in detail. [§ 1985(3); governance capture predicate]

8. Describe W.E. Jenkinson III's simultaneous service as County Attorney and WCDC Secretary, including (a) the dates of both roles; (b) his participation in negotiating the Mutual Cooperation Agreement on behalf of both parties; and (c) any disclosure of the conflict to County Council or the public. [§ 1985(3); Monell]

9. Describe in full every communication between any county official and Representative Roger Kirby referencing Dr. Bennett, JustUs CPP, letters of support for any federal grant application, or any community development initiative in Williamsburg County, 2020 through present. [14th Amendment; tortious interference]

10. Describe in full every communication between any county official and Senator Ronnie Sabb referencing Dr. Bennett, JustUs CPP, or any community development initiative, from the date of Sabb's election to the Senate through present, including all communications routing Dr. Bennett's WRCOG planning request to Sabb's office. [§ 1985(3); 1st Amendment]

11. Identify the complete membership, officers, and governance structure of the WCDC board from 2015 through present, identifying all persons who served simultaneously on WCDC and in any County Council, NESA, Santee Electric, or other public/private capacity. [§ 1985(3); Monell] Confirmation it was created by the McGill Family.

12. State all due diligence conducted by Williamsburg County prior to execution of the SSRC Agreement regarding Ingka Group's institutional history, including any awareness of the June 2021 French court conviction for spying on employees and customers. [14th Amendment; equal protection; institutional character]

13. **Identify all unknown and unnamed investors in Ingka, PRET, Palmetto Synthetics, Williamsburg Count Development Holdings, and any projects or funding endorse or approved county official in the last 30 years**

## PART III: REQUESTS FOR ADMISSION
### Directed to All Named Defendants

1. Admit that Washington communicated to Dr. Bennett's consultant that she lacked "a footprint" in Williamsburg County and was "not in the circle." [14th Amendment; § 1985(3)]

2. Admit that Washington personally directed or authorized the direction of law enforcement officers toward Dr. Bennett at the September 8, 2025 Council meeting. [4th Amendment; 1st Amendment]

3. Admit that Washington personally instructed Copp not to meet with Dr. Bennett or her representatives. [1st Amendment; § 1985(3)]

4. Admit that Copp's March 31, 2026 FOIA response conditioned any records search on prepayment of $438.75 with no statutory basis. [SC FOIA; 1st Amendment]

5. Admit that Exhibit A to Ordinance 2023-05 contained only "[To be inserted]" when County Council voted to approve it. [5th Amendment; 14th Amendment]

6. Admit that Section 2.03(b) of the SSRC Agreement binds Williamsburg County to avoid Land Development Regulations limiting solar use for thirty consecutive tax years. [5th Amendment; takings predicate]

7. Admit that the March 1, 2023 Chikhliker email referenced hydrogen production, battery storage, ammonia, steel, and aluminum manufacturing as contemplated SSRC uses, and that this was not disclosed to County Council or the public. [5th Amendment; § 1985(3)]

8. Admit that Ronald D. Carter Jr. serves simultaneously as Santee Electric Manager of Economic Development and WCDC Treasurer. [§ 1985(3); Monell]

9. Admit that Sam Floyd serves simultaneously as a County Council member and as board attorney for Santee Electric Cooperative. [SC Ethics Act; § 1985(3)]

10. Admit that Floyd did not formally recuse himself from the vote on the SSRC Agreement despite his role as Santee Electric board attorney. [SC Ethics Act; § 1985(3)]

11. Admit that Hixon Copp previously served as NESA's Director of Research and Special Projects before becoming WCEDB Executive Director. [§ 1985(3) pipeline]

12. Admit that Ronald D. Carter Jr. previously served as NESA's Director of Operations before his current position at Santee Electric. [§ 1985(3) pipeline]

13. Admit that W.E. Jenkinson III served simultaneously as County Attorney and WCDC Secretary. [§ 1985(3); conflict predicate]

14. Admit that Dr. Bennett's five governance resolutions submitted for February 17, 2026 were not formally voted upon, referred, or otherwise acted upon. [1st Amendment; 14th Amendment]

15. Admit that commercial proposals including the SSRC Agreement and Ordinance 2025-12 were assigned ordinance numbers, received readings, and were voted upon during the same period that Dr. Bennett's resolutions received no action. [14th Amendment equal protection]

16. Admit that NESA was co-founded in 2000–2001 by Francis Marion University President Fred Carter and that Ron Carter Jr. served as NESA's Director of Operations before joining Santee Electric. [§ 1985(3) pipeline predicate]

17. Admit that Fred Carter's son Luke Carter is an attorney at Haynsworth Sinkler Boyd, the firm that represents Amanda Shuler and WCDC in this litigation. [Structural conflict of interest; § 1985(3)]

18. Admit that Williamsburg County does not have countywide zoning as of the date of this admission. [5th Amendment; 14th Amendment]

19. Admit that the Ingka Group's French subsidiary was convicted by a French court in June 2021 of fraudulently gathering personal data by spying on employees and customers, and that the former CEO received a suspended jail term. [Institutional character; equal protection predicate]

## PART IV: THIRD-PARTY SUBPOENA ROADMAP

### 1. NESA — North Eastern Strategic Alliance

*Priority 1 — Potential defendant. NESA's interlocking membership with County Council, WCDC, and Santee Electric satisfies Brentwood Academy state actor standard. All founding records, board minutes, personnel pipeline records, and project communications.*

- All founding records 2000–2001 including co-chair agreements (Fred Carter + Ronald Ingle), Executive Committee membership, and role of Yancey McGill and Hugh Leatherman
- All board minutes 2015–present reflecting participation by County Council members, county officials, or Santee Electric representatives
- Ron Carter Jr. and Copp personnel pipeline records — hiring, placement into current roles, and all communications with FMU, Santee Electric, or Williamsburg County regarding those placements
- All NESA communications referencing Williamsburg County development decisions, the challenged transactions, or Dr. Bennett/JustUs CPP

### 2. Sam Floyd — Santee Electric Board Attorney Records

*Priority 1 — Ethics Act violation predicate and § 1985(3) overt act.*

- All Santee Electric retainer agreements, fee invoices, and legal services records, 2015–present
- All communications as Santee Electric attorney referencing SSRC, Kingstree West/East, PRET, or any Council vote in which Santee Electric had a financial interest
- All recusal records and ethics opinions obtained regarding the dual role
- Ten Governors Solar vs. Kingstree West vote record and all pre-vote communications for each

### 3. Sen. Ronnie Sabb — Santee Electric General Counsel Records and Senate

### Communications

*Priority 1 — Contamination knowledge predicate and revolving door conflict.*

- All Santee Electric general counsel records re: waterway contamination, well water quality, fishing advisories, and community health in or adjacent to Williamsburg County, 1997–2017
- All records re: Wellman Industries and Nan Ya Plastics Corporation America (TRI ID 29560NNYPLHWY52) contamination during his tenure
- All Senate office records re: routing of Dr. Bennett's WRCOG planning request and any disclosure of prior Santee Electric relationship
- All Senate communications with Speaker Smith, PSC Commissioner Justin Williams, or Yancey McGill re: Act 41 and Williamsburg County

### 4. Representative Roger Kirby — Legislative Non-Support and Network

### Communications

*Priority 2 — Tortious interference and equal protection predicate; professional expertise in zoning/land use makes his silence on the anti-zoning covenant directly relevant.*

- All communications with Washington, Copp, Shuler, or any county official re: Dr. Bennett, JustUs CPP, or community development applications, 2020–present
- All records of any letter of support request received from JustUs CPP and any response or non-response to such request
- All communications with Santee Electric, NESA, Ingka Group, Smith Robinson, or HSB re: Williamsburg County development decisions or the challenged transactions
- All communications with Speaker Smith re: Act 41, CPCN exemptions, or solar development in Williamsburg County
- Florence County Planning and Zoning Commission records referencing solar development or utility-scale projects in the Pee Dee region

### 5. G. Murrell Smith Jr. / Smith Robinson (Non-Privileged Private Conduct Only)

- All Smith Robinson communications (non-privileged) re: SSRC Agreement, Project Leiden, PRET, or any Williamsburg County transaction, 2019–2026
- All H.3309/Act 41 communications between Smith Robinson clients and legislative staff re: CPCN exemptions, Santee Electric, or Williamsburg County
- All conflict check records for county defendant representation given Smith's co-founding role
- All communications with PSC Commissioners Justin Williams and Cheryl Lane re: Kingstree solar projects or Act 41

### 6. Will Johnson / HSB — SSRC Drafting, WCDC Architecture, Luke Carter Conflict Screen

- All HSB communications re: SSRC Agreement 2022–2023, including Chikhliker March 1, 2023 email to which Johnson was copied (Exhibit D)
- All HSB records re: blank Exhibit A in Ordinance 2023-05 — who knew, when, and what was done
- All HSB records re: February 1, 2021 Mutual Cooperation Agreement including all drafting notes left in executed public document
- All Luke Carter (HSB attorney, son of NESA co-founder Fred Carter) recusal screen records for this matter — any ethical wall or conflict screening implemented regarding his father's NESA role

### 7. PSC — Justin Williams and Cheryl Lane

- All PSC records re: Kingstree West 115 LLC and Kingstree East — all filings, applications, orders, and correspondence
- All PSC records re: Cheryl Lane's involvement in Kingstree solar project permitting
- All PSC records re: CPCN exemptions under Act 41 for Williamsburg County transmission infrastructure
- All PSC communications with NESA, Santee Electric, Speaker Smith, or Sen. Yancey McGill re: Kingstree solar projects or Act 41

### 8. Gilleon Frieson

- All communications with Chikhliker/Maynard Nexsen re: Project Leiden and the SSRC Agreement
- All records disclosing or not disclosing the March 1, 2023 hydrogen email to County Council, public, or DHEC
- All records of Frieson's role in SSRC negotiation, execution, and community notification

## 9. DHEC/SCDES and EPA — Contamination Records

- All NPDES permits, discharge monitoring reports, inspection records, violation notices, and community notification records for Nan Ya Plastics Corporation America, Lake City, SC (TRI ID 29560NNYPLHWY52) from 1990 through present
- All records of Wellman Industries contamination in or adjacent to Williamsburg County, including any communications with county leadership or Santee Electric general counsel during Sabb's tenure
- All DHEC records re: PRET Advanced Materials LLC environmental history in Georgetown County, SC
- All contamination advisories, fishing advisories, and well water advisories for waterways in or adjacent to Williamsburg County from 2000 through present

## PART V: CONSTITUTIONAL CLAIM TO DISCOVERY MAP

| Constitutional claim | Authority | Primary targets | Request numbers | Evidentiary predicate |
|---|---|---|---|---|
| 1st Amendment Retaliation | § 1983 | Washington, Copp (individual); Floyd (SC Ethics) | RFP 1-3,6,13,14-19; Int.1,3,5,9,10; RFA 1-4 | Video law enforcement direction; unlawful FOIA demand during litigation; order not to meet; Floyd vote while paid by Santee Electric |
| 4th Amendment — Unlawful Show of Authority | § 1983 | Washington (individual) | RFP 2; Int.3; RFA 2 | September 8, 2025 — law enforcement directed at Dr. Bennett during protected petitioning; self-rescission after Councilman Lee objection |
| 5th Amendment Takings / Inverse Condemnation | § 1983; Penn Central | County, Washington, WCDC; 3P; Chikhliker, FWS, DHEC | RFP 4,5,41-46; Int.4,6,12; RFA 5-7,18 | SSRC blank parcel; anti-zoning covenant; 15,000-acre segmentation; PFAS/contamination concealment |
| 14th Amendment Equal Protection (Race, Gender, Class-of-One) | § 1983; Olech; Ingka surveillance conviction | All defendants; Floyd; Kirby; Ron Carter; NESA | RFP 8,9,36-40; Int.2,7,9; RFA 8,15,19 | Ingka (convicted surveillance entity) received full cooperation including anti-zoning covenant; Dr. Bennett (Black woman, born/raised in WC) received 12-month stonewalling |
| 14th Amendment Due Process | § 1983; Mathews; | All defendants; DHEC; PSC; Floyd | RFP 5,10,12,13,44,45; Int.6,12; RFA 5,7 | FOIA statutory entitlement denied, PFAS concealment = state-created danger; |

| Constitutional claim | Authority | Primary targets | Request numbers | Evidentiary predicate |
|---|---|---|---|---|
| | Home Rule Act | | | Home Rule Act obligation ignored: Copp testimony omitting environmental harm |
| § 1985(3) Conspiracy — Race, Gender, Capacity Bias | § 1985(3); Griffin v. Breckenridge | All defendants: NESA; Ron Carter; Floyd; Sabb; McGill; Smith; Kirby; Fred Carter; Luke Carter/HSB | RFP 7,13,18,24-30,35,39; Int.4,7,8,10,11; RFA 8,9,11-13,16,17 | NESA pipeline places Carter/Copp; "circle" admission; Floyd dual role; Jenkinson dual role; Sabb revolving door; Fred Carter/Luke Carter HSB connection; coordinated multi-actor exclusion across six institutions |
| SC FOIA + Mandamus | § 30-4-30; 28 U.S.C. § 1361 | Copp, WCDC, Shuler | RFP 6.11; Int.1; RFA 4; FWS 114-page release contrast | $438.75 deposit = no statutory basis; FWS produced 114 pages federally; county continues to withhold same-project records |
| Environmental Justice / PFAS / Wrongful Death Predicate | § 1983 state-created danger; SC § 15-51-10 | County, Washington; DHEC; SCDES; Nan-Ya; PRET; Sabb (knowledge) | Int.6; RFP 5,31,32,45; DHEC subpoena; TRI records; Exhibit COD | Mother fished contaminated waterways without warning; Sabb had Santee Electric GC knowledge of contamination; PRET PFAS history concealed at Ordinance 2025-12 approval; Copp omitted environmental harm in council testimony |
| SC Ethics Act Violations | S.C. Code Ann. § 8-13-700 | Floyd (primary); McKnight; Williamson; Jenkinson | RFP 14-19; Int.5; RFA 9,10 | Floyd voted on Santee Electric-benefiting transactions while paid as Santee Electric board attorney; no recusal; McKnight chairs WCEDB while Santee Electric Trustee; Jenkinson advised both sides of MCA |

## PART VI: PRESERVATION DEMAND

Pursuant to Fed. R. Civ. P. 37(e), all Defendants and all identified third-party actors are directed to immediately preserve:

- All email accounts used by named defendants in official or personal capacities for county business, 2015–present
- All text messages on personal and government-issued devices used by Washington, Copp, Shuler, Floyd, McKnight, and their staff, 2020–present
- All Santee Electric records for Ronald D. Carter Jr. referencing Williamsburg County, Dr. Bennett, JustUs CPP, WCDC, or any challenged transaction
- All Sam Floyd communications as Santee Electric board attorney referencing any County Council matter in which Santee Electric had a financial interest
- All NESA electronic records referencing Williamsburg County, Copp, Carter Jr., or any challenged transaction
- All Smith Robinson records (non-privileged) referencing challenged transactions or Williamsburg County

- All HSB records (non-privileged) referencing SSRC Agreement, MCA, or the challenged transactions — including all Luke Carter recusal/screen records
- All PSC records referencing Kingstree West 115 LLC, Kingstree East, PRET, or Act 41 CPCN exemptions
- All Sabb Senate office records referencing routing of Dr. Bennett's WRCOG planning request
- All Kirby legislative records referencing Dr. Bennett, JustUs CPP, or any letter of support for community development applications in Williamsburg County

Plaintiff reminds all parties that the security incident of March 27, 2026, in which litigation documents were deleted from Plaintiff's devices, has been reported to law enforcement. Any spoliation of evidence after February 9, 2026 will be brought to the Court's immediate attention under Fed. R. Civ. P. 37(e).

## CERTIFICATE OF SERVICE

I, Lathonia Bennett, DDS, hereby certify that on April 26th, 2026, I caused a true and correct copy of the foregoing Plaintiff's First Set of Requests for Production of Documents, Interrogatories, and Requests for Admission to be served upon all counsel of record by United States Mail, First Class, Postage Prepaid, and by electronic mail:

**Daniel C. Plyler, Esq. / William K. Rees, Esq.**

Smith | Robinson · 3200 Devine Street · Columbia, SC 29205

Daniel.Plyler@SmithRobinsonLaw.com | William.Rees@SmithRobinsonLaw.com

**Steve A. Matthews, Esq.**

Haynsworth Sinkler Boyd, P.A. · P.O. Box 11889 · Columbia, SC 29211

smatthews@hsblawfirm.com



Lathonia Bennett, DDS, Pro Se Plaintiff

Post Office Box 1010   Kingstree, South Carolina 29556

lathonia@justuscpp.org | lathonia@yahoo.com | 912-996-3303

Dated: April 26th, 2026

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | captured the screenshot before the attempted erasure could complete. | Counts I, VII; supports the device-intrusion allegation at SAC ¶ 15 (Ex. Z). The unidentified actor's identity remains to be developed through subpoena to IONOS and forensic examination of the affected device. |

# PART III — DISCOVERY SCOPE NOTE: PENDING THIRD-PARTY RECORDS DENIALS

Plaintiff places the Court on notice that, as of the date of this Updated Index, the following records material to the claims pleaded in the Second Amended Complaint **continue to be withheld:**

1. **Hixon Copp personnel records held by the Williamsburg County Economic Development Board (WCEDB)** — denied or unproduced. Material to (a) Defendant Copp's dual-role employment, compensation, and supervision; (b) the WCEDB–WCDC interlocking-governance allegations; (c) Counts II, III, VII.
2. **Hixon Copp personnel records held by the North Eastern Strategic Alliance (NESA)** — denied or unproduced. Material to (a) Copp's pre-County NESA role and continuing NESA pipeline; (b) the NESA-alumni network (Copp, Carter, Dr. Fred Carter) underlying Count VII conspiracy; (c) interlocking governance under *Brentwood Acad.*

Plaintiff reserves all rights under the Federal Rules of Civil Procedure (Rule 34 to Defendants; Rule 45 subpoenas to non-party WCEDB and NESA) and the South Carolina FOIA to compel production of these records. The continuing denial of these records is itself a fact relevant to Count V (Mandamus over clear public duties), Count VI (SC FOIA), and Count VII (Civil Conspiracy — concealment as overt act).

# NOTES FOR THE COURT AND COUNSEL

1. **Substitution of May 9, 2026 Exhibit Index.** This Updated Exhibit Index supersedes the Exhibit Index filed May 9, 2026. The substantive content of the Second Amended Complaint is not modified. Only the Exhibit Index is updated, to (a) append the supplemental sub-exhibits set out in Part II that were obtained or finalized after May 9, 2026, and (b) refine count assignments to align precisely with the operative SAC.

2. **Sub-Exhibits.** Each Exhibit letter corresponds to citations in the Second Amended Complaint. Where multiple sub-exhibits exist (e.g., AA-1, AA-2, BB-1, A-06 through A-12, H-04 through H-06, L-04 through L-11, P-02 through P-10), the parent letter is the primary item and sub-letters identify authentication, sub-component, or corroborating documents that fall within the same evidentiary cluster.

3. **Authentication.** Plaintiff has executed a Verification under 28 U.S.C. § 1746 attached to the Second Amended Complaint. Each video and audio recording is authenticated by sworn declaration of the recording witness or by the Verification. Sub-exhibits derived from public Secretary of State filings or IRS records are self-authenticating under Fed. R. Evid. 902(4) (certified public records). Statements of party-opponents (Hixon Copp, Ronald D. Carter, Jr.) are not hearsay under Fed. R. Evid. 801(d)(2). News-article sub-exhibits (A-11, A-12, T-04) are offered under Fed. R. Evid. 404(b)(2) for the non-character purposes of pattern, plan, intent, and notice — not for the truth of the matter asserted.

4. **Confidentiality.** No exhibit contains material requiring filing under seal at this time. Should production of any document require sealing, Plaintiff will move under L. Civ. R. 5.03 separately.

5. **Format.** Exhibits are filed as PDFs except video and audio exhibits, which are filed in their native formats with a transcript or sworn description as a companion PDF.

6. **Cross-references.** Where the same exhibit supports multiple counts, the Evidentiary Purpose / Counts column identifies all assigned counts. The Second Amended Complaint additionally cross-references exhibits across counts pursuant to the incorporation-by-reference paragraph at the beginning of each count.

7. **Reservation of Rights.** Plaintiff reserves all rights under Fed. R. Civ. P. 15(d) to supplement this Index further as additional records become available, including but not limited to the records identified in Part III as currently withheld.

Respectfully submitted,

**Dr. Lathonia Bennett, DDS**
*Pro Se* Plaintiff
137 Broughton Avenue,
Andrews, SC 29510
P.O. Box 1010,
Kingstree, SC 29556
lathonia@justuscpp.org
Dated: 15th May, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and correct copy of the foregoing **Updated Exhibit Index to Second Amended Complaint** was served upon counsel for Defendants via the Court's CM/ECF system:

- **Daniel C. Plyler** and **William K. Rees** Smith Robinson Holler DuBose & Morgan, LLC 3200 Devine Street, Columbia, SC 29205
- **Steve A. Matthews** Haynsworth Sinkler Boyd, P.A. 1201 Main Street, 22nd Floor, Columbia, SC 29201

---

**Dr. Lathonia Bennett, DDS**

*Pro Se* Plaintiff

Dated: 15th May, 2026