## EXHIBIT C
### DESCRIPTION OF INFRASTRUCTURE CREDIT

The parties have agreed to an Infrastructure Credit against the FILOT Payments under this Fee Agreement to establish a fixed level annual fee in-lieu-of tax payment (the "Fixed FILOT Payment") for the Project through the 40-year period ending on the Phase Termination Date. For the avoidance of doubt, should any part or all of the Project not be eligible as Economic Development Property, the FILOT Payment shall also mean, in such case, the payments in lieu of taxes made as a result of the Project being located in a Multicounty Park so that the Infrastructure Credit and Negative Infrastructure Credit provided for herein can be utilized to reduce or increase, as appropriate, such FILOT Payments to the Fixed FILOT Payment for the entire 40-year period ending on the Phase Termination Date that would otherwise be applicable..

The amount of the Fixed FILOT Payment as agreed to by the parties is $3,600 per MWac of Final Output.

"*Final Output*" shall mean the final power output capacity of the Project as reported to the South Carolina Public Service Commission upon bringing the Project online and measured to the hundredth decimal point in MWac. The Sponsor shall report the Final Output to the County in writing contemporaneously with its report to the South Carolina Public Service Commission, and upon receipt of the Final Output, the County will calculate the Fixed FILOT Payment.

"*MWac*" means megawatts of alternating current.

The amount of the annual Infrastructure Credit, if any, shall be the amount necessary to reduce the amount of each annual FILOT Payment to the amount of the Fixed FILOT Payment. Thus, the FILOT Payment for each year shall be compared to the Fixed FILOT Payment for such year. If the Fixed FILOT Payment is less than the FILOT Payment, an Infrastructure Credit shall be applied to the FILOT Payment to reduce such payment to the amount of the Fixed FILOT Payment. In any year in which the Fixed FILOT Payment is more than the FILOT Payment, the Sponsor agrees to pay the difference between the amount of the FILOT Payment and the Fixed FILOT Payment (the "Negative Infrastructure Credit Payment") for such year with the FILOT Payment due for such year.

To the extent the Infrastructure Credit is used to pay for the cost of personal property and the removal of such personal property results in a penalty pursuant to 4-29-68(A)(2)(ii) of the Code, the Sponsor shall be entitled to an additional Infrastructure Credit against any Net FILOT Payments to be made on the Project after the date of such removal in an amount equal to such penalty.

The parties agree that the rollback taxes as provided in Section 12-43-220(d) of the Code do not apply to the change in use of the Real Property from its agricultural use to non-agricultural use; however, to the extent such rollback taxes do apply, the County agrees to provide an Infrastructure Credit equal to the amount of the applicable rollback taxes to offset such taxes.

In addition, as an additional incentive to locate the Project in the County, there shall be an annual Infrastructure Credit equal to the amount of any business license tax or fees that may be imposed upon the Sponsor and/or Sponsor Affiliate as a result of the Project by the County.

C-1

4899-8507-2960 v.6

4:26-cv-01034-JD-PJC     Date Filed 05/19/26     Entry Number 93-5     Page 2 of 49

L04

**RE: FOIA Request – Record of Legal Counsel spanning immediate pasr 25 years includi ng ourside counsel**

lathonia@justus.../Inbox

 Blackburn, Megan <mblackburn@santee.org>
To: lathonia@yahoo.com <lathonia@yahoo.com>

Mar 30 at 8:30 AM

Sam L Floyd is Santee Electric Cooperative's board attorney.

**SEC**
Santee Electric Cooperative Inc.
A Touchstone Energy Cooperative

Megan Blackburn
Executive Assistant
424 Sumter Highway
Post Office Box 548
Kingstree, SC 29556
843.355.0656

**From:** Lathonia Bennett, DDS <lathonia@yahoo.com>
**Sent:** Saturday, March 28, 2026 11:23 AM
**To:** Blackburn, Megan <mblackburn@santee.org>
**Subject:** Re: FOIA Request – Record of Legal Counsel spanning immediate pasr 25 years including ourside counsel

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for your prompt reply. Please explain any affiliation with Councilman Sam L Floyd, however brief.

Lathonia Bennett, DDS
JustUs CPP
PO Box 1010
Kingstree, SC 29556
843 800-0087
912 996-3303
lathonia@justuscpp.orghttps://justuscpp.orgpaypal.com/us/fundraiser/charity/5603666

On Tuesday, March 3, 2026 at 12:59:52 PM EST, Blackburn, Megan <mblackburn@santee.org> wrote:

Good afternoon,

Ronald Carter forwarded your inquiry to me, as the matters you raised fall within my responsibilities at Santee Electric Cooperative. Mr. Carter oversees economic development and will respond separately to the portions of your inquiry related to that area.

As noted in my previous response dated January 9, 2026, I provided you with a copy of the original bylaws, which document the formation of the Nominating Committee. Many of the records you requested are already publicly available and accessible to you, as well as to all Cooperative members, through existing publications and postings.

Our current bylaws, which govern the Nominating Committee, are available on our website at www.santee.org.

Information regarding the Nominating Committee members is published annually in the Cooperative's *South Carolina Living* magazine and is also posted at the Cooperative's office. I have attached a copy of the most recent publication for your reference.

The eligibility requirements and screening criteria for potential nominees are outlined in the bylaws, which are available on our website. The nomination procedures you referenced are established in the bylaws and are communicated to members through Cooperative publications and postings.

The Cooperative has conducted a reasonable search for additional responsive records. Other than the records described above:
- The Cooperative does not maintain separate written policies, audits, evaluations, or internal reports regarding the Nominating Committee beyond what is contained in the bylaws and published member materials.
- The Cooperative does not maintain standalone records reflecting the vetting, approval, or rejection of director candidates outside the procedures established in the bylaws.

As stated in my January 9, 2026 response, Santee Electric takes pride in making information readily available to our members, and the law requires transparency for cooperatives. Santee Electric is regulated by the South Carolina Office of Regulatory Staff (ORS), and while we strive to be transparent with our members, Santee Electric Cooperative is a private, member-owned organization and is not subject to the South Carolina Freedom of Information Act.

Some information is publicly available on our website, while additional resources are accessible through our member portal, to which you have access as

a member. These resources include meeting minutes, agendas, notices, *South Carolina Living* articles, the Annual Meeting report, Form 990, service rules, regulations, rates, and contact information for Board members.

To access the member portal, please visit www.santee.org, click the SmartHub button at the top of the page, log in to your account, and select "Documents" from the left-hand menu to view the available files and folders.

If you have any additional questions or need assistance navigating our website or member portal, please let me know. I would be happy to help.

Thanks!



Megan Blackburn
Executive Assistant
424 Sumter Highway
Post Office Box 548
Kingstree, SC 29556
843.355.0656

**From:** lathonia@justuscpp.org
**Date:** March 1, 2026 at 6:55:39 AM EST
**To:** Ronald Carter <RCarter@santee.org>
**Subject: FOIA Request – Records Inspection of Nominations Committee Formation and Proce**
**Reply-To:** "lathonia@justuscpp.org" <lathonia@justuscpp.org>

WARNING: The Sender of this Message Could Not be Validated and May be a Phishing Attempt field.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Carter

Pursuant to the South Carolina Freedom of Information Act (S.C. Code Ann. §30-4-10 et seq.), I respectfully request an opportunity to inspect public records related to the creation, structure, and operation of the Nominations Committee of Santee Electric Cooperative. Specifically, I request inspection of the following records:
All records reflecting when and how the Nominations Committee was created, including board minutes, resolutions, bylaws amendments, or policy documents establishing the committee.
Current and prior written policies and procedures governing the Nominations Committee.
Records identifying who appoints members to the Nominations Committee and the criteria used for their selection.
A list of all individuals who have served on the Nominations Committee within the past five years, including their dates of service.
All documents outlining the process by which director candidates are nominated, vetted, approved, or rejected.
Any eligibility requirements or screening criteria applied to potential nominees.
Records reflecting how cooperative members are informed about the nomination process and how they may participate.
All communications, including emails, memoranda, or correspondence, among board members, committee members, or staff concerning: a. The formation of the Nominations Committee;
b. The nomination or rejection of director candidates;
c. Any changes to nomination procedures within the past five years.
Any records describing member rights to petition for nomination outside of the Nominations Committee process.
Any internal audits, reviews, or evaluations of the Nominations Committee process.
I am requesting in-person inspection of these records prior to any discussion of copying fees. If any portion of this request is denied, please provide the specific statutory exemption relied upon and make all reasonably segregable portions available for inspection.
Please advise within the timeframe required by law regarding when these records will be available for review.
Thank you for your prompt attention to this matter.

Sincerely,

Lathonia Bennett
JustUs CPP
PO BOX 1010
Kingstree, SC. 29556
912 996-3303

# County of Williamsburg

Council Members
Joseph Lee
Torrance T. Wilson
Randall Nesmith
Glenn A. Keels



Council Members
Paul E. McKnight
Samuel L. Floyd, Vice Chair
Jacquelyn B. Hailes
Tammi Epps-McClary, Clerk

Kelvin C. Washington
County Supervisor/Chairman
www.williamsburgcounty.sc.gov

## REGULAR COUNTY COUNCIL MEETING
## PUBLIC SERVICE ADMINISTRATION BUILDING – 1ST FLOOR - COUNCIL CHAMBERS
## 201 W. MAIN STREET, KINGSTREE, SC 29556
## TUESDAY, AUGUST 19, 2025 @ 6:00 P.M.

## AGENDA

## NOTICE OF MEETING
Pursuant To The Freedom Of Information Act, Notice Of The Meeting, Date, Time, Place Of Meeting And Agenda Is Posted On The Doors And Bulletin Board At The Public Service Administration Building, 201 W Main St., Kingstree SC, And The Williamsburg County Website -- [www.Williamsburgcounty.sc.gov]. In Addition, The Agenda Was Electronically Sent To Newspapers, County Council, County Attorney. The Chambers Are Open To The Public For The Williamsburg County Council Meetings.  Public Access Will Be Provided By Live Video Stream And Can Be Viewed At The Williamsburg County Website At www.williamsburgcounty.sc.gov  And www.facebook.com/williamsburgcountygovernment.  Citizen Comments Must Be By Written Request To The Clerk To Council Two Weeks Prior To Council Meeting Date And Limited To Three (3) Minutes To Speak.

## CALL TO ORDER

## INVOCATION

## APPROVAL OF MINUTES
1. Public Hearing And Regular County Council Meeting Monday, August 11, 2025

## ORDINANCE(S)
1. **1st Reading** – There Are No Ordinances For First Reading.
2. **2nd Reading** – There Are No Ordinances For Second Reading.
3. **3rd Reading** – There Are No Ordinances For Third Reading.

## RESOLUTION(S)
1. **Resolution Number 2025-07 -** A Resolution Authorizing The First Amendment Of That Certain Fee In Lieu Of Tax And Incentive Agreement By And Between Williamsburg County, South Carolina And Santee Electric Cooperative, Inc., Relating To, Without Limitation, The Extension Of The Investment Period, And Other Related Matters.

## EXECUTIVE SESSION
1. According To Section 30-40-70 (A)1 – Discussion Of A Personnel Matter Concerning Williamsburg County Parks And Recreation.

## COUNTY COUNCIL REPORT

## COUNTY SUPERVISOR'S REPORT

## ADJOURNMENT

Persons with disabilities who may require special accommodations should contact the Receptionist at (843) 355-9321 Ext. 5102 or 5401
**P.O. 330 * 201 West Main Street * South Carolina 29556 * Telephone (843) 355-9321**

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835



**STATE OF SOUTH CAROLINA**
**SECRETARY OF STATE**
**JIM MILES**
**NONPROFIT CORPORATION**
**ARTICLES OF INCORPORATION**

*Jim Miles*
SECRETARY OF STATE
**FILED**
**DEC 1 1 1995**
AM     PM
7 8 9 10 11 12 1 2 3 4 5 6

1.  The name of the nonprofit corporation is ___Williamsburg County Development Corporation___

2.  The initial registered office of the nonprofit corporation is ___145 Birchwood Drive, Kingstree___

    SC     29556
    Street & Number,

    City,     County,     State,     Zip Code

    The name of the registered agent of the nonprofit corporation at that office is ___F. Hilton McGill___

3.  Check (a), (b), or (c) whichever is applicable. Check only one box.

    a.  [x]     The nonprofit corporation is a public benefit corporation.

    b.  [ ]     The nonprofit corporation is a religious corporation.

    c.  [ ]     The nonprofit corporation is a mutual benefit corporation.

4.  ' Check (a) or (b), whichever is applicable:

    a.  [x]     This corporation will have members.

    b.  [ ]     This corporation will not have members.

5.  The address of the principal office of the nonprofit corporation is ___Williamsburg County Airport___

    Terminal, Sandy Bay Road, ~~P. O. Box 1132~~, Kingstree, SC   29556
    Street & Address,

    City,     County,     State,     Zip Code

6.  If this nonprofit corporation is either a public benefit or religious corporation (box a. or b. of ¶ 3. is checked), complete either (a) or (b), whichever is applicable, to describe how the remaining assets of the corporation will be distributed upon dissolution of the corporation.

    a.  [x]     Upon dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such asset not so disposed of shall be disposed of a by the court of common pleas of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said court shall determine, which are organized and operated exclusively for such purposes.

    b.  [ ]     Upon dissolution of the corporation, consistent with law, the remaining assets of the corporation shall be distributed to: _____

7.  If the corporation is a mutual benefit corporation (box "c" of ¶ 3. is checked), complete either (a) or (b), whichever is applicable, to describe how the [ remaining ] assets of the corporation will be distributed upon dissolution of the corporation.

    a.  [ ]     Upon dissolution of the mutual benefit corporation the [ remaining ] assets shall be distributed to its members, or if it has no members, to those persons to whom the corporation holds itself out as benefiting or serving.

    b.  [ ]     Upon dissolution of the mutual benefit corporation the [ remaining ] assets, consistent with law, shall be distributed to _____

    _____

    _____

8.  The optional provisions which the nonprofit corporation elects to include in the articles of incorporation are as follows (See § 33-31-202(c) of the 1976 South Carolina Code, the applicable comments thereto, and the instructions to this form): _____

95-027341 BC

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

9.    The name and address (with zip code) of each incorporator is as follows (only one is required):

Name                  Address (with zip code)
Kenneth Gardner, P. O. Box 1067, Kingstree, SC 29556
Dr. Norman H. Scott, 601 Martin Luther King, Jr. Ave.
                     Kingstree, SC 29556
Richard H. Treme, 113 E. Brooks St., Kingstree, SC 29556
W. E. Jenkinson, III, P. O. Drawer 669, Kingstree, SC 29556
Andy McKnight, Rt. 1, Box 220, Kingstree, SC 29556
F. Hilton McGill, P. O. Box 1132, Kingstree, SC 29556

10.   Each original director of the nonprofit corporation must sign the articles but only if the directors are named in these articles:

_____Signature of director

(only if named in articles)

_____Signature of director

(only if named in articles)

_____Signature of director

(only if named in articles)

11.   Each incorporator must sign the articles.

Signature of incorporator
Dr. Norman Scott                     Richard E. Treme

Signature of incorporator
W. E. Jenkinson, III                 Andy McKnight

Signature of incorporator
F. Hilton McGill                     Kenneth Gardner

## FILING INSTRUCTIONS.

1.    Two copies of this form, the original and either a duplicate original or a conformed copy, must be filed.

2.    If space in this form is insufficient, please attach additional sheets containing a reference to the appropriate paragraph in this form, or prepare this using a computer disk which will allow for expansion of space on the form.

3.    This form must be accompanied by the filing fee of $25.00 payable to the Secretary of State.

Form Approved by South Carolina
Secretary of State Jim Miles
June 1994

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

# WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION

## ARTICLES OF INCORPORATION

### ARTICLE I:  NAME

The name of the Corporation is Williamsburg County Development Corporation, hereinafter referred to as the Corporation, a corporate not-for-profit created pursuant to the South Carolina Nonprofit Corporation Act § 33-31-101 of the Code of Laws of S. C., 1976 as amended in 1994.

### ARTICLE II:  CORPORATE PURPOSE

This Corporation is organized for the primary purpose of increasing employment opportunities and expansion of business and industry, promoting and assisting the growth and development of business concerns, including small and neighborhood businesses within Williamsburg County.

The principal objectives of the Corporation shall be to benefit Williamsburg County, South Carolina by fostering increased employment opportunities, and expansion of business and industry.

### ARTICLE III:  DURATION

The period of duration of this Corporation shall be perpetual.

### ARTICLE IV:  PLACE OF BUSINESS, RESIDENT AGENT, TERRITORY

Section 1.     **Place of Business.**  The Corporation shall have its principal place of business at the Williamsburg County Development Board, Williamsburg County Airport Terminal, Sandy Bay Road or Post Office Box 1132, Kingstree,

1

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

South Carolina 29556.

The Office may be moved to any other location within Williamsburg County.

Section 2.    **Resident Agent**.  The name and address of the Resident Agent of the Corporation, upon whom service of process may be made is:  F. Hilton McGill, 145 Birchwood Drive, Kingstree , SC 29556.

Section 3.    **Territory**.  The territory in which the operations of the Corporation are to be principally conducted shall be set forth in the Bylaws.

### ARTICLE V:  OFFICERS

Section 1.    **Officers**.  The day-to-day affairs of the Corporation shall be managed by a President, Vice-President, Secretary, and Treasurer. The officers shall be elected and shall hold office in accordance with the procedures set forth in the Bylaws.

Section 2.    **Initial Officers**.  The names of the officers who are to serve until the first election or appointment are:

President...............Dr. Norman Scott

Vice President..........Bob Butler

Secretary...............W. E. Jenkinson, III

Treasurer...............Robert Arnette

2

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

## ARTICLE VI:   MEMBERSHIP

Section 1.    **Qualification, Number, Termination, and Vacancies.**     Qualification,     Number, Termination,   and   Vacancies   shall   be   a provided by the Bylaws of the Corporation.

Section 2.    **Initial Members.**  The initial Members of this Corporation  shall  be as the subscribers and other Members.

## ARTICLE VII:   BOARD OF DIRECTORS

Section 1.    **Board of Directors.**  The overall affairs of the  Corporation  shall be managed by a Board of  Directors.   The  Board  shall consist of nine (9) persons.  Directors shall be elected or  removed  in accordance with the procedure set forth in the Bylaws of the Corporation.

Section 2.    **Initial Directors.**  The names and addresses of  the initial Board of Directors who are to serve until the first annual election are the Incorporators of the Corporation.

## ARTICLE VIII:   BYLAWS AND AMENDMENTS TO THE ARTICLES OF INCORPORATION

Section 1.    **Bylaws.**  The Bylaws of the Corporation shall regulate   the   conduct   of   affairs   of   the Corporation.   The  Bylaws  shall  be  made, altered,  or  rescinded by a majority vote of the  voting Membership present at any regular meeting,  or  by a majority vote of the Board

3

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

of Directors; provided that notice thereof, which shall include the text of the Bylaws change, has been furnished in writing to each voting Member of the Corporation in the manner set forth in the Bylaws prior to the meeting at which such alteration to the Bylaws is to be voted upon, whether it be a Membership meeting or a Board of Director's meeting.

Section 2.    **Articles of Incorporation**. The Articles of Incorporation of this Corporation may be altered or amended at a regular or special meeting of the Members of the Corporation called for that purpose. Any amendment shall be approved by a majority vote of the membership at a called meeting of the membership. Notice of the proposed amendment shall be provided to all Members in accordance with the Bylaws and include the written text of the proposed changes. Upon the adoption of any amendment to these Articles, the Corporation shall comply with South Carolina Statutes regarding amendments to articles of incorporation for corporation not for profit.

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

## ARTICLE IX:   POWERS AND RESTRICTIONS

Section 1.     **Powers**.  The Corporation is authorized and empowered to do all things necessary to carry on and accomplish the purposes for which it is organized and chartered, including authority and power.

a.   To enter into, make, and perform contracts of every kind and description;

b.    To borrow or raise monies for any of the purposes of the Corporation and, from time to time without limits to amount, to draw, make, accept, endorse, execute and issue promissory notes, drafts, bills or exchange, warrants, bonds, debentures, and other negotiable or non negotiable instruments, and evidence of indebtedness, and to secure payment of any thereof and of the interest thereon by mortgage upon or pledge, conveyance or assigned in trust of the whole or part of the property of the Corporation, whether at the time owned or thereafter acquired, and to sell, pledge or otherwise dispose of such bonds or other obligations of the Corporation for its corporate purposes.

c.    To lend to any person, firm, or corporation any of its funds.

5

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

d.   To have one or more offices and to purchase or otherwise acquire, hold, own, mortgage, sell, convey, or otherwise dispose of real and personal property.

e.   To acquire, construct, convert, or expand plant facilities for lease or sale.

f.   To exercise all powers permitted under the South Carolina law and Federal legislation, and all powers given to corporations not for profit under South Carolina law which are not inconsistent with Federal law.

Section 2.     **Restrictions**. The corporation shall not engage in any program of the Small Business Administration other than those permitted under Title V of the Small Business Investment Act of 1958, as amended.

### ARTICLE X:   GENERAL

Section 1.     **Income and Assets**. All income and assets of the Corporation, above necessary expenses, shall be administered solely and exclusively for the corporate purpose.

Section 2.     **Capital Stock and Income**. This Corporation shall have no capital stock and shall pay no dividends to its Incorporators, Directors,

6

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

SECRETARY OF STATE OF SOUTH CAROLINA

Officers, or Members. In addition, no part of the income of the Corporation shall insure to the benefit of or be distributed to its Members, Directors, Officers, Incorporators; or other private persons except that the Corporation shall be authorized and empowered to pay reasonable compensation or consideration for services rendered and to make payments and distributions in furtherance of the purposes of the Corporation, including persons selling real or personal property or services to the Corporation.

Section 3.     **Limitations**. The Corporation shall not: Attempt to influence legislation as substantial part of its activities; Allow any part of its net income to inure to the benefit of Officers, Directors, or Members of the Corporation, or to any other individuals, except in the furtherance of its expressed purposes;

Any monetary profit or other benefits which flow to Members shall be incidental to the Corporation and Members;

Participate to any extent in any political campaign for or against any candidate for

7

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

Mark Hammond
SECRETARY OF STATE OF SOUTH CAROLINA

public office;

Conduct any activities not permitted to be carried on by organizations exempt under Section 501(c)(3) of the Internal Revenue Code of 1954, as amended, and its regulations as they now exist or as they may hereafter be amended, or by any organization, contributions to which are deductible under Section 170(c)(2) of such Code and regulations as they now exist or as they hereafter be amended.

Section 3.    **Dissolution**. Upon dissolution of the Corporation, all of its assets remaining payment of all liabilities, costs, and expenses of such dissolution shall be distributed to organizations which have qualified for exemption under Section 501(c)(3) of the Internal Revenue Code, or the the Federal government, or to a state or local government, for a public purpose, and none of the assets shall be distributed to any Member, Director, or Officer of this corporation or to any private individual.

8

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

## ARTICLE XI:    SUBSCRIBERS AND INCORPORATORS

The names and addresses of the Subscribers and Incorporators are:

1.  Dr. Norman H. Scott
    601 Martin Luther King, Jr. Avenue
    Kingstree, SC  29556

2.  Mr. Richard L. Treme
    113 East Brooks Street
    Kingstree, SC  29556

3.  W. E. Jenkinson, III, Esquire
    Post Office Drawer 669
    Kingstree, SC  29556

4.  Mr. Andy McKnight
    Route 1, Box 220
    Kingstree, SC  29556

5.  Mr. F. Hilton McGill
    Post Office Box 1132
    Kingstree, SC  29556

6.  Mr. Kenneth Gardner
    Post Office Box 1067
    Kingstree, SC  29556

**IN WITNESS WHEREOF**, the undersigned subscribers and incorporators have executed these Articles of Incorporation this 16th day of September 1995, and certify that we are the officers or persons signing the Petition for Incorporation of a non-profit corporation having no capital stock; and that all the facts in the Petition are true and correct and that the corporation will not operate for a profit for itself or any of its members.

9

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

SWORN to before me this
16th day of September, 1995.

_____(SEAL)
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires_____

MY COMMISSION EXPIRES MARCH 9, 2002

Dr. Norman H. Scott

Richard L. Treme

W. E. Jenkinson, III

Andy McKnight

F. Hilton McGill

Kenneth Gardner

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF WILLIAMSBURG     )

**BEFORE ME,** the undersigned authority, personally appeared
Dr. Norman H. Scott, Richard L. Treme, W. E. Jenkinson, III,
Andy McKnight, F. Hilton McGill and Kenneth Gardner
to be well known and well known to me to be the persons
described in and who subscribed their names to the foregoing
Articles of Incorporation for the purposes therein
expressed.

**WITNESS** my hand and official seal in the aforesaid County
and State, this __16th__day of __September__ 1995.

*Patricia J. Hubert* (SEAL)

11

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

## CERTIFICATION

I, the undersigned, do hereby certify that I am the duly qualified and acting Secretary of the WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION and as such Secretary, I further certify that the foregoing is a true, correct and complete copy of the Articles of Incorporation duly adopted by the WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION at the organizational meeting of the Members of the Corporation held on the <u>16th</u> day of <u>September</u> 1995, and singed by the President and Secretary of the WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION and are now in full force and effect, as appears from the official records of said Corporation in my possession and under my control.

**IN WITNESS WHEREOF,** I have hereunto set my hand this <u>16th</u> day of <u>September</u> 1995.

_____
Secretary

The undersigned does hereby approve the foregoing Petition this _____ day of _____ 1995.

_____

12

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE





**STATE OF SOUTH CAROLINA**
**SECRETARY OF STATE**
**JIM MILES**
**NONPROFIT CORPORATION**
**ARTICLES OF AMENDMENT**

**RECEIVED**
OCT 15 1997
S.C. ... CHARITIES SECTION
... ... GENERAL'S OFFICE

Pursuant to the provisions of § 33-31-1005 of the 1976 South Carolina Code, as amended, the applicant delivers to the Secretary of State these articles of amendment.

1.  The name of the nonprofit corporation is ___WILLIAMSBURG COUNTY DEVELOPMENT___
    ___CORPORATION___

2.  Specify (a) the text of every amendment adopted, and (b) list when each amendment was adopted:
    ___(a)   See attached___

    ___(b)   October 7, 1997, both amendments___

3.  [ ] By checking this paragraph #3 the applicant represents that (a) approval of the amendment by the members was not required, and (b) that the amendment was approved by a sufficient vote of the board or directors or the incorporators. (Do not check this paragraph #3 if member vote was required or if the required vote of directors or incorporators was not obtained.)

4.  If the approval of the members was required to adopt the amendment(s), provide the following information:

    (a)  Designation (Classes of Membership)
         ___ONE  CLASSIFICATION___

    (b)  Number of memberships outstanding
         ___91___

    (c)  Number of votes entitled to be cast by each class entitled to vote separately on the amendment:___ONE___

    (d)  Number of votes of each class indisputably voting on the amendment:
         ___50___

    (e)  Complete one of the following as appropriate:
         (i)   Total number of votes cast for and against the amendment by each class entitled to vote separately: ___50 - FOR; 0 - OPPOSED___

         (ii)  Total number of undisputed votes cast for the amendment by each class which was sufficient for approval for that class:
               ___46 - FOR - WOULD HAVE BEEN SUFFICIENT___

5.  [ ] By checking this paragraph #5 the applicant represents that approval of the amendment by some person or persons other than the members, the board, or the incorporators is required pursuant to Section 33-31-1030 of the 1976 South Carolina Code, as amended, and that the approval was obtained. (Do not mark paragraph #5 if either of these statements is not true.)

97-034589BC

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

May 12, 2016

REFERENCE NO. 1330-276

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

6.    If the amendment provides for an exchange, reclassification, or cancellation of memberships, provisions for implementing the amendment must be set forth here if provisions are not contained in the amendment

_____ N/A _____
_____
_____

7.    [ ]    If this corporation is converting from either a public benefit or religious corporation into a mutual benefit corporation, mark this paragraph #7 which certifies that a notice, including a copy of the proposed amendment, was delivered to the South Carolina Attorney General at least twenty days before the consummation of the amendment.

Date:    October 7, 1997

By: _____
    (Signature of Officer)

W.I. Jenkinson, III, Secretary
(Type or Print Name & Office)

## FILING INSTRUCTIONS

1.    Two copies of this form  the original and either a duplicate original or a conformed copy, must be filed.

2.    If space in this form is insufficient, please attach additional sheets containing a reference to the appropriate paragraph in this form, or prepare this using a computer disk which will allow for expansion of space on the form.

3.    This form must be accompanied by the filing fee of $10.00 payable to the Secretary of State.

Form Approved by South Carolina
Secretary of State Jim Miles
June, 1994

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION (WCDC)
P.O. BOX 1132
KINGSTREE, SOUTH CAROLINA   29556

## ARTICLE II:   CORPORATE PURPOSE

*CURRENTLY READS:   (DELETE)*

THIS CORPORATION IS ORGANIZED FOR THE PRIMARY PURPOSE OF INCREASING EMPLOYMENT OPPORTUNITIES AND EXPANSION OF BUSINESS AND INDUSTRY, PROMOTING AND ASSISTING THE GROWTH AND DEVELOPMENT OF BUSINESS CONCERNS, INCLUDING SMALL AND NEIGHBORHOOD BUSINESSES WITHIN WILLIAMSBURG COUNTY.

THE PRINCIPAL OBJECTIVES OF THE CORPORATION SHALL BE TO BENEFIT WILLIAMSBURG COUNTY, SOUTH CAROLINA BY FOSTERING INCREASED EMPLOYMENT OPPORTUNITIES, AND EXPANSION OF BUSINESS AND INDUSTRY.

*PROPOSED CHANGE: (ADD)*

*SAID CORPORATION/ORGANIZATION IS ORGANIZED EXCLUSIVELY FOR CHARITABLE, RELIGIOUS, EDUCATIONAL AND SCIENTIFIC PURPOSES, INCLUDING FOR SUCH PURPOSES, THE MAKING OF DISTRIBUTIONS TO ORGANIZATIONS UNDER SECTION 501(c)3 OF THE INTERNAL REVENUE CODE (OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE).*

## ARTICLE XII:   POWERS

NEW ARTICLE:   (ADD)

NO PART OF THE NET EARNINGS OF THE CORPORATION/ORGANIZATION SHALL INURE TO THE BENEFIT OF, OR BE DISTRIBUTED TO ITS MEMBERS, TRUSTEES, DIRECTORS, OFFICERS OR OTHER PRIVATE PERSONS, EXCEPT THAT THE CORPORATION/ORGANIZATION SHALL BE AUTHORIZED AND EMPOWERED TO PAY REASONABLE COMPENSATION FOR SERVICES RENDERED AND TO MAKE PAYMENTS AND DISTRIBUTIONS IN FURTHERANCE OF SECTION 501(c)3 PURPOSES.  NO SUBSTANTIAL PART OF THE ACTIVITIES OF THE CORPORATION/ORGANIZATION SHALL BE THE CARRYING ON OF PROPAGANDA, OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION, AND THE CORPORATION/ORGANIZATION SHALL NOT PARTICIPATE IN, OR INTERVENE IN (INCLUDING THE PUBLISHING OR DISTRIBUTION OF STATEMENTS) ANY POLITICAL CAMPAIGN ON BEHALF OF OR IN OPPOSITION TO ANY CANDIDATE FOR PUBLIC OFFICE.

NOTWITHSTANDING ANY OTHER PROVISION OF THESE ARTICLES, THE CORPORATION/ORGANIZATION SHALL NOT CARRY ON ANY OTHER ACTIVITIES NOT PERMITTED TO BE CARRIED ON (A) BY A CORPORATION/ORGANIZATION EXEMPT FROM FEDERAL INCOME TAX UNDER SECTION 501(c(3) OF THE

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
PAGE 2
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

JUE CODE (OR CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE) OR (B) BY A CORPORATION/ORGANIZATION, CONTRIBUTIONS TO WHICH ARE DEDUCTIBLE UNDER SECTION 170(c)(2) OF THE INTERNAL REVENUE CODE (OR CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE).

L-08

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

File ID: 230523-1411042
Filing Date: 05/22/2023

# STATE OF SOUTH CAROLINA
## SECRETARY OF STATE

## NOTICE OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH OF A NONPROFIT CORPORATION

Pursuant to Sections 33-31-502 and 33-31-1508 of the 1976 S.C. Code of Laws, as amended, the undersigned corporation submits the following information:

1. The name of the corporation is:

   Williamsburg County Development Corporation

   (must match name on record with the Secretary of State)

2. The corporation is (complete either "a" or "b", whichever is applicable):

   a. A domestic nonprofit corporation incorporated in South Carolina on <u>December 11, 1995</u> (must match date on record with the Secretary of State); or

   b. A foreign nonprofit corporation incorporated in _____ on _____ and authorized to do business in South Carolina on _____ (must match date on record with the Secretary of State).

3. The street address of the registered office currently on file in South Carolina is:

   130 West Main Street
   (Street Address)

   Kingstree, SC 29556
   (City, State, Zip Code)

4. If current registered office is to be changed, the **new** street address will be:

   _____
   (Street Address)

   _____
   (City, State, Zip Code)

5. The name of the registered agent currently on file in South Carolina is:

   Jim Moore
   (Name)

6. If the current registered agent is to be changed, the name of the **new** registered agent is:

   Gilleon Frieson
   (Name)

Form Revised by South Carolina Secretary of State. September 2018
F0099/F0100

SC Secretary of State
Mark Hammond

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

Williamsburg County Development Corporation

Name of Corporation

*I hereby consent to the appointment as registered agent of the corporation.

_____
(Signature of New Registered Agent)

*Pursuant to Sections 33-31-502(5) and 33-31-1508(5) of the 1976 S.C. Code of Laws, as amended, the written consent of the registered agent may be attached to this form.

7.  The street addresses of the registered office and of the office of the registered agent, as changed, will be identical.

Date: May 19, 2023

Name of Corporation:

Williamsburg County Development Corporation

_____
(Signature of Officer)

Patricia A. Lee
(Type or Print Name)

Board Chairperson
(Position of Officer)

Form Revised by South Carolina Secretary of State, September 2018
F0099/F0100

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

L 09

File ID: 170608-1157423
Filing Date: 06/06/2017

## STATE OF SOUTH CAROLINA SECRETARY OF STATE

## NOTICE OF CHANGE OF REGISTERED OFFICE
## OR REGISTERED AGENT OR BOTH
## OF A NONPROFIT CORPORATION

**TYPE OR PRINT CLEARLY WITH BLACK INK**

Pursuant to Sections 33-31-502 and 33-31-1508 of the 1976 South Carolina Code of Laws, as amended, the undersigned corporation submits the following information:

1.  The name of the corporation is Williamsburg County Development Corporation .
    (Must match name on record with Secretary of State's Office)

2.  The corporation is (complete either "a" or "b", whichever is applicable)

    a.  A domestic nonprofit corporation incorporated in South Carolina on December 11, 1995 or
        (Must match date on record with Secretary of State's Office)

    b.  A foreign nonprofit corporation incorporated in _____ on _____,
        State
        and authorized to do business in South Carolina on _____.
        (Must match date on record with Secretary of State's Office)

3.  The street address of the registered office (currently on file) in South Carolina is
    145 Birchwood Drive            Kingstree           , South Carolina 29556            .
    Street Address                 City                                    Zip Code

4.  If the current registered office is to be changed, the **new** street address will be
    130 West Main Street           Kingstree           , South Carolina 29556            .
    Street Address                 City                                    Zip Code

5.  The name of the registered agent currently on file is F. Hilton McGill                .

6.  If the current registered agent is to be changed, the name of the **new** registered agent is
    Jim Moore                                          .

    *I hereby consent to the appointment as registered agent of the corporation.

    _____
    Signature of New Registered Agent

    *Pursuant to Sections 33-31-502(5) and 33-31-1508(5) of the 1976 South Carolina Code of Laws, as amended, the written consent of the registered agent may be attached to this form.

7.  The street addresses of the registered office and of the office of the registered agent, as changed, will be identical.

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

May 12 2026
REFERENCE ID: 2216835

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

## June 2, 2017

Date

Williamsburg County Development Corporation

Name of Corporation

*Stanley S. Pasley*

Signature of Officer

**Stanley S. Pasley**

Type or Print Name

**President**

Position of Officer

### FILING INSTRUCTIONS

1. Two copies of this form must be submitted for filing.

2. $10.00 filing fee made payable to the South Carolina Secretary of State.

3. Self-addressed stamped return envelope.

4. Return to:     Secretary of State
Attn: Corporations
1205 Pendleton St., Ste. 525
Columbia, SC 29201

5. Pursuant to Section 33-31-502(b) of the 1976 South Carolina Code of Laws, as amended, the registered agent can file this when the only change is the street address of the registered office. In this situation, the following statement should be typed on the form above the registered agent's signature: "The corporation has been notified of this change." In this case the filing fee is $2.00

*Form Revised by South Carolina
Secretary of State, August 2015*

4:26-cv-01034-JD-PJG     Date Filed 05/19/26     Entry Number 93-5     Page 27 of 49

South Carolina Secretary of State

# Business Entities Online
File, Search, and Retrieve Documents Electronically

L-10

## WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION

### Corporate Information

**Entity Id:** 00249468

**Entity Type:** Nonprofit

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

### Important Dates

**Effective Date:** 12/11/1995

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Registered Agent

**Agent:** Hixon Copp

**Address:** 130 West Main Street
Kingstree , South Carolina   29556

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Notice of Change of Registered Office or Registered Agent or Both of a Nonprofit Corporation | 12/18/2024 |
| Notice of Change of Registered Office or Registered Agent or Both of a Nonprofit Corporation | 05/22/2023 |
| Notice of Change of Registered Office or Registered Agent or Both of a Nonprofit Corporation | 06/06/2017 |
| Amendment | 10/20/1997 |
| Incorporation | 12/11/1995 |

---

For filing questions please contact us at **803-734-2158**

Copyright © 2026 State of South Carolina

4:26-cv-01034-JD-PJG    Date Filed 05/19/26    Entry Number 93-5    Page 28 of 49

South Carolina Secretary of State

# Business Entities Online

File, Search, and Retrieve Documents Electronically

---

# WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION

## Corporate Information

**Entity Id:** 00249468

**Entity Type:** Nonprofit

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

L 11

## Important Dates

**Effective Date:** 12/11/1995

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

## Registered Agent

**Agent:** Hixon Copp

**Address:** 130 West Main Street
Kingstree , South Carolina   29556

## Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Notice of Change of Registered Office or Registered Agent or Both of a Nonprofit Corporation | 12/18/2024 |
| Notice of Change of Registered Office or Registered Agent or Both of a Nonprofit Corporation | 05/22/2023 |
| Notice of Change of Registered Office or Registered Agent or Both of a Nonprofit Corporation | 06/06/2017 |
| Amendment | 10/20/1997 |
| Incorporation | 12/11/1995 |

---

For filing questions please contact us at **803-734-2158**        Copyright © 2026 State of South Carolina

5/10/2026, 11:14 PM

# County of Williamsburg



**Council Members**
Joseph Lee
Torrance T. Wilson
Randall Nesmith
Glenn A. Keels

**Council Members**
Paul E. McKnight
Samuel L. Floyd, Vice Chair
Jacquelyn B. Hailes
Tammi Epps-McClary, Clerk

Kelvin C. Washington
County Supervisor/Chairman
www.williamsburgcounty.sc.gov

## PUBLIC HEARING AND REGULAR COUNTY COUNCIL MEETING
### PUBLIC SERVICE ADMINISTRATION BUILDING – 1ST FLOOR - COUNCIL CHAMBERS
### 201 W. MAIN STREET, KINGSTREE, SC 29556
### Monday, August 11, 2025 @ 5:45 PM

## AGENDA
### (Amended)

**NOTICE OF MEETING**

Pursuant To The Freedom Of Information Act, Notice Of The Meeting, Date, Time, Place Of Meeting And Agenda Is Posted On The Doors And Bulletin Board At The Public Service Administration Building, 201 W Main St., Kingstree SC, And The Williamsburg County Website -- [www.Williamsburgcounty.sc.gov]. In Addition, The Agenda Was Electronically Sent To Newspapers, County Council, County Attorney. The Chambers Are Open To The Public For The Williamsburg County Council Meetings. Public Access Will Be Provided By Live Video Stream And Can Be Viewed At The Williamsburg County Website At www.williamsburgcounty.sc.gov And www.facebook.com/williamsburgcountygovernment. Citizen Comments Must Be By Written Request To The Clerk To Council Two Weeks Prior To Council Meeting Date And Limited To Three (3) Minutes To Speak.

The Public Hearing Will Begin @ 5:45 p.m.

**PUBLIC HEARING(S)**

**Ordinance No. 2025-007 -**To Impose, Subject To Referendum Approval And Pursuant To The Capital Project Sales Tax Act, A One Percent (1%) Sales And Use Tax (The "Tax") Within Williamsburg County For Not More Than Eight (8) Years; To Order A County-Wide Referendum On The Question Of Imposing The Tax And Authorizing The Issuance Of General Obligation Bonds (The "Bonds"); To Prescribe The Contents Of The Ballot Question; To Specify The Purposes For Which The Proceeds From The Tax Are To Be Used, The Maximum Time For The Imposition Of The Tax And Certain Provisions Relating To The Issuance Of The Bonds, If Approved By Referendum, By Subsequent Action Of County Council; And To Provide For Other Matters Relating Thereto.

The Regular Council Meeting Will Begin Immediately After The Public Hearing

**CALL TO ORDER**
**INVOCATION**
**APPROVAL OF MINUTES**
1. Public Hearing & Regular County Council Meeting Monday, July 7, 2025
2. Regular County Council Meeting Tuesday, July 15, 2025
**ORDINANCE(S)**
1. 1st Reading – There Are No Ordinances For First Reading.
2. 2nd Reading – There Are No Ordinances For Second Reading.
3. 3rd Reading And Adoption Of Ordinance No. 2025-007 -To Impose, Subject To Referendum Approval And Pursuant To The Capital Project Sales Tax Act, A One Percent (1%) Sales And Use Tax (The "Tax") Within Williamsburg County For Not More Than Eight (8) Years; To Order A County-Wide Referendum On The Question Of Imposing The Tax And Authorizing The Issuance Of General Obligation Bonds (The "Bonds"); To Prescribe The Contents Of The Ballot Question; To Specify The Purposes For Which The Proceeds From The Tax Are To Be Used, The Maximum Time For The Imposition Of The Tax And Certain Provisions Relating To The Issuance Of The Bonds, If Approved By Referendum, By Subsequent Action Of County Council; And To Provide For Other Matters Relating Thereto.
**COMMITTEE REPORT**
1. Finance & Budget Committee Meeting July 25, 2025 Concerning Williamsburg County Fire Department (Action Required)
**APPEARANCE(S)**
1. Lathonia Bennett, JustUs CPP – Concerning A Charter School In Williamsburg County
2. Luretha Thomas - Concerning A Countywide Curfew
3. Regina Paschal, Founder, Friends Of Carolina Animals – Concerning An Upcoming Mobile Veterinary Clinic
**EXECUTIVE SESSION**
1. According To Section 30-40-70 (A)1 – Discussion Of A Personnel Matter Concerning Williamsburg County Parks And Recreation
**COUNTY COUNCIL REPORT**
**COUNTY SUPERVISOR'S REPORT**
**ADJOURNMENT**

Persons with disabilities who may require special accommodations should contact the Receptionist at (843) 355-9321 Ext. 5102 or 5401

**P.O. 330 * 201 West Main Street * South Carolina 29556 * Telephone (843) 355-9321**

N 03

**TIMMONS GROUP**
YOUR VISION ACHIEVED THROUGH OURS.

1001 Boulders Parkway
Suite 300
Richmond, VA 23225

P 804.200.6500
F 804.560.1016
**www.timmons.com**

August 17, 2023

Alter Ego + East exist to hide West (Six)

**RE:**    Project Code: **2023-0114877**
           Project Name: **Kingstree East 230**

Dear Project Review Team,

On behalf of Kingstree West 115 Solar LLC, Timmons Group has reviewed the proposed Kingstree East 230 (Site) using the U.S. Fish and Wildlife Service (USFWS) South Carolina Field Office's online project review process. All guidance and instructions in completing the review have been followed and our review was completed on August 15, 2023. The site is located in Williamsburg County, South Carolina at 34.270233, -79.918518 (Figure 1). The proposed project involves the development of timbered and agricultural lands for the construction and operation of a solar site and associated facilities (including substations, utility lines, access roads, etc.). An aerial topography map showing existing conditions of the site and a conceptual layout for the proposed project has been included for review (Figures 2 & 3, respectively).

The evaluation included review of site conditions and queries of the following databases:

- USFWS Information for Planning and Conservation (IPaC) (Attachment 2)
- South Carolina Department of Natural Resources Natural Heritage Program Review (Attachment 3)

From June 12 to June 15, 2025, a field study was conducted on site to determine the status of bird and plant species identified as potentially present according to the above databases (Attachment 4). The results of the field survey were incorporated into the appropriate Determination Keys provided by IPaC (Attachment 5). A summary of the determinations can be found in the Species Conclusion Table, below.

| SPECIES | STATUS | CRITICAL HABITAT DESIGNATED? | IS THE SPECIES' HABITAT PRESENT IN THE ACTION AREA? | SPECIES SURVEY RESULTS | DETERMINATION / CONCLUSION |
|---|---|---|---|---|---|
| **NORTHERN LONG EARED BAT** | Endangered | No | Yes | Survey not performed | **MANLAA** |
| **TRICOLORED BAT** | Proposed endangered | No | Yes | Survey not performed | Determination key not available |
| **RED-COCKADED WOODPECKER** | Endangered | No | No | Survey confirms that species is absent in the absent area | **No effect** - species not present in action area |
| **MONARCH BUTTERFLY** | Candidate | No | N/A | Survey not performed | Determination key not available |
| **AMERICAN CHAFFSEED** | Endangered | No | Yes | Survey confirms that species is absent in the absent area | **NLAA** - species not present in action area |
| **CRANBY'S DROPWORT** | Endangered | No | No | Survey confirms that species is absent in the absent area | **NLAA** - species not present in action area |

CIVIL ENGINEERING  |  ENVIRONMENTAL  |  SURVEYING  |  GIS  |  LANDSCAPE ARCHITECTURE  |  CONSTRUCTION SERVICES



**TIMMONS GROUP**
YOUR VISION ACHIEVED THROUGH OURS.

1001 Boulders Parkway     P 804.200.6500
Suite 300                 F 804.560.1016
Richmond, VA 23225        **www.timmons.com**

We request your review of the species determinations and/or comments regarding potentially affected federally protected species. The project will have a federal nexus, which will trigger formal consultation in the future. Please contact me at lauren.wheeler@timmons.com or 804-433-2996 if you have any questions or comments about the project. Thank you for your attention to this request.

Sincerely,
**TIMMONS GROUP**

Lauren Wheeler
GIS Analyst

**Attachments:**

1. Figures
   - Figure 1 – Vicinity Map
   - Figure 2 – Aerial Topography Map
   - Figure 3 – Conceptual Site Plan
2. Official Species List
3. South Carolina Natural Heritage Program Review
4. Field Survey Report
5. Effects Determinations
   - USFWS Northern Long-eared Bat Rangewide Determination Key
   - South Carolina Ecological Field Services Field Office Determination Key

CIVIL ENGINEERING | ENVIRONMENTAL | SURVEYING | GIS | LANDSCAPE ARCHITECTURE | CONSTRUCTION SERVICES

## ATTACHMENT 1

- Figure 1 – Vicinity Map
- Figure 2 – Aerial Topography Map
- Figure 3 – Conceptual Site Plan

Path: Y:\852\48439.013-Kingstree_East\GIS\99999-VIC.mxd



Project Study Limits

Site limits are approximate.
Topographic imagery from USGS.

| 0 | 5,750 | 11,500 | 17,250 | 23,000 |
|---|---|---|---|---|

Feet

**KINGSTREE EAST 230**
WILLIAMSBURG COUNTY, SOUTH CAROLINA
**FIGURE 1: VICINITY MAP**

TIMMONS GROUP JOB NUMBER: *99999*
PROJECT STUDY LIMITS: *4,656.8 ACRES*
LATITUDE: *34.270233*
LONGITUDE: *-79.918518*

**TIMMONS GROUP**
YOUR VISION ACHIEVED THROUGH OURS.

U.S.G.S. QUADRANGLE(S): *RHEMS, WARSAW, INDIANTOWN*
DATE(S): *2017, 2017, 2017*
WATERSHED(S): *BLACK*
HYDROLOGIC UNIT CODE(S): *03040205*

These plans and associated documents are the exclusive property of TIMMONS GROUP and may not be reproduced in whole or in part and shall not be used for any purpose whatsoever, inclusive, but not limited to construction, bidding, and/or construction staking without the express written consent of TIMMONS GROUP.



KINGSTREE EAST 230

WILLIAMSBURG COUNTY - SOUTH CAROLINA

**TIMMONS GROUP**
YOUR VISION ACHIEVED THROUGH OURS.

FIGURE 2
AERIAL
TOPOGRAPHY
MAP

Legend

Topographic Contours

Project Study Limits - 4,856.8 Acres

Major - 10' Contour

Minor - 1' Contours



## ATTACHMENT 2

Official Species List



# United States Department of the Interior



### FISH AND WILDLIFE SERVICE
South Carolina Ecological Services
176 Croghan Spur Road, Suite 200
Charleston, SC 29407-7558
Phone: (843) 727-4707 Fax: (843) 727-4218

In Reply Refer To:                                            August 14, 2023
Project Code: 2023-0114877
Project Name: Kingstree East

Subject:   List of threatened and endangered species that may occur in your proposed project
           location or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as
well as proposed and final designated critical habitat, that may occur within the boundary of your
proposed project and/or may be affected by your proposed project. The species list fulfills the
requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the
Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

New information based on updated surveys, changes in the abundance and distribution of
species, changed habitat conditions, or other factors could change this list. Please feel free to
contact us if you need more current information or assistance regarding the potential impacts to
federally proposed, listed, and candidate species and federally designated and proposed critical
habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the
Act, the accuracy of this species list should be verified after 90 days. This verification can be
completed formally or informally as desired. The Service recommends that verification be
completed by visiting the ECOS-IPaC website at regular intervals during project planning and
implementation for updates to species lists and information. An updated list may be requested
through the ECOS-IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the
ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the
Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to
utilize their authorities to carry out programs for the conservation of threatened and endangered
species and to determine whether projects may affect threatened and endangered species and/or
designated critical habitat.

A Biological Assessment is required for construction projects (or other undertakings having
similar physical impacts) that are major Federal actions significantly affecting the quality of the
human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2)
(c)). For projects other than major construction activities, the Service suggests that a biological

evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

http://www.fws.gov/endangered/esa-library/pdf/TOC-GLOS.PDF

**Migratory Birds**: In addition to responsibilities to protect threatened and endangered species under the Endangered Species Act (ESA), there are additional responsibilities under the Migratory Bird Treaty Act (MBTA) and the Bald and Golden Eagle Protection Act (BGEPA) to protect native birds from project-related impacts. Any activity, intentional or unintentional, resulting in take of migratory birds, including eagles, is prohibited unless otherwise permitted by the U.S. Fish and Wildlife Service (50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)). For more information regarding these Acts see https://www.fws.gov/birds/policies-and-regulations.php.

The MBTA has no provision for allowing take of migratory birds that may be unintentionally killed or injured by otherwise lawful activities. It is the responsibility of the project proponent to comply with these Acts by identifying potential impacts to migratory birds and eagles within applicable NEPA documents (when there is a federal nexus) or a Bird/Eagle Conservation Plan (when there is no federal nexus). Proponents should implement conservation measures to avoid or minimize the production of project-related stressors or minimize the exposure of birds and their resources to the project-related stressors. For more information on avian stressors and recommended conservation measures see https://www.fws.gov/birds/bird-enthusiasts/threats-to-birds.php.

In addition to MBTA and BGEPA, Executive Order 13186: *Responsibilities of Federal Agencies to Protect Migratory Birds*, obligates all Federal agencies that engage in or authorize activities that might affect migratory birds, to minimize those effects and encourage conservation measures that will improve bird populations. Executive Order 13186 provides for the protection of both migratory birds and migratory bird habitat. For information regarding the implementation of Executive Order 13186, please visit https://www.fws.gov/birds/policies-and-regulations/executive-orders/e0-13186.php.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Consultation Code in the header of this letter with any request for consultation or correspondence about your project that you submit to our office.

08/14/2023                                                                                              3

Attachment(s):

- Official Species List
- USFWS National Wildlife Refuges and Fish Hatcheries
- Migratory Birds
- Wetlands

# OFFICIAL SPECIES LIST

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**South Carolina Ecological Services**
176 Croghan Spur Road, Suite 200
Charleston, SC 29407-7558
(843) 727-4707

08/14/2023                                                                                                    4

# PROJECT SUMMARY

Project Code:          2023-0114877
Project Name:          Kingstree East
Project Type:          Power Gen - Solar
Project Description:   Kingstree East is a proposed utility-scale solar facility.
Project Location:
    The approximate location of the project can be viewed in Google Maps: https://
    www.google.com/maps/@33.579847900000004,-79.47808164032543,14z



Counties:  Williamsburg County, South Carolina

# ENDANGERED SPECIES ACT SPECIES

There is a total of 6 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

___

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

## MAMMALS

| NAME | STATUS |
|---|---|
| Northern Long-eared Bat *Myotis septentrionalis* <br> No critical habitat has been designated for this species. <br> Species profile: https://ecos.fws.gov/ecp/species/9045 | Endangered |
| Tricolored Bat *Perimyotis subflavus* <br> No critical habitat has been designated for this species. <br> Species profile: https://ecos.fws.gov/ecp/species/10515 | Proposed Endangered |

## BIRDS

| NAME | STATUS |
|---|---|
| Red-cockaded Woodpecker *Picoides borealis* <br> No critical habitat has been designated for this species. <br> Species profile: https://ecos.fws.gov/ecp/species/7614 | Endangered |

## INSECTS

| NAME | STATUS |
|---|---|
| Monarch Butterfly *Danaus plexippus* <br> No critical habitat has been designated for this species. <br> Species profile: https://ecos.fws.gov/ecp/species/9743 | Candidate |

## FLOWERING PLANTS

| NAME | STATUS |
|------|--------|

American Chaffseed *Schwalbea americana*                                Endangered
> No critical habitat has been designated for this species.
> Species profile: https://ecos.fws.gov/ecp/species/1286

Canby's Dropwort *Oxypolis canbyi*                                        Endangered
> No critical habitat has been designated for this species.
> Species profile: https://ecos.fws.gov/ecp/species/7738

## CRITICAL HABITATS

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

YOU ARE STILL REQUIRED TO DETERMINE IF YOUR PROJECT(S) MAY HAVE EFFECTS ON ALL ABOVE LISTED SPECIES.

# USFWS NATIONAL WILDLIFE REFUGE LANDS AND FISH HATCHERIES

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

THERE ARE NO REFUGE LANDS OR FISH HATCHERIES WITHIN YOUR PROJECT AREA.

# MIGRATORY BIRDS

Certain birds are protected under the Migratory Bird Treaty Act[1] and the Bald and Golden Eagle Protection Act[2].

Any person or organization who plans or conducts activities that may result in impacts to migratory birds, eagles, and their habitats should follow appropriate regulations and consider implementing appropriate conservation measures, as described below.

---

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

**The birds listed below are birds of particular concern either because they occur on the USFWS Birds of Conservation Concern (BCC) list or warrant special attention in your project location.** To learn more about the levels of concern for birds on your list and how this list is generated, see the FAQ below. This is not a list of every bird you may find in this location, nor a guarantee that every bird on this list will be found in your project area. To see exact locations of where birders and the general public have sighted birds in and around your project

area, visit the E-bird data mapping tool (Tip: enter your location, desired date range and a species on your list). For projects that occur off the Atlantic Coast, additional maps and models detailing the relative occurrence and abundance of bird species on your list are available. Links to additional information about Atlantic Coast birds, and other important information about your migratory bird list, including how to properly interpret and use your migratory bird report, can be found below.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, click on the PROBABILITY OF PRESENCE SUMMARY at the top of your list to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
|---|---|
| American Kestrel *Falco sparverius paulus*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9587 | Breeds Apr 1 to Aug 31 |
| Brown-headed Nuthatch *Sitta pusilla*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA | Breeds Mar 1 to Jul 15 |
| Painted Bunting *Passerina ciris*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA | Breeds Apr 25 to Aug 15 |
| Prothonotary Warbler *Protonotaria citrea*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Apr 1 to Jul 31 |
| Red-headed Woodpecker *Melanerpes erythrocephalus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds May 10 to Sep 10 |
| Swallow-tailed Kite *Elanoides forficatus*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8938 | Breeds Mar 10 to Jun 30 |

# PROBABILITY OF PRESENCE SUMMARY

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read and understand the FAQ "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence (▦)**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability of species presence. The survey effort (see below) can be used to establish a level of confidence in the presence score. One can have higher confidence in the presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.

2. To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.

3. The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

**Breeding Season ( )**
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

**Survey Effort ( )**
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to 64 surveys.

**No Data (−)**
A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

probability of presence      breeding season    | survey effort    − no data

| SPECIES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

08/14/2023                                                                                                9



Additional information can be found using the following links:

- Birds of Conservation Concern https://www.fws.gov/program/migratory-birds/species
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding-and-minimizing-incidental-take-migratory-birds
- Nationwide conservation measures for birds https://www.fws.gov/sites/default/files/documents/nationwide-standard-conservation-measures.pdf

## MIGRATORY BIRDS FAQ

**Tell me more about conservation measures I can implement to avoid or minimize impacts to migratory birds.**

Nationwide Conservation Measures describes measures that can help avoid and minimize impacts to all birds at any location year round. Implementation of these measures is particularly important when birds are most likely to occur in the project area. When birds may be breeding in the area, identifying the locations of any active nests and avoiding their destruction is a very helpful impact minimization measure. To see when birds are most likely to occur and be breeding in your project area, view the Probability of Presence Summary. Additional measures or permits may be advisable depending on the type of activity you are conducting and the type of infrastructure or bird species present on your project site.

**What does IPaC use to generate the list of migratory birds that potentially occur in my specified location?**

The Migratory Bird Resource List is comprised of USFWS Birds of Conservation Concern (BCC) and other species that may warrant special attention in your project location.

The migratory bird list generated for your project is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is based on a growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring in the 10km grid cell(s) which your project intersects, and that have been identified as warranting special attention because they are a BCC species in that area, an eagle (Eagle Act requirements may apply), or a species that has a particular vulnerability to offshore activities or development.

Again, the Migratory Bird Resource list includes only a subset of birds that may occur in your project area. It is not representative of all birds that may occur in your project area. To get a list of all birds potentially present in your project area, please visit the Rapid Avian Information Locator (RAIL) Tool.

**What does IPaC use to generate the probability of presence graphs for the migratory birds potentially occurring in my specified location?**
The probability of presence graphs associated with your migratory bird list are based on data provided by the Avian Knowledge Network (AKN). This data is derived from a growing collection of survey, banding, and citizen science datasets.

Probability of presence data is continuously being updated as new and better information becomes available. To learn more about how the probability of presence graphs are produced and how to interpret them, go the Probability of Presence Summary and then click on the "Tell me about these graphs" link.

**How do I know if a bird is breeding, wintering or migrating in my area?**
To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating or year-round), you may query your location using the RAIL Tool and look at the range maps provided for birds in your area at the bottom of the profiles provided for each bird in your results. If a bird on your migratory bird species list has a breeding season associated with it, if that bird does occur in your project area, there may be nests present at some point within the timeframe specified. If "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

**What are the levels of concern for migratory birds?**
Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are Birds of Conservation Concern (BCC) that are of concern throughout their range anywhere within the USA (including Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);

2. "BCC - BCR" birds are BCCs that are of concern only in particular Bird Conservation Regions (BCRs) in the continental USA; and

3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the Eagle Act requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of development or activities (e.g. offshore energy development or longline fishing).

4:26-cv-01034-JD-PJG    Date Filed 05/19/26    Entry Number 93-5    Page 47 of 49

08/14/2023                                                                    11

Although it is important to try to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and minimize impacts to the birds on this list, especially eagles and BCC species of rangewide concern. For more information on conservation measures you can implement to help avoid and minimize migratory bird impacts and requirements for eagles, please see the FAQs for these topics.

**Details about birds that are potentially affected by offshore projects**
For additional details about the relative occurrence and abundance of both individual bird species and groups of bird species within your project area off the Atlantic Coast, please visit the Northeast Ocean Data Portal. The Portal also offers data and information about other taxa besides birds that may be helpful to you in your project review. Alternately, you may download the bird model results files underlying the portal maps through the NOAA NCCOS Integrative Statistical Modeling and Predictive Mapping of Marine Bird Distributions and Abundance on the Atlantic Outer Continental Shelf project webpage.

Bird tracking data can also provide additional details about occurrence and habitat use throughout the year, including migration. Models relying on survey data may not include this information. For additional information on marine bird tracking data, see the Diving Bird Study and the nanotag studies or contact Caleb Spiegel or Pam Loring.

**What if I have eagles on my list?**
If your project has the potential to disturb or kill eagles, you may need to obtain a permit to avoid violating the Eagle Act should such impacts occur.

**Proper Interpretation and Use of Your Migratory Bird Report**
The migratory bird list generated is not a list of all birds in your project area, only a subset of birds of priority concern. To learn more about how your list is generated, and see options for identifying what other birds may be in your project area, please see the FAQ "What does IPaC use to generate the migratory birds potentially occurring in my specified location". Please be aware this report provides the "probability of presence" of birds within the 10 km grid cell(s) that overlap your project; not your exact project footprint. On the graphs provided, please also look carefully at the survey effort (indicated by the black vertical bar) and for the existence of the "no data" indicator (a red horizontal bar). A high survey effort is the key component. If the survey effort is high, then the probability of presence score can be viewed as more dependable. In contrast, a low survey effort bar or no data bar means a lack of data and, therefore, a lack of certainty about presence of the species. This list is not perfect; it is simply a starting point for identifying what birds of concern have the potential to be in your project area, when they might be there, and if they might be breeding (which means nests might be present). The list helps you know what to look for to confirm presence, and helps guide you in knowing when to implement conservation measures to avoid or minimize potential impacts from your project activities, should presence be confirmed. To learn more about conservation measures, visit the FAQ "Tell me about conservation measures I can implement to avoid or minimize impacts to migratory birds" at the bottom of your migratory bird trust resources page.

08/14/2023                                                                12

# WETLANDS

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

Please note that the NWI data being shown may be out of date. We are currently working to update our NWI data set. We recommend you verify these results with a site visit to determine the actual extent of wetlands on site.

FRESHWATER FORESTED/SHRUB WETLAND
- PFO1Cd
- PFO1C
- PFO1/SS4Bd
- PSS1/3Bd
- PFO1/4A
- PFO4/1Bd
- PFO4/1B
- PFO1A
- PFO1/4Bd
- PSS4Ad
- PSS4/FO1Bd
- PFO1Ad
- PSS4Bd
- PFO1Bd
- PFO1/4B
- PSS1Cd
- PFO1B
- PSS1B
- PSS1A
- PSS1/FO1Cd
- PFO2C
- PFO4Bd
- PFO4/1Ad

RIVERINE
- R4SBC
- R5UBH

08/14/2023                                                                                    14

## IPAC USER CONTACT INFORMATION

Agency:           Private Entity
Name:             Lauren Wheeler
Address:          1000 Boulders Parkway
Address Line 2:   Suite 300
City:             Richmond
State:            VA
Zip:              23225
Email             lauren.wheeler@timmons.com
Phone:            8044332996