P 03

STATE OF SOUTH CAROLINA )
                         )          ORDINANCE NO. 2020-25
COUNTY OF WILLIAMSBURG )

**AN ORDINANCE AUTHORIZING A MUTUAL COOPERATION AGREEMENT BY AND BETWEEN WILLIAMSBURG COUNTY, SOUTH CAROLINA AND THE WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION AND ADDRESSING OTHER MATTERS RELATED THERETO**

WHEREAS, Williamsburg County, South Carolina (the "County") is a body politic and political subdivision of the State of South Carolina; and

WHEREAS, the Williamsburg County Development Corporation (the "Corporation") is a South Carolina nonprofit corporation formed on December 11, 1995 and is a public charity exempt from federal income tax pursuant to Section 501(c)(3) of the Internal Revenue Code; and

WHEREAS, the County and the Corporation have operated under the interpretation that the property of the Corporation is exempt from *ad valorem* property tax under the provisions of Title 12, Chapter 37 of the Code of Laws of South Carolina; and

WHEREAS, a representative of the South Carolina Department of Revenue has informally expressed an opinion that the Corporation's property may not be fully exempt; and

WHEREAS, the County and the Corporation desire to enter into a Mutual Cooperation Agreement to ensure that if the Corporation's property is determined to be taxable, the imposition of property tax will not undermine the Corporation's critical mission of promoting industrial development within the County; and

WHEREAS, the County is mindful of the four-factor test set forth in *Nichols v. South Carolina Research Authority*, 290 S.C. 415, 351 S.E.2d 155 (1986) regarding the use of public funds for industrial development, namely (1) the ultimate goal or benefit to the public, (2) whether public or private parties will be primary beneficiaries, (3) the speculative nature of the project, and (4) the probability and degree to which the public interest will be served; and

WHEREAS, the County has determined that the support of the Corporation's critical mission of promoting industrial development is ultimately for the benefit of the public, will primarily benefit public parties, is not overly speculative in nature, and is highly likely to serve the public interest; and

WHEREAS, to that end, the County and the Corporation have prepared and presented to the County Council a Mutual Cooperation Agreement, a copy of which is attached hereto as Exhibit A, the form and substance of which is agreeable to the County Council.

NOW, THEREFORE, BE IT ORDAINED by the County Council of Williamsburg County, South Carolina, in a meeting duly assembled, as follows:

HSB 6566849 v 1

RE: Request for Support & Partnership – Telehealth Revitalization & Resilience Hub

From:  Ronald Carter (rcarter@santee.org)

To:  lathonia@yahoo.com

Date:  Friday, April 3, 2026 at 02:50 PM UTC



P - 03

P. 03

Dr. Bennett:

While I appreciate your interest in working with Santee Electric Cooperative, please understand that funds available for philanthropy are inherently limited due to our not for profit mission (providing dependable and affordable electricity). We receive dozens of requests for assistance from established organizations each year, the sum of which far exceeds what we have available. Because of that, the awards that we make are usually small, not in the ballpark of tens or hundreds of thousands of dollars. Organizational support requests can be submitted to Operation Round Up, but they have a cap of $5,000 on any donations that they can make. Also, again because of the high number of applicants, we have seen the award amounts decreasing over the last several years as there is just not enough money available. It has also become increasingly unlikely that an organization that does not yet exist can receive funding, again because of the number of established entities that make annual requests.  I hope that you understand our limitations and wish you the best as you seek funding for this project.

Thanks,

Ronald D. Carter, Jr., MBA, EDFP, CKAE
Santee Electric Cooperative, Inc.
Manager, Economic Development & Government Relations
P.O. Box 548
Kingstree, SC 29556
Office: 843-355-0524
Cell: 843-206-5440

**From:** Lathonia Bennett, DDS <lathonia@yahoo.com>
**Sent:** Thursday, April 2, 2026 2:23 PM
**To:** Ronald Carter <RCarter@Santee.org>
**Subject:** Request for Support & Partnership – Telehealth Revitalization & Resilience Hub

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Carter,

I am writing to formally request consideration for support and partnership in advancing a Telehealth Revitalization & Resilience Hub in Williamsburg County—an initiative designed to address critical gaps in healthcare access, workforce development, and infrastructure in our economically distressed region.

This project is structured to align with economic development priorities by supporting workforce readiness, infrastructure utilization, and community stability, while also positioning the county to compete for state and federal funding opportunities.

The Hub will integrate:

Telehealth and tele-dentistry services to expand access to care
Workforce training in healthcare support, broadband-enabled services, and community health roles
Community-based service delivery tied to housing, education, and economic resilience

To move this initiative forward, we are seeking coordination and potential support consistent with SEC's role in advancing infrastructure-

ready, community-impact projects.

Preliminary Budget Overview (Phase I)
Telehealth & Tele-dentistry Infrastructure: $75,000
Facility Activation / Equipment & Buildout: $125,000
Workforce Training & Program Development: $100,000
Mobile & Community Outreach Services: $50,000
Program Coordination & Initial Operations: $75,000

Total Phase I Request: $425,000

Request for Clarification & Engagement

In alignment with your stated framework, I am seeking guidance on:

Whether this project may be considered within county-supported economic development initiatives
Pathways to introduce this project into the county-led pipeline required for SEC coordination
Opportunities for infrastructure or partnership support that align with workforce and community development outcomes

This project has been developed in coordination with external agencies and funding partners and is structured to leverage layered funding ("stacking"), reducing long-term dependency while maximizing regional impact.

Given the scale of need and alignment with economic development priorities, I believe this initiative represents a viable and impactful opportunity for coordinated support. I would welcome the opportunity to discuss this further and determine appropriate next steps.

Thank you for your time and consideration.

Sincerely,



Lathonia Bennett, DDS
JustUs CPP
PO Box 1010
Kingstree, SC 29556
843 800-0087
912 996-3303
lathonia@justuscpp.orghttps://justuscpp.orgpaypal.com/us/fundraiser/charity/5603666


On Wednesday, March 4, 2026 at 07:47:18 AM EST, Ronald Carter <rcarter@santee.org> wrote.


The other email address bounced back. Anyway, here is my response again.

Ronald D. Carter, Jr., MBA, EDFP, CKAE

Santee Electric Cooperative, Inc.

Manager, Economic Development & Government Relations

P.O. Box 548

Kingstree, SC 29556

Office: 843-355-0524

Cell: 843-206-5440


Begin forwarded message:

**From:** Ronald Carter <RCarter@santee.org>

**Date:** March 2, 2026 at 5:29:00 PM EST

**To:** lathonia@justuscpp.org

**Subject: RE: Request for Clarification on Support for Community Economic Development Initiatives**

Dr. Bennett:

Thank you for your interest in understanding how economic development activities are supported by Santee Electric Cooperative ("SEC").

First of all, I would like to differentiate between SEC and Santee Cooper. SEC, based in Kingstree, is a not-for-profit member owned electric cooperative whereas Santee Cooper, based in Monck's Corner, is a statewide utility owned by the State of South Carolina. We are two separate companies, although confusion because of the name similarity is common. That said, my response is limited to what SEC does within its four county service territory, Clarendon, Florence, Georgetown, and Williamsburg. You should contact Santee Cooper directly should you have any questions regarding their programs.

SEC's economic development involvement is limited and focused on supporting county-led economic development projects that advance job creation, tax base growth, and infrastructure readiness for industrial and commercial investment. Examples include our participation in industrial parks, speculative industrial buildings, and related infrastructure initiatives sponsored by county governments. Economic development support is evaluated in coordination with county leadership and regional economic development organizations. Such support is tied to specific, defined projects, not general operating support or discretionary contributions.

I hope this provides clarity regarding our participation in economic development.

Sincerely,


Ronald D. Carter, Jr., MBA, EDFP, CKAE

Santee Electric Cooperative, Inc.

Manager, Economic Development & Government Relations

P.O. Box 548

Kingstree, SC 29556

Office: 843-355-0524

Cell: 843-206-5440


**From:** lathonia@justuscpp.org <lathonia@justuscpp.org>
**Sent:** Saturday, February 28, 2026 9:56 AM
**To:** Ronald Carter <RCarter@Santee.org>
**Subject:** Request for Clarification on Support for Community Economic Development Initiatives

---

**WARNING:** The Sender of this Message Could Not be Validated and May be a Phishing Attempt field.

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Ron

I hope this message finds you well.

I am writing to request clarification regarding how Santee Cooper supports economic development initiatives within the communities it serves.

As a community stakeholder actively engaged in local development efforts, I am seeking a clearer understanding of:

The criteria used to evaluate and support economic development projects

Available programs, incentives, or partnerships offered to community-based initiatives

How local nonprofit or community-driven projects may formally engage with Santee Cooper

The role Santee Cooper plays in coordinating with county or municipal leadership on development priorities

It is important for us to understand how infrastructure providers align with long-term community planning, particularly in areas involving sustainable development, workforce growth, and equitable access to opportunity.

I would appreciate any documentation, program guidelines, or an opportunity to schedule a brief discussion to better understand your framework and available pathways for engagement. You and I spoke before but am not sure how best to access support for merit based initiatives. I submitted a proposal but received no response so I thought it best to ask for guidance

Thank you for your time and consideration. I look forward to your response.

Sincerely,

Lathonia Bennett
JustUs CPP
PO BOX 1010
Kingstree, SC. 29556
912 996-3303

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

May 12 2026
REFERENCE ID: 2216833

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

L 09

File ID: 220907-1317222
Filing Date: 09/07/2022

# STATE OF SOUTH CAROLINA
## SECRETARY OF STATE

### NOTICE OF CHANGE OF (1) DESIGNATED OFFICE, (2) AGENT FOR SERVICE OF PROCESS, OR (3) ADDRESS OF AGENT
### LIMITED LIABILITY COMPANY – DOMESTIC AND FOREIGN

Pursuant to the 1976 S.C. Code of Laws, as amended, §33-44-109, the limited liability company submits the following statement of change.

1. The name of the limited liability company is:

> Williamsburg County Development Holdings, LLC

2. The limited liability company is (check either "a" or "b", whichever is applicable):

[x]  a. A South Carolina limited liability company.

[ ]  b. A foreign limited liability company authorized to transact business in South Carolina.

3. a. The South Carolina street address of the current designated office for the limited liability company is:

424 Sumter Highway

(Street Address)

Kingstree, South Carolina 29556

(City, State, Zip Code)

b. The name of the company's current agent for service of process is:

R. William Metzger, Jr.

(Name)

c. The South Carolina street address of the current registered agent's office is:

1310 Gadsden Street

(Street Address)

Columbia, South Carolina 29201

(City, State, Zip Code)

4. Check and complete all boxes (a-c) that apply.

[ ]  a. The company is changing the address of its designated office.

The new South Carolina address of the designated office of the limited liability company is:

(Street Address)

(City, State, Zip Code)

Form Revised by South Carolina Secretary of State, August 2016
F0080

SC Secretary of State
Mark Hammond

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
May 12 2026
REFERENCE ID: 2216833

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

| Williamsburg County Development Holdings, LLC |
| --- |

Name of Limited Liability Company

☐ b. The company is changing its agent for service of process.

The name of the company's new agent for service of process is:

_____
(Name)

I hereby consent to the appointment as registered agent.

_____
(Agent's Signature)

☒ c. The company is changing the street address of the agent for service of process.

The new South Carolina street address of the registered agent's office is:

2151 Pickens Street, Suite 500
_____
(Street Address)

Columbia, South Carolina 29201
_____
(City, State, Zip Code)

5. Unless otherwise specified, these articles are effective when endorsed for filing by the Secretary of State. Specify the

time and date of any delayed effective date _____
                                                    (Date)

Date: 7/25/2022

_____
(Signature)

*Ronald D. Carter, Jr.*
_____
(Print Name)

Capacity/Position of Person Signing (**You must check one box.**)

☒ Manager     ☐ Member     ☐ Organizer

☐ Fiduciary     ☐ Attorney-in-Fact

Form Revised by South Carolina Secretary of State, August 2016
F0080/F0086

$P C 6$



**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
P.O. Box 2508
Cincinnati, OH 45201

**Date:**
October 6, 2023

**Employer ID number:**
92-1443921

**Person to contact:**
Name: Sonserae Stallings
ID number: 10055
Telephone: 877-829-5500

**Accounting period ending:**
January 31

**Public charity status:**
170(b)(1)(A)(vi)

**Form 990 / 990-EZ / 990-N required:**
Yes

**Effective date of exemption:**
December 23, 2022

**Contribution deductibility:**
Yes

**Addendum applies:**
No

**DLN:**
29053278003003

JUSTUS COMMUNITY PERPETUALIZATION
PROJECT
C/O LATHONIA BENNETT
137 BROUGHTON AVE
ANDREWS, SC 29510

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct contributions they make to you under IRC Section 170. You're also qualified to receive tax deductible bequests, devises, transfers or gifts under Section 2055, 2106, or 2522. This letter could help resolve questions on your exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as either public charities or private foundations. We determined you're a public charity under the IRC Section listed at the top of this letter.

If we indicated at the top of this letter that you're required to file Form 990/990-EZ/990-N, our records show you're required to file an annual information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N, the e-Postcard). If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

For important information about your responsibilities as a tax-exempt organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, which describes your recordkeeping, reporting, and disclosure requirements.

We sent a copy of this letter to your representative as indicated in your power of attorney.

Sincerely,

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

## Broadband Help Hub Technical Assistance Award for JustUS - Congratulations!

From: Broadband Help Hub (broadbandhelp@lisc.org)

To: lathonia@justuscpp.org

Date: Tuesday, October 28, 2025 at 10:05 PM UTC



Congratulations! LISC is pleased to provide JustUs with a technical assistance award and support from the Broadband Help Hub to help develop your community's broadband plan.

Thank you for stating in your application that your organization's governing board has committed in writing to participating in this program. Please send us this resolution at your convenience. Once we receive it, we will schedule a project kick-off meeting.

The project kick-off is meant to finalize the project scope of work with your team, the technical advisors with Broadband Catalysts, and LISC. Kick-off meetings are held on Friday afternoons between 1 and 4 pm ET. Meetings will run between one and two hours. Please reply to this email with your preferred Friday date and start time, or suggest alternative times for your team.

Once the project is underway, you can reach the support team at broadbandhelp@lisc.org. The project will conclude with a presentation of findings and a question-and-answer session open to stakeholders, within three months of the start date.

It's a privilege to help your community advance your broadband and digital opportunity goals. We look forward to working with you!

Sincerely,

**Christa Vinson**
**Director, Digital Access & Strategic Partnerships**
**Rural LISC** | Local Initiatives Support Corporation
**C:** 980.287.9705
cvinson@lisc.org | www.lisc.org/rural



The information transmitted in this e-mail is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this e-mail in error, please contact the sender and delete the material from any computer.

P 08

## A2026MCADSC: USDA Project Information and Request for Additional Information

From:  Batcher, Ronald - MRP-AMS (ronald.batcher@usda.gov)

To:  lathonia@justuscpp.org

Cc:  sasha.pokrovskaya@usda.gov; jedediah.grant@usda.gov

Date:  Wednesday, May 13, 2026 at 01:02 PM UTC

Hi Lathonia,

Thank you for submitting your request to the Wholesale Markets and Facility Design program. We look forward to assisting you with your facility design needs. Below are several important action items to help us get started. Please keep this email for future reference.

**Project Information**:
Your project number is **A2026MCADSC**. Please include this number in the subject line of all emails sent to our team. This helps us accurately track your project correspondence, especially since we receive a large volume of emails.

When sending correspondence, please include the full architecture team:
ronald.batcher@usda.gov
sasha.pokrovskaya@usda.gov
jedediah.grant@usda.gov

**Before the Kick-off Meeting**:
You should have received, or will soon receive, an invitation to your project folder on Box.com. If the invitation does not appear, please check your spam or junk folder. Let us know if you experience any issues accessing the folder.

> Box Main Folder - **A2026MCADSC**:
> Please upload all project-related documentation (site plans, floor plans, specifications, equipment lists, etc.) to the main project folder. Note that we cannot see files uploaded to your personal Box dashboard.

> After uploading documents, send an email to our team to notify us. We do not receive automatic upload notifications. We will review your materials prior to the kick-off meeting.

> Box sub-folder - **A2026MCADSC** / USDA Uploads:
> All USDA-produced designs and work products will be placed in this folder as they are completed.

**Additional Resources**:
For more USDA resources, please visit the **Local and Regional Food Systems Resource Guide** website. Please note that some programs listed there may no longer be offered.

**Next Steps**:
Please complete the **Facility Program Questionnaire** online form.

**Deadlines and Kick-off Meeting**:
We would like to schedule our kick-off meeting during the week of **June 8, 2026**, between **1:00–3:00 PM EST**. Please provide the dates and times that work best for you during that week.

Additionally, please upload your project documents and complete the questionnaire by **June 3, 2026**, so our team has time to review your materials in advance.

We look forward to working with you and supporting the success of your project.

Ron Batcher, AIA, NCARB

Lead Architect

Local and Regional Foods Division

Wholesale Markets and Facility Design

 **U.S. DEPARTMENT OF AGRICULTURE**

Agricultural Marketing Service

p: (202) 690-1309 | c: (202) 302-7989

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

5/14/2026, 6:13 AM

FY26 Youth and Young Adult Partner Annual Reporting Requirements

From: White, Ernestine M (ernestine_white@nps.gov)

Date: Tuesday, May 5, 2026 at 12:55 PM UTC

*P 09*

Good morning,

I'm pleased to share that your organization/program has been selected by the National Park Service (NPS) Youth Programs Division for funding. This support advances our shared mission of engaging and developing youth and young adults through meaningful program opportunities across the country.

As part of the funding requirements, your organization/program is asked to submit an End-of-Year Accomplishments Report and complete the pre-, mid-, and post-internship surveys. For full details, please refer to the attached FY26 Youth Partner Annual Report Guidance, which includes submission deadlines and the required survey questions to incorporate into your evaluations. Find details below.

The Youth Programs Division requests the following:

- Draft annual report due: **Monday, September 14, 2026**
- Final report due: **Monday, October 5, 2026**

Each program must submit both a public and an internal version of the report:

- The public report should be suitable for sharing with external audiences.
- The internal report must include all completed survey responses (pre-, mid-, and post-) along with the corresponding raw data.

If you have any questions or need further clarification, please contact Ernestine White, National Youth Employment Program Coordinator, at ernestine_white@nps.gov.

Thank you for your continued partnership.

Best regards,
Ernestine

**National Park Service**

**Youth Partner Annual Report Guidance and Submission Deadlines (FY 2026)**

Draft annual reports are due to the Youth Programs Division no later than **Monday, September 14, 2026**. The final version must be submitted by **Monday, October 5, 2026**.

Please send your report to **Ernestine White, National Youth Employment Program Coordinator, at ernestine_white@nps.gov**. If you have any questions, you may also contact Ernestine White directly for assistance.

**Annual Report Format**

**1. Front Matter**

- Introduction / Executive Summary
  (Overview of program engagement and summary of key data)

- Table of Contents

- Acknowledgements

- Contact Information
  (Partner Organization & NPS Representative(s))

**2. About the Partner Organization(s) and Program**

- Purpose of the Program
  (What it is intended to accomplish and how the goals align with NPS priorities)

- Funding Amounts
  (Include all funding sources, not just NPS-provided funding)

- Highlights of Program Successes (Outcomes)

## 3. Alignment to Priorities (Outcomes)

Describe outcomes as they relate to the priorities listed below:

**Executive Orders**

- EO 14189 – Celebrating America's 250th Birthday

- EO 14252 – Make the District of Columbia Safe and Beautiful

- EO 14253 – Restoring Truth and Sanity to American History

- EO 14278 – Preparing Americans for High-Paying Skilled Trade Jobs of the Future

- EO 14283 – White House Initiative to Promote Excellence and Innovation at Historically Black Colleges and Universities

- EO 14303 – Restoring Gold Standard Science

- EO 14308 – Empowering Commonsense Wildfire Prevention and Response

- EO 14314 – Making America Beautiful Again by Improving Our National Parks

- EO 13935 – White House Hispanic Prosperity Initiative

**DOI Secretary's Orders**

- SO 3426 – Ensuring National Parks Are Open and Accessible

- SO 3428 – Making the District of Columbia Safe and Beautiful

- SO 3431 – Restoring Truth and Sanity to American History

- SO 3434 – Strengthening Coordination with Gateway Communities

- SO 3435 – Implementation of the Expanding Public Lands Outdoor Recreation Experiences Act

## 4. Demographic Information

Provide sex, age, education status (high school, college, some college, graduate school, veteran status), race, and ethnicity. Include both **counts and percentages** using the formats below.

**Age**

- Under 15 years

- 15 to 17 years

- 18 to 20 years

- 21 to 35 years

**Education Level**

- Some high school

- High school diploma or GED

- Some college

- Two-year degree or certificate

- Four-year degree

- Some graduate school

- Graduate degree

## 5. Federal Hires

- How many participants have been converted to federal hires?

### 6. Other Program Successes

- Types of Projects Completed
  (Describe benefits to parks/offices and interns)

- Project Highlights
  (Provide descriptions and images of at least 3–5 participant projects; examples include deferred maintenance, infrastructure, and outdoor recreation access)

- Wildland Fire Support

**Interns and Crew Members**
(Provide a complete list of all interns and crew members, including names, roles, and assigned locations or projects, if applicable)

- Testimonials
  (Include quotes from participants, mentors, and supervisors)

- List of Participating Parks, Communities, and Partner Organizations

- Links to Videos, News Articles, and Social Media Handles Related to the Program

- Conclusion
  (Include plans for continuation, anticipated changes, and long-term goals)

- Issues and Recommendations for Program Improvement

- Intern/ Crew member Bios
  (Include in appendix)

### 7. Evaluation Results

Include pre-, mid-, and post-internship evaluation results in the appendix.
Share raw data separately with the Youth Programs Division.

**Appendix – Internship Evaluation Questions**

(Please rate from **1 ("I'm a novice")** to **5 ("I'm an expert")**. Select one number for each item.)

**Pre-Internship Evaluation Questions**

1. How familiar are you with job opportunities in nonprofit organizations (charities, community organizations)?
   1   2   3   4   5

2. How familiar are you with job opportunities in federal, state, and local government agencies?
   1   2   3   4   5

3. How interested are you in pursuing a career with state or federal public land agencies, such as the NPS?
   (1 = Not interested at all, 5 = Very interested)
   1   2   3   4   5

4. How did you first hear about this internship?

**Mid-Internship Evaluation Questions**

1. What do you think about your internship so far? How is it going?

2. Have you learned something you did not know before?

3. What has been most interesting to you?

4. What skills do you think you have developed or acquired?

5. Is there anything you would like to change about your experience so far?

6. What would you want senior officials at the National Park Service to know about your experience?

**Post-Internship Evaluation Questions**

1. If you could make one recommendation to the Director of the National Park Service on how NPS can better connect with young people and adults, what would it be?

2. What other jobs or career fields would you be interested in learning more about?

3. Do you feel that your work contributed to the mission of the National Park Service? Why or why not?

4. Why are national parks important—or not important—to you?

5. How much influence did the **(INSERT PROGRAM NAME)** have on your answer to question #4?

6. Did your experience this summer influence your career goals? If so, how?

7. Please provide any additional feedback about the program or your experience.



**Follow Us**



@NPSYouth
#NPSYouth #NPSYoungAdults

 

**EXPERIENCE YOUR AMERICA**
U.S. Department of the Interior

Ernestine M. White
National Youth Employment Programs Coordinator
*(21CSC, Vets, YMCA, BGCA)*
**Work With Us** - Youth and Young Adult Programs

**Youth Partner Portal Help Email:**
SupportYouthPartnerPortal@nps.gov

**NATIONAL PARK SERVICE**
Youth Programs Division
Workforce and Inclusion Directorate
1849 C Street, NW
Room: 2224
Washington, D.C. 20240
202-839-7568 cell

**DOI Account Holders ONLY**
**W&I SharePoint:** Youth and Young Adults Program

Public Lands Corps Program

NPS Conservation Fellows (Direct Hire Resource Assistant Intern)

21st Century Conservation Service Corps Program - Youth Agreements

4 of 4



# State of South Carolina
# Office of the Secretary of State
# The Honorable Mark Hammond

Mar 1, 2024

JustUs Community Perpetulization Project
Lathonia Bennett Bennett
137 BROUGHTON AVE
ANDREWS, SC 29510-5583

RE: Registration Confirmation                          Charity Public ID: P82497

Dear Lathonia Bennett Bennett:

This letter confirms that the Secretary of State's Office has received and accepted your Registration, therefore, your charitable organization is in compliance with the registration requirement of the "South Carolina Solicitation of Charitable Funds Act." The registration of your charitable organization will expire on May 15, 2025.

If any of the information on your Registration form changes throughout the course of the year, please contact our office to make updates. It is important that this information remain updated so that our office can keep you informed of any changes that may affect your charitable organization.

If you have not yet filed your annual financial report or an extension for the annual financial report, the annual financial report is still due 4 ½ months after the close of your fiscal year.

- Annual financial reports must either be submitted on the Internal Revenue Service Form 990 or 990-EZ or the Secretary of State's Annual Financial Report Form.

- If you wish to extend the filing of that form with us, please submit a written request by email or fax to our office using the contact information below. Failure to submit the annual financial report may result in an administrative fine of up to $2,000.00.

If you have any questions or concerns, please visit our website at www.sos.sc.gov or contact our office using the contact information below.

Sincerely,

Kimberly S. Wickersham
Director, Division of Public Charities

South Carolina Secretary of State, Division of Public Charities
1205 Pendleton Street, Suite 525, Columbia, SC 29201
Phone (803) 734-1790   Fax (803) 734-1604   Email: charities@sos.sc.gov   www.sos.sc.gov



**Solar Now**
*For a Better, Safer and Healthier Planet*

## Silicon Ranch's past lawsuit, rejection haunts efforts to develop solar farm in Stockton – 1819 News

Posted on February 13, 2026 by Now.Solar

The company planning a 2,000-acre solar farm in Stockton has previously faced a lawsuit and community outcry in Georgia.

Silicon Ranch has developed more than 180 solar facilities. The company previously lost a $135 million lawsuit filed by a family in Georgia. However, a judge ruled the judgment was excessive, and a settlement has been reached.

According to the lawsuit, Nashville-based Silicon Ranch Corp. and its contractor, IEA Inc., were sued by Shaun and Amie Harris, of Lumpkin, Ga., after clearing 1,000 acres of timberland and farmland without adequate measures for erosion and sediment control, according to court documents. The couple, who used nearby land for fishing and hunting, said their property was polluted every time it rained, inundating wetlands and destroying their lake.

The court found the companies "created, operated and maintained a nuisance."

Attorneys for the plaintiff said during the trial that the companies named in the lawsuit tried to place blame elsewhere. Silicon Ranch maintained that it relied on its contractor for best management practices and disagreed with the verdict.

"As the long-term owner of this facility, Silicon Ranch remains committed to the continued success of Stewart County and the surrounding region," the company stated in a press release. "While we sincerely regret the unintentional damage to our neighbor's property, Silicon Ranch does not believe the verdict in this trial is supported by the facts in this case."

Although a settlement has been reached, the lawsuit and other concerns, including wildlife management and a black bear population, led to the Houston County, Ga. Commission rejecting a solar farm project there. In 2024, developers heard public outcry over a planned development in Kathleen, Ga. The company said it planned to install panels on 2,100 acres of a 4,600-acre piece of property zoned for agriculture. The commission voted against rezoning the property.

Silicon Ranch already operates a solar farm in Perry, Ga., where it uses sheep for landscaping. Developers told WKRG they also plan to have sheep at the Stockton site. They said they will not build on wetlands and will use less than the 4,500 acres they plan to purchase.

Hundreds gathered for a town hall in Stockton on Monday, calling for officials, including the Baldwin County Commission and the Alabama Public Service Commission, to step in and stop the solar farm proposed by Silicon Ranch.

The Georgia farms power residential homes and businesses. The Stockton project would support a Meta data center near Montgomery.

*To connect with the author of this story or to comment, email [email protected].*

*Don't miss out! Subscribe to our newsletter and get our top stories every weekday morning or become a member to gain access to exclusive content and 1819 News merch.*

source

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

**Bennett v. Williamsburg County, et al. Civil Action No. 4:26-cv-01034-JD-PJG**

# UPDATED EXHIBIT INDEX TO SECOND AMENDED COMPLAINT

*(Filed in Substitution of the Exhibit Index Filed May 9, 2026)*

This Updated Exhibit Index identifies each exhibit referenced in the Second Amended Complaint, filed concurrently with the Court's Order of May 1, 2026 (ECF No. 78). This document supersedes and replaces the Exhibit Index filed May 9, 2026. The Second Amended Complaint itself is not modified by this filing; this Index alone is updated to (i) add supplemental sub-exhibits obtained or finalized after May 9, 2026, and (ii) refine the Evidentiary Purpose / Count assignments to align precisely with the controlling Second Amended Complaint. Exhibits are filed as a single binder.

Exhibits marked **"TO BE EXECUTED"** or **"TO BE PRODUCED OR DECLARED"** identify items that, if not yet finalized at filing, will be promptly supplemented by separate motion under Fed. R. Civ. P. 15(d) or by sworn declaration.

## Count Structure Referenced (per the Controlling Second Amended Complaint)

- **Count I** — First Amendment Retaliation, 42 U.S.C. § 1983
- **Count II** — First Amendment Viewpoint Discrimination and Unconstitutional Forum Restriction, 42 U.S.C. § 1983
- **Count III** — Equal Protection — Class of One and Racial Disparate Impact, 42 U.S.C. § 1983
- **Count IV** — Fourteenth Amendment Due Process, 42 U.S.C. § 1983
- **Count V** — Writ of Mandamus, 28 U.S.C. § 1361
- **Count VI** — South Carolina Freedom of Information Act, S.C. Code Ann. § 30-4-10 et seq.
- **Count VII** — Civil Conspiracy

- **Count VIII** — Unlawful Show of Authority, Fourth Amendment, 42 U.S.C. § 1983

## PART I — PARENT EXHIBITS A THROUGH BBB

| Exhibit | Description | Evidentiary Purpose / Counts |
|---|---|---|
| A | Ordinance 2023-05 with blank '[To be inserted]' parcel description | SSRC adoption without disclosed parcels; Counts II, IV, VII |
| B | SSRC Agreement § 2.03(b) anti-zoning covenant text | 30-year covenant potentially to 2053; Counts II, IV, VII |
| C | Ordinance 2025-12 (Project Splitshot / PRET) — Jan. 20, 2026 | Council not informed of PRET PFAS litigation; Counts II, IV, VII |
| D | March 1, 2023 Chikhliker → Frieson email (Johnson cc'd) | Pre-execution admission of undisclosed industrial uses; FRE 801(d)(2); Counts II, IV, VII |
| E | March 31, 2026 Copp $438.75 FOIA deposit demand on WCDC letterhead | Facially unlawful FOIA obstruction; Counts I, V, VI, VII |
| F | WRCOG / Leigh Wood email-failure confirmation (March 4, 2026 onset) | Email disruption corroboration; Counts I, IV, VII |
| G | Special Purpose District Enabling Resolution and MOU (rejected) | Procedural due process — no agenda vote, no written response; Count IV |
| H | HOME/CHDO letter-of-support requests + County non-response **AND** Sept. 10, 2025 EDA $50,000,000 Partnership submission (Sherman cc'd) + supporting follow-up | $400K HOME and up-to-$50M EDA federal funding loss causation; standing; Counts I–VII |
| I | WCDC IRS Form 990 filings (2017–2025) | Interlocking governance roles; Brentwood state-actor analysis; Counts II, III, VII |
| J | JustUs CPP project justification materials and program documentation | Factual context for individual injury and standing; Counts I–IV |
| K | April 6, 2026 County Clerk Epps-McClary written communication | Confirms Washington holds personal discretion over |

| Exhibit | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | | agenda; Counts I–IV |
| L | WCDC corporate records / Jenkinson dual-role documentation **AND** Sam L. Floyd dual-role admission (Blackburn email, March 30, 2026) + August 19, 2025 Council agenda showing Floyd presiding over Santee Electric FILOT amendment | WCDC state-actor analysis; structural conflict; Counts II, III, VII |
| M | Bennett write-in candidacy materials for County Supervisor | Protected First Amendment activity; Counts I, II |
| N | Documentation of absence of mandatory environmental review | Governance gap; Counts III, IV |
| P | April 3, 2026 Ronald D. Carter, Jr. ("does not yet exist") written communication directed at JustUs CPP | FRE 801(d)(2) admission; Count VII; supports Counts I, III (retaliatory and discriminatory denial) |
| Q | March 30, 2026 FOIA — Governor's Office board appointments | Systematic exclusion documentation; Counts I, III |
| R | FOIA request file (compiled pre- and post-filing requests) | Pattern of FOIA activity and obstruction; Counts I, V, VI |
| S | REAL Mentorship / Nesmith documentation | Differential treatment of insider organization; Counts II, III, VII |
| T | Williamsburg County zoning gap evidence; PRET PFAS materials | Governance gap; Counts III, IV |
| W | Community campaign materials | Protected First Amendment activity; Counts I, II |
| Z | Notice of Structural Conflict of Interest (March 25, 2026) + supplemental affidavit + device-intrusion evidence; May 6, 2026 5-map Structural Conflict Network Declaration (28 U.S.C. § 1746) | Post-filing retaliation; structural conflict; Counts I, VII |
| AA | Declaration of Dr. Lathonia Bennett re: January 20, 2026 events | Copp "tolerated" admission and Washington "do not meet" directive; Counts I, III, IV, VII |
| AA-1 | No Video Available (Correction) | Personal-knowledge declaration; Fed. R. Evid. 602 |
| AA-2 | No Video Available (Correction) | Authentication; Fed. R. Evid. 901(b)(1) |
| BB | Court recording — September 8, 2025 Council | Washington yelling, two- |

| Exhibit | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | meeting | officer direction, rescission; Counts I, IV, VIII |
| BB-1 | Declaration of Dr. Lathonia Bennett re: September 8, 2025 events | Personal-knowledge declaration; Fed. R. Evid. 602 |
| BB-2 | Declaration of Dr. Lathonia Bennett authenticating Ex. BB | Authentication; Fed. R. Evid. 901(b)(1) |
| BB-3 | Formal resolution Plaintiff attempted to deliver Sept. 8, 2025 | Object of protected governance act; Count VIII |
| BB-5 | FOIA request re: September 8, 2025 executive session content | § 30-4-70 violation evidence; Count VI |
| CC | November 21, 2022 Frieson → Chikhliker email (Johnson cc'd) | Pre-public-hearing solar commitment; Counts II, IV, VII |
| HH | January 7, 2026 Notice of Intent to Seek Judicial Relief (14-day cure) | Pre-suit notice; Counts I–VII |
| II | March 2, 2026 Council meeting record — selective lawsuit announcement | Viewpoint-based retaliation evidence; Counts I, III — TO BE PRODUCED OR DECLARED |
| NN | November 2024 formal legal memorandum re: Board of Zoning Appeals | Pre-suit advocacy and statutory demand; Counts I, IV |
| BBB | Santee Cooper Environmental Justice Report (Nov. 2025; SCPSC Docket 2025-300-E) | Disparate impact data; Count III |

# PART II — SUPPLEMENTAL SUB-EXHIBITS (Obtained or Finalized After May 9, 2026)

Each sub-exhibit below is appended to its parent letter and is offered to authenticate, corroborate, or expand the factual record on a specific count. **No new exhibit letters are introduced.**

### Exhibit A Sub-Exhibits (Ord. 2023-05 SSRC / Ingka Group cluster)

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| A-03 | June 17, 2025 Council Agenda — Project | Pattern of SSRC adoption; Floyd dual- |

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | TenAcres SSRC and MCIP enlargement; Floyd presiding as Vice Chair | role context; Counts II, III, IV, VII |
| A-04 | July 7, 2025 Council Agenda — ADOPTION of Project TenAcres SSRC and MCIP; Floyd VC | Adoption record; Counts II, III, IV, VII |
| A-05 | December 16, 2025 Ordinance 2025-10 — Ten Governors Solar SSRC FILOT; Floyd VC | Continuing SSRC pattern; Counts II, III, IV, VII |
| A-06 | Project Ingka Solar Composite (PDF) | Authenticated composite of the SSRC ordinance and related approvals; Counts II, IV, VII |
| A-07 | Plaintiff's March 3, 2026 SC FOIA inspection request to County Clerk McClary re: "the lawsuit involving Ingka IRI Forest, Inc. and Williamsburg County" | Predicate for Copp denial (A-09); establishes Plaintiff's lawful FOIA inspection request; Counts IV, V (Mandamus), VI (FOIA), VII |
| A-08 | SR Georgetown LLC — Georgetown County FILOT Agreement (4899-8507-2960) | **Class-of-one comparator:** Georgetown County properly disclosed parcels; Williamsburg's 2023-05 left them blank; Counts III, IV |
| A-09 | Hixon Copp denial response (March 13, 2026): *"Economic development has not been involved in, nor is aware of any, lawsuit pertaining to INGKA Investments vs. Williamsburg County"* — forwarded by Clerk McClary, CC'd to mshuler@attorneyssc.com | **Party admission under FRE 801(d)(2)** by Defendant Copp; parallel-denial pattern to Carter's "does not yet exist" denial (Ex. P); Counts I, IV, V, VI, VII |
| A-10 | Sunbelt Rentals mechanics lien against Kingstree West / Ingka (April 19, 2026) | **Proof of the actually-existing Ingka-related litigation** Defendant Copp denied awareness of in A-09; Counts IV, VII |
| A-11 | "Months of obfuscation: Ikea's evidence destruction costs $566K" — HR Dive, July 30, 2024 (archived April 20, 2026) | **FRE 404(b)(2)** pattern-of-conduct / notice evidence: federal-court spoliation sanction against the SSRC partner for deleting emails after a preservation order. Offered for non-character purposes only. Counts I, VII |
| A-12 | "Ikea fined $1.3 million over spying campaign in France" — AP News, June 15, 2021 | **FRE 404(b)(2)** pattern-of-conduct / notice evidence: Versailles court convictions for 2009–2012 espionage scheme targeting union representatives, employees, and unhappy customers — the SSRC |

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | | partner's documented surveillance MO. Offered for non-character purposes only. Counts I, VII |

## Exhibit H Sub-Exhibits (HOME/CHDO and EDA $50M cluster)

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| H-04 | September 10, 2025 EDA $50,000,000 Grant Partnership email from Plaintiff to Defendant Washington, Clerk Epps-McClary, and Summer Baxley, with U.S. EDA Program Officer Helen Sherman cc'd | Direct service of the $50M federal-grant partnership request; County actual notice; Counts I, III, VII |
| H-05 | September 10, 2025 Resolution Establishing Federal Grant Partnership (no financial contribution required from County) | Ready-to-execute resolution County never agendized or voted; Counts I, III, IV |
| H-06 | November 6–11, 2025 follow-up email chain — Washington slow response AND denies nonprofit | Documentation of County's continuing non-response while EDA opportunity remained open; Counts I, III, VII |

## Exhibit L Sub-Exhibits (WCDC corporate records / interlocking governance)

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| L-04 | Sam L. Floyd dual-role admission (Megan Blackburn email, Santee Electric, March 30, 2026) | Floyd serves as Council Vice Chair AND Santee Electric Cooperative board attorney — direct dual-role conflict; Counts II, III, VII |
| L-05 | August 19, 2025 Council agenda — Resolution 2025-07 FILOT amendment for Santee Electric Cooperative; Floyd VC presiding, no recusal noted | Floyd voting on FILOT amendment for his client SEC; direct conflict of interest; Counts II, III, VII |
| L-06 | WCDC 1995 original SoS filing — Frank Hilton McGill | Founding-document support for *Brentwood Acad.* state-actor analysis; Counts III, VII |
| L-07 | WCDC adoption document by Billy Jenkinson | Direct documentary support for the Jenkinson dual-role allegation; Counts II, III, VII |
| L-08 | WCDC SoS registered agent record — Gilleon Frieson | Connects WCDC's registered agent to SSRC pre-execution communications chain (Exs. D, |

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | | CC); Counts II, IV, VII |
| L-09 | WCDC SoS record showing address change to WCEDB address | Interlocking WCDC / WCEDB governance; supports state-actor finding under *Brentwood*; Counts II, III, VII |
| L-10 | WCDC SoS record showing Hixon Copp as registered agent | Confirms Copp's simultaneous role as County Director of Economic Development AND WCDC registered agent; supports Copp individual-capacity liability; Counts I, III, IV, VII |
| L-11 | SoS entity profile — several changes of WCDC registered agent | Pattern of WCDC governance shifts; continuing-violation theory; Counts II, III, VII |

## Exhibit M Sub-Exhibit

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| M-03 | August 11, 2025 Council agenda — Bennett appearance (charter school); Floyd VC presiding | Protected First Amendment activity in public proceeding; Counts I, II |

## Exhibit N Sub-Exhibit

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| N-03 | Kingstree East Project Review Package — Part 1 (May 13, 2026) | Updated FWS environmental review package; patchwork third-party review the County failed to require; Counts III, IV |

## Exhibit P Sub-Exhibits (Carter "does not yet exist" rebuttal cluster)

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| P-02 | Williamsburg County Development Holdings, LLC SoS record — Ronald D. Carter, Jr. named principal | Structural-conflict evidence: same Ronald D. Carter, Jr. who serves as Santee Electric Manager of Economic Development AND as WCDC Treasurer personally holds principal interest in a "Williamsburg County Development Holdings, LLC" using the County's name. Identity confirmation pending matching of address and other identifiers. Count VII |
| P-03 | SC Secretary of State entity | Independent SoS record corroboration of WCDH's |

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | profile — Williamsburg County Development Holdings (WCDH) | existence and Carter's principal interest therein; Count VII |
| P-05 | Full April 3, 2026 email thread containing Carter's verbatim statement (*"an organization that does not yet exist"* — directed at JustUs CPP) | Authenticates Ex. P primary; FRE 801(d)(2) party admission. Evidence of retaliatory and discriminatory denial via the SSRC partner's regional EDO network; Counts I, III, VII |
| P-06 | JustUs CPP IRS 501(c)(3) Determination Letter (Oct. 6, 2023; effective Dec. 23, 2022; EIN 92-1443921; §170(b)(1)(A)(vi) public charity) | **Facial falsity proof:** IRS public-record determination of JustUs CPP's federal tax-exempt status in effect 3+ years before Carter's April 3, 2026 denial; Counts I, III, VII |
| P-07 | LISC Broadband Help Hub Technical Assistance Award to JustUs (Oct. 28, 2025) — Christa Vinson, Director, Rural LISC | **PRE-DATES Carter's denial by 5 months.** Federally-funded national community development intermediary recognized JustUs CPP as a vetted operational entity; Counts I, III, VII |
| P-08 | USDA Wholesale Markets & Facility Design Program — Project Number A2026MCADSC assigned to JustUs (May 13, 2026) | Direct federal-agency engagement with three-architect USDA team; Counts I, III, VII |
| P-09 | NPS Youth Programs Division — JustUs FY26 Funding Selection (May 5, 2026) — Ernestine White, NPS | Direct federal-agency funding award with annual-report deadlines; Counts I, III, VII |
| P-10 | SC Secretary of State Public Charity Registration Confirmation (March 1, 2024) — Charity Public ID **P82497** | State-record corroboration of JustUs CPP's existence; Counts I, III, VII |

## Exhibit T Sub-Exhibit

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| T-04 | "Silicon Ranch's past lawsuit, rejection haunts efforts to develop solar farm in Stockton" — 1819 News (archived May | Background pattern of solar-developer treatment in SC; offered for notice / inquiry purposes only, not for the truth; |

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| | 13, 2026) | Counts III, IV |

## Exhibit Z Sub-Exhibits (Structural Conflict / Surveillance cluster)

| Sub-Ex | Description | Evidentiary Purpose / Counts |
|---|---|---|
| Z-00 | PRIMARY — Structural Conflict Network 5-Map Declaration under 28 U.S.C. § 1746 (May 6, 2026) | Visual and analytic representation of relationships among County Council, WCDC, WCEDB, Santee Electric Cooperative, Farmers Telephone Cooperative, NESA, defense counsel, and SSRC partner; Counts I, VII |
| Z-04 | Contemporaneous IONOS Notepad capture (Page 1 — afternoon session, Oct. 22, 2025, 2:35 PM, IONOS video-chat session ID 232665aa-bd3c-4815-82b7-6b5c0bc0ca55) — preserved screenshot of unidentified actor self-identifying as *"Wood / Powalski / joe,"* claiming Australia location, admitting in writing: *"i got in here and found out the person," "you are in all of my files and data, using my name as if you know me,"* and offering monetary compensation / employment to Plaintiff in exchange for ending the dispute | **Direct in-case documentary instance of the surveillance and intimidation MO established as a federally-adjudicated pattern by Exs. A-11 (Ikea $566K spoliation sanction) and A-12 (Ikea Versailles conviction for 2009–2012 espionage targeting union representatives, employees, and unhappy customers).** Authenticated under Fed. R. Evid. 901(b)(1) by Plaintiff's contemporaneous capture and accompanying § 1746 declaration. Counts I, VII; supports the device-intrusion / litigation-document-destruction allegation already pleaded at SAC ¶ 15 (Ex. Z). |
| Z-05 | Contemporaneous IONOS Notepad capture (Page 2 — evening session, Oct. 22, 2025, 6:39 PM, same IONOS video-chat session) — preserved screenshot in which the same unidentified actor (a) demonstrated active live audio surveillance by responding in real time to Plaintiff's contemporaneous telephone call to IONOS customer support inquiring about the intrusion (asking *"are you talking about me?"*) and (b) attempted to erase the Notepad capture itself. Plaintiff | **Documentary proof of (a) active interception of oral communications consistent with the surveillance MO in Ex. A-12, and (b) real-time attempted spoliation of evidence consistent with the destruction MO in Ex. A-11.** The actor's revelation of his own presence in response to Plaintiff's call with IONOS satisfies the intent-to-intimidate element of cyberstalking by demonstration. Authenticated under Fed. R. Evid. 901(b)(1) by Plaintiff's § 1746 declaration. |

- o Remembered Items
- o Manage Users
- o System Notifications
- o Billing Information
- o Activity Reports
- o Address Book
- o PDF Tools

- 🛒 [1]Help(opens in a new tab)Logout

# Job Recipient List/Review

## My Mailing 05/14/2026

Job #: **14002470**

Quantity: **3**

### Active Recipients

[3 Active Recipients]                                                                    **Filter**

| AcctNo | Name1 | Name2 | Address 1 | Address 2 | City | State | Zip | Proof |
|---|---|---|---|---|---|---|---|---|
| 1 | HSB Law Firm | Attorney Steve A. Matthews | 1201 Main Street, 22nd Floor | | Columbia | SC | 29201 | View |
| 2 | Matthew J Perry, Jr Courthouse | US District Court Judge Gossette | 901 Richland Street | | Columbia | SC | 29201 | View |
| 3 | Smith Robinson | Atty Daniel C Plyler | 3200 Devine Street | | Columbia | SC | 29205 | View |

[3 Active Recipients]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Removed Recipients

[0 Recipient Have Been Removed]

| AcctNo | Name1 | Name2 | Address 1 | Address 2 | City | State | Zip | Proof |
|---|---|---|---|---|---|---|---|---|

[0 Recipient Have Been Removed]

Continue to Payment

Back to Jobs     Review Inserts

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Justus Community Perpetualization Project
PO Box 1010
Kingstree SC 29556-1010

HSB Law Firm
Attorney Steve A. Matthews
1201 Main Street, 22nd Floor
Columbia SC 29201
USA

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Justus Community Perpetualization Project
PO Box 1010
Kingstree SC 29556-1010

1000000000000001



Matthew J Perry, Jr Courthouse
US District Court Judge Gossette
901 Richland Street
Columbia SC 29201
USA