*Plaintiff's Notice of Voluntary Withdrawal of ECF No. 89 — 4:26-cv-01034-JD-PJG*

RECEIVED
USDC CLERK, COLUMBIA, SC

2026 JUN -8 PM 12: 34

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## FLORENCE DIVISION

| | | |
|---|---|---|
| DR. LATHONIA BENNETT, DDS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 4:26-cv-01034-JD-PJG |
| WILLIAMSBURG COUNTY, | ) | |
| SOUTH CAROLINA, et al., | ) | |
|     Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWAL OF ECF NO. 89

Plaintiff Dr. Lathonia Bennett, DDS, pro se, respectfully submits this Notice to apprise the Court that Plaintiff voluntarily withdraws the document docketed at ECF No. 89 (filed May 18, 2026). The grounds and circumstances of the withdrawal are set forth below.

## I. THE DOCUMENT AT ECF NO. 89 WAS NOT THE FILING PLAINTIFF INTENDED TO SUBMIT

1. The document docketed at ECF No. 89 was not the document Plaintiff intended to file in this action on May 18, 2026. The document is an erroneous draft generated with the assistance of generative artificial intelligence. The artificial-intelligence tool produced the draft in state-court format — using a State of South Carolina Court of Common Pleas caption, citing South Carolina Rule of Civil Procedure 65, and relying solely on South Carolina state-court authority — rather than in the federal format appropriate for this action. The state-court format was an

error in the AI-generated draft, and the draft was not, in that form, suitable for filing in any court. Plaintiff should have deleted the erroneous draft from her working files; she did not do so.

2. On May 18, 2026, Plaintiff intended to upload a different document to this docket. The erroneous AI-generated draft bore a filename substantially similar to the document Plaintiff intended to upload. During the upload session, the wrong file was selected, and the erroneous draft was uploaded as ECF No. 89 in place of the intended document.

3. Plaintiff did not discover the misfiling until receipt of Defendants' Response in Opposition at ECF No. 100 on or about June 1, 2026. Upon discovery, Plaintiff promptly prepared this Notice of Voluntary Withdrawal.

4. The face of the document at ECF No. 89 reflects the AI-generated state-court format and not a finished federal filing. The caption identifies the State of South Carolina Court of Common Pleas rather than this Honorable Court; the motion cites South Carolina Rule of Civil Procedure 65 rather than Federal Rule of Civil Procedure 65; the only authority cited is a 1986 South Carolina state-court appellate decision; the verification block is unsigned; the notary block is unfilled; the signature, address, and contact information are unfilled; multiple bracketed placeholder fields remain unreplaced in the text; and the Certificate of Service is undated and unsigned. None of these are characteristics of a finished federal filing prepared for submission to this Court.

## II. NO IMPROPER PURPOSE WAS INTENDED

5. Plaintiff voluntarily withdraws ECF No. 89 and represents, consistent with the candor-to-the-tribunal obligation reflected in Federal Rule of Civil Procedure 11(b), that no improper

purpose was intended in connection with the misfiling. No harassment was sought; no unnecessary delay was desired; no needless increase in the cost of litigation was contemplated. The document at ECF No. 89 was simply not the document Plaintiff intended to file.

6. Plaintiff acknowledges responsibility for the upload error. Plaintiff has reviewed the Court's Order Regarding Use of Generative Artificial Intelligence in Court Filings (ECF No. 77, May 1, 2026), and has implemented the following corrective measure to prevent recurrence: before any document is uploaded to this docket, Plaintiff will complete a documented pre-filing checklist confirming (a) the federal court caption, (b) that the file selected matches the file intended, (c) the citation of federal procedural authority where applicable, (d) the absence of bracketed placeholder text, (e) the completion of the signature block and verification (if any), and (f) the completion of the Certificate of Service. Plaintiff respectfully represents that this corrective measure has been implemented going forward.

## III. PRESERVATION OF UNDERLYING RELIEF

7. The substantive injunctive relief that Plaintiff has sought in this action with respect to the construction activities described in the operative pleading is preserved through Plaintiff's prior pending Motions for Temporary Restraining Order and Preliminary Injunction at ECF No. 7 (filed March 6, 2026) and ECF No. 83 (filed May 11, 2026). Plaintiff respectfully requests that those Motions remain pending and that the Court treat the underlying TRO theory as preserved through those filings.

8. By this voluntary withdrawal, Plaintiff does not abandon any claim, theory, or substantive position in this action. Plaintiff withdraws only the document docketed at ECF No. 89 because, as set forth above, that document was not the filing Plaintiff intended to submit.

## IV. RELIEF REQUESTED

9. Plaintiff respectfully requests that the Court (a) note the voluntary withdrawal of ECF No. 89; (b) treat Defendants' request to strike ECF No. 89 from the docket (ECF No. 100) as moot in light of the voluntary withdrawal; and (c) preserve Plaintiff's pending Motions at ECF Nos. 7 and 83 for the Court's consideration of the underlying substantive relief sought therein.

Respectfully submitted,

Dr. Lathonia Bennett, DDS

Pro Se Plaintiff

137 Broughton Avenue

Andrews, South Carolina 29510

P.O. Box 1010, Kingstree, SC 29556

Telephone: (912) 996-3303

Email: lathonia@justuscpp.org

Dated: June 2, 2026

## CERTIFICATE OF SERVICE

I, Dr. Lathonia Bennett, DDS, Pro Se Plaintiff in the above-captioned action, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Withdrawal of ECF No. 89 to be served upon all counsel of record via the Court's CM/ECF system, which will send notice of electronic filing to:

**Counsel for Defendants Williamsburg County, Williamsburg County Council, Kelvin Washington, Hixon Copp, and Williamsburg County Economic Development Board:**

Daniel C. Plyler, Esq.

William K. Rees, Esq.

Smith Robinson Holler DuBose & Morgan, LLC

3200 Devine Street

Columbia, South Carolina 29205

Daniel.Plyler@SmithRobinsonLaw.com

William.Rees@SmithRobinsonLaw.com

**Counsel for Defendants Amanda Shuler and Williamsburg County Development Corporation:**

Steve A. Matthews, Esq.

Haynsworth Sinkler Boyd, P.A.

1201 Main Street, 22nd Floor

Columbia, South Carolina 29201

smatthews@hsblawfirm.com

Dr. Lathonia Bennett, DDS

Pro Se Plaintiff

Dated: June 2, 2026