PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Justus Community Perpetualization Project
PO Box 1010
Kingstree SC 29556-1010

0014114918000010
Matthew j Perry Federal Courthouse
Clerk of Court
Richland St
Columbia SC 29201
USA

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM



