# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

---

Lathonia Bennett, DDS, Pro Se Plaintiff,

v.

Williamsburg County, et al., Defendants.

Case No. 4:26-cv-01034-JD-PJG

---

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE EXHIBIT Z TO THE 28 U.S.C. § 1746 DECLARATION (STRUCTURAL CONFLICT NETWORK)

---

TO THE HONORABLE COURT:

Plaintiff Lathonia Bennett, DDS, appearing pro se, respectfully moves this Court for leave to withdraw the previously filed Exhibit Z (Primary Structural Conflict Network — Five Maps, dated May 6, 2026) attached to her declaration under 28 U.S.C. § 1746, and to substitute in its place a corrected and supplemented version (Revised Exhibit Z, dated June 4, 2026). In support of this Motion, Plaintiff states as follows:

## I. BACKGROUND

1. On or about May 6, 2026, Plaintiff filed her declaration under 28 U.S.C. § 1746, attaching as Exhibit Z a five-map Structural Conflict Network documenting interlocking relationships among Defendants and related public entities and officials in Williamsburg County, South Carolina.

2. Plaintiff prepared the original exhibit in good faith based on then-available public-record sources, including published court opinions, official government websites, SC Attorney General press releases, NESA organizational records, published obituaries, legal directory profiles, SC Legislature bill records, press coverage, and official cooperative management and board pages.

## II. GROUNDS FOR WITHDRAWAL AND SUBSTITUTION

3. In the course of ongoing verification against primary public records, Plaintiff has identified one factual inaccuracy and several material additions and clarifications that warrant correction in the interest of accuracy and candor to the tribunal:

a. Correction (Map 1). The original exhibit depicted a "father-in-law" relationship between Defendant Amanda Shuler and W.N. Kellahan, Jr. Upon further inquiry, Plaintiff has determined this familial connection is not supported by the public record and accordingly withdraws that single edge from the network.

b. Correction (Map 2 — WCDC Chairmanship). The original exhibit labeled Stan Williamson as "WCDC Chairman 4 yrs." The current Chairman of the Williamsburg County Development Corporation is Henry Poston, as confirmed by recorded deed Instrument 2026-503, Book OR 871, Page 257 (Williamsburg County Register of Deeds, executed February 2026 and witnessed by co-Defendant Hixon Copp), and corroborated by the current Williamsburg County official website.

c. Supplementation (Maps 2, 4, and 5 — Poston / Palmetto Synthetics). Plaintiff has confirmed, through public records including South Carolina Department of Commerce press releases, Santee Electric Cooperative published profiles, and SCNow reporting, that Henry Poston (current WCDC Chairman) is the founder and owner of Palmetto Synthetics LLC (633 Commerce Drive, Kingstree). His son, David Poston, serves as the company's President. Palmetto Synthetics is a Santee Electric Cooperative customer and has received public economic-development support, including a $100,000 rural infrastructure grant from the South Carolina Coordinating Council for Economic Development. This information establishes a direct fiduciary-conflict pipeline relevant to the claims pleaded.

d. Clarification (Map 2 — FTC ARPA figure). Plaintiff has flagged that the previously asserted "$36.5M ARPA" figure for Farmers Telephone Cooperative warrants further documentation; Plaintiff has confirmed a $19.5M ARPA broadband award via the SC Broadband Office's Capital Projects Fund 1.0 program and reserves the right to supplement once the larger figure is independently re-sourced.

e. Clarification (Map 3 — H.3309 signing date). The South Carolina Energy Security Act (H.3309) was signed by Governor McMaster in the May/June 2025 timeframe;

the corrected exhibit reflects this without prejudicing the underlying legislative-enablement analysis.

f. Confirmations. All other connections depicted in the original exhibit have been independently re-verified against public-record sources and are retained in the revised version, including: Sen. Ronnie Sabb's seventeen-plus-year tenure as general counsel to Santee Electric Cooperative; Andy McKnight's confirmed triple role (Williamsburg County Council Vice-Chair District 5, Santee Electric Board, and Central Electric Power Cooperative Executive Board); Yancy McGill's chairmanship of the NESA Executive Committee; Hixon Copp's progression from NESA Director of Research to WCEDB Director; Will Johnson's role as economic-development practice head at Haynsworth Sinkler Boyd with specific FILOT/SSRC expertise; and G. Murrell Smith, Jr.'s co-founding role at Smith Robinson P.A.

## III. AUTHORITY AND STANDARD

4. Federal Rule of Civil Procedure 7(b) authorizes motions for relief from the Court, and the Court possesses inherent authority to manage its docket, including by permitting the withdrawal and substitution of evidentiary exhibits in the interest of accuracy. See Fed. R. Civ. P. 16(b)(4); Anderson v. Cryovac, Inc., 862 F.2d 910, 923 (1st Cir. 1988) (recognizing court's discretion over exhibits).

5. Plaintiff acts under the duty of candor owed to the tribunal and her § 1746 obligation to attest truthfully to the contents of her declarations. Where new primary-source evidence (here, a recorded deed) clarifies or corrects a previously filed exhibit, the appropriate remedy is prompt withdrawal and substitution.

6. No party will be prejudiced by this substitution. The revised exhibit (a) removes one unverified edge to Plaintiff's own disadvantage in terms of network density and (b) adds connections supported by primary-source documents now appended.

## IV. CONFERRAL

7. Plaintiff has [conferred / attempted to confer] with counsel for Defendants regarding this Motion. [Insert response: unopposed / opposed / no position taken.]

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. GRANT leave to withdraw the original Exhibit Z (Primary Structural Conflict Network, dated May 6, 2026) from the record;

B. PERMIT substitution of the Revised Exhibit Z (Structural Conflict Network, dated June 4, 2026), a true and correct copy of which is attached hereto;

C. DIRECT the Clerk to update the docket accordingly, with the original retained under seal or as a stricken filing for completeness of the record; and

D. GRANT such other and further relief as the Court deems just and proper.

Respectfully submitted this 4th day of June, 2026.

/s/ Lathonia Bennett, DDS Lathonia Bennett, DDS Pro Se Plaintiff JustUs Community Perpetualization Project, Inc. P.O. Box 1010 Kingstree, SC 29556 (912) 996-3303 lathonia@justuscpp.org

## EXHIBITS ATTACHED

- Exhibit A: Revised Structural Conflict Network (June 4, 2026) — five-map version superseding the May 6, 2026 filing.
- Exhibit B: Certified copy of Williamsburg County ROD Instrument 2026-503, Book OR 871, Page 257 (deed executed by Henry Poston as WCDC Chairman, witnessed by Hixon Copp, February 2026).
- Exhibit C: Verification table cross-referencing each retained connection to its primary public-record source.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2026, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Leave to Withdraw and Substitute Exhibit Z was served upon all counsel of record via the Court's CM/ECF system, and additionally via United States Mail, first-class postage prepaid, and electronic mail where indicated, upon the following:

SMITH | ROBINSON HOLLER DuBOSE AND MORGAN, LLC Counsel for Defendants Williamsburg County, Williamsburg County Council, Kelvin Washington, Hixon Copp, and the Williamsburg County Economic Development Board

Daniel Plyler  Haynsworth Smith Robinson Holler DuBose and Morgan, LLC Columbia Office (Principal) 3200 Devine Street Columbia, SC 29205 Phone: 803.254.5445 Fax: 803.254.5007

Steve Matthews Sinkler Boyd, P.A.

Columbia Office 1201 Main Street, 22nd Floor Columbia, SC 29201-3226

Mailing Address: P.O. Box 11889 Columbia, SC 29211-1889

Phone: 803.779.3080 Fax: 803.765.1243

/s/ Lathonia Bennett, DDS Lathonia Bennett, DDS Pro Se Plaintiff