# Bennett v. Williamsburg County

Structural Conflict Network — Revised Exhibit to 28 U.S.C. § 1746 Declaration
Case No. 4:26-cv-01034-JD-PJG — D.S.C. Florence Division

**REVISION NOTES (June 4, 2026 update — verified against published public records)**

1. Amanda Shuler ↔ W.N. Kellahan Jr. "father-in-law" edge REMOVED — original notation was incorrect
2. Map 2 WCDC Chairman label corrected: Henry Poston is the CURRENT Chairman (per recorded deed Instr. 2026-503, Bk OR 871, Pg 257, Feb. 2026, witnessed by Hixon Copp).
3. NEW node added: Henry Poston / Palmetto Synthetics LLC — direct fiduciary conflict between WCDC chairmanship and private-sector incentive recipient.
4. Stan Williamson label retained as "former Chairman" pending date confirmation; current public roster shows Poston as Chairman
5. H.3309 Energy Security Act signing date noted via ceremonial May 2025 / official June 2025.
6. FTC ARPA figure flagged: $19.5M confirmed via SC Broadband Office; $36.5M figure pending source confirmation
7. Sen. Ronnie Sabb's 17+ yr Santee Electric general counsel tenure CONFIRMED.
8. Andy McKnight TRIPLE ROLE (WC Council Vice-Chair Dist. 5 / Santee Electric Board / Central Electric Exec. Board) CONFIRMED.
9. Paul McKnight (current Dist. 5 Councilman) appears as successor to Andy McKnight's seat; familial relationship UNCONFIRMED.

**COLOR / SYMBOL KEY**

- Legal / Jenkinson firm
- Shuler-McGill family
- McGill political / legislative
- Development / utility entities
- Defense counsel — Smith Loop
- WCDC board cross-appointment
- Poston / Palmetto Synthetics (NEW)
- = Named Defendant
- RED = Correction in this revision
- GREEN = New verified connection

---

## MAP 1 — THE LEGAL HUB: JENKINSON / KELLAHAN / SHULER-McGILL



**CORRECTION (Map 1):**

The "Amanda Shuler ↔ father-in-law → W.N. Kellahan Jr." edge from the original exhibit has been REMOVED. Original notation was incorrect.

**Confirmed connections remaining on Map 1 (per public record):**

- M. Duane Shuler ↔ Yancy McGill: 1st cousins (obituary records)
- Yancy McGill ↔ Billy Jenkinson: 1st cousins (obituary records)
- Amanda Shuler trained at Jenkinson Assoc. 2009–2013 (legal directory)
- W.N. Kellahan Jr. agency relationship: published SC Ct. of Appeals opinion (2004)
- Billy Jenkinson — County Attorney since 1972 (Order of Palmetto 2025 cite)
- Nikki Kellahan WCEDB Secretary 30+ yrs (county directory)

---

## MAP 2 — UTILITY CAPTURE: WCDC BOARD CROSS-APPOINTMENTS (REVISED)



$19.5M confirmed / $36.5M pending

**WCDC Board — Utility Employees & Elected Officials Hold Fiduciary Seats on Named Defendant C...**



**NEW NODE — POSTON / PALMETTO SYNTHETICS**

- Henry Poston is current WCDC Chairman (recorded deed Instr. 2026-503, Bk OR 871, Pg 257, Feb. 2026)
- Founder/Owner of Palmetto Synthetics LLC, 633 Commerce Dr., Kingstree (founded 1997)
- Son David Poston serves as President (generational succession pattern)
- Palmetto Synthetics = Santee Electric customer; first tenant of Industrial park
- Recipient of $100K rural infrastructure grant from SC Coordinating Council for Econ. Dev.
- Multiple expansions supported by Williamsburg County ("seventh time" — Supervisor Pasley)

---

## MAP 3 — THE SMITH LOOP: NESA / ESA / DEFENSE FIRMS

**Legislative Enablement — Energy Security Act (H.3309) — Signed May/June 2025**

**Defense Representation — The Smith Loop**

**The Smith Loop (closed circuit):**

Speaker Smith sponsors H.3309 (ESA) → ESA authorizes solar approvals →
Smith Robinson (D. P(yle)r) defends those approvals using county taxpayer funds →
Will Johnson (HSB) built FILOT now challenged → HSB (S. Matthews) defends WCDC + Shuler

---

## MAP 4 — COMMUNITY EXCLUSION: NEW PALMETTO SYNTHETICS PIPELINE

**NEW: Palmetto Synthetics Incentive Pipeline (verified — Poston chairs the grant-approving body**

**FIDUCIARY CONFLICT CHAIN (verified by primary record):**

1. Henry Poston chairs WCDC Board (recorded deed Instr. 2026-503, Feb. 2026; witnessed by Hixon Copp )
2. Poston personally owns Palmetto Synthetics LLC.
3. Palmetto Synthetics has received state economic-development support ($100K grant, multiple expansions).
4. Palmetto Synthetics is a Santee Electric customer → utility-capture network (Sabb GC, McKnight board).
5. Hixon Copp (WCEDB Dir., former NESA, named defendant) witnessed Poston's WCDC deed conveyance.

**RESULT: WCDC Chairman personally benefits from the same incentive ecosystem WCDC controls.**

Concurrent: systematic refusal of meetings/agenda items /FOIA/development access to JustUs CPP & Black, rural community in Greeleyville — while insider entities receive grants & FILOTs.

Environmental risk · Loss of local control · Economic displacement · Civil rights violations

---

## MAP 5 — COMPREHENSIVE NETWORK (REVISED, ALL CONNECTIONS)



**REVISION LEGEND**

- Map 1: Amanda Shuler ↔ W.N. Kellahan Jr. father-in-law edge REMOVED
- Map 2: WCDC Chairman corrected to "Henry Poston (current)"
- Map 2: FTC ARPA figure flagged ($19.5M verified, $36.5M pending)
- Maps 2/4/5: NEW node — H. Poston + Palmetto Synthetics + D. Poston
- Map 4: NEW fiduciary-conflict pipeline — Poston chairs WCDC while company benefits
- Hixon Copp witnessed Poston's WCDC deed (Instr. 2026-503, Feb. 2026)