14142775.3.1-18

RECEIVED
USDC CLERK, COLUMBIA, SC

2026 JUN 12  AM 11: 52

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Justus Community Perpetualization Project
PO Box 1010
Kingstree SC 29556-1010



0014142775000010
Matthew J Perry, Jr Courthouse
US District Court Judge Gossette
901 Richland Street
Columbia SC 29201
USA

U.S. POSTAGE
PAID
LETTERSTREAM

RECEIVED
USDC CLERK, COLUMBIA, SC

2026 JUN 12   AM 11: 52



ITEM X-RAYED BY
USMS
6-12-26
Signature          Date

002   ECB0SF4 29201