UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| LATHONIA BENNETT | ) | 4:26-CV-01034-JD-PJG |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAMSBURG COUNTY; WILLIAMSBURG COUNTY COUNCIL; KELVIN WASHINGTON, COUNTY SUPERVISOR, IN HIS OFFICIAL CAPACITY; HIXON COPP, DIRECTOR OF ECONOMIC DEVELOPMENT, IN HIS OFFICIAL CAPACITY; AMANDA SHULER, COUNTY ATTORNEY, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES; WILLIAMSBURG COUNTY ECONOMIC DEVELOPMENT BOARD; WILLIAMSBURG COUNTY DEVELOPMENT CORPORATION (WCDC), | ) ) ) ) ) ) ) ) ) ) ) | DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT COUNSEL (DKT. NO. 99) |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

Plaintiff has filed a one-sentence motion (Dkt. No. 99), asking the Court to appoint counsel to represent her "if court finds need for assistance in presenting case." No other reason or need is expressed in the motion; and there is no accompanying memorandum in support.

Defendants oppose the motion. There is simply no basis on which to impose the burden of pressing Plaintiff's case on anyone other than Plaintiff.

Plaintiff has made no showing, and indeed has not even claimed, poverty or indigence. She has not asked the Court for, and the Court has not made, the findings necessary for her to proceed *in forma pauperis*. 28 U.S.C. §1915.[1] Even if she had, that would not entitle her to Court-appointed counsel. *Id.*, at (e)(1).

---

[1]     Government records, available on-line and of which this Court may take judicial notice, show that Plaintiff Dr. Bennett is a dentist licensed to practice that profession in South Carolina

1

In a similar situation of an unsupported request for appointment of counsel in a civil case, the magistrate judge in the Charleston Division of this Court denied the request for Court-appointed counsel:

> Plaintiff has filed a motion seeking court-appointed counsel, although he does not provide a reason in support of this request. (Dkt. No. 15.) Nevertheless, it is well-established that there is no constitutional right to the appointment of counsel in a civil case. While the court may use its discretion to appoint counsel to represent an indigent in a civil action, 28 U.S.C. § 1915(e)(1); Smith v. Blackledge, 451 F.2d 1201 (4th Cir. 1971), such discretion "should only be allowed in exceptional cases." Cook v. Bounds, 518 F.2d 779, 780 (4th Cir. 1975). There do not appear to be any circumstances so exceptional as to warrant the appointment of counsel in this case. *See* Joe v. Funderburk, No. 8:06-cv-119-GRA-BHH, 2006 WL 2707011, at *1 (D.S.C. Sept. 18, 2006), *aff'd*, 215 F. App'x 307 (4th Cir. 2007).

Davis v. Samuel, No. 2:23-CV-04083-RMG-MGB, 2024 WL 7006018, at *2 (D.S.C. Feb. 12, 2024) (confirmed by District Judge Austin, Davis v. Samuel, No. 2:23-CV-04083-JDA, 2025 WL 1489918, at *1 (D.S.C. May 23, 2025).

---

(*see* **EXHIBIT A**, downloaded by the undersigned counsel on June 14, 2026), and was a dentist licensed to practice that profession in Florida until she allowed the Florida license to lapse earlier this year (*see* **EXHIBIT B**, downloaded by the undersigned counsel on June 14, 2026). If Plaintiff requires legal counsel, there is no reason to believe that she cannot obtain such counsel on her own.

Accordingly, Plaintiff's motion to appoint counsel should be denied.


June 15, 2026

Respectfully submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

By: s/Steve A. Matthews
     Steve A. Matthews
     Federal ID No. 5119
     smatthews@hsblawfirm.com
1201 Main Street  (29201-3226)
P.O. Box 11889  (29211-1889)
Columbia, South Carolina
803.540.7827
*Counsel for Defendants Amanda Shuler and Williamsburg County Development Corporation*


**SMITH│ROBINSON**

*s/ Daniel C. Plyler*
Daniel C. Plyler, Fed. ID No. 9762
William K. Rees, Fed. ID No. 14684
3200 Devine Street
Columbia, SC 29205
T: 803-254-5445
F: 803-254-5007
Daniel.Plyler@SmithRobinsonLaw.com
William.Rees@SmithRobinsonLaw.com

*Counsel for Defendants Williamsburg County, Williamsburg County Council, Williamsburg County Economic Development Board, Washington and Copp*