Dentistry

Print this page

**Board: Dentistry**

# EXHIBIT A

**Lathonia Bennett**
KINGSTREE, SC 29556-1010

**License number:** 3809
**License type:** General Dentist
**Original Issue Date:** 06/29/2001
**Status:** Active
**Expiration:** 03/01/2027
**Permitted for Sedation:** N

**Board Public Action History:**

View Orders   View Other License for this Person

No Orders Found

File a Complaint against this licensee