Department of Health **EXHIBIT B** ☰

# License Verification

🖶 Printer Friendly Version

## LATHONIA BENNETT

## License Number: DN25317

*Data As Of 6/14/2026*

| License Information | Secondary Locations | Discipline/Admin Action |
|---|---|---|

| | |
|---|---|
| Profession | Dentist |
| License | DN25317 |
| ❷ License Status | DELINQUENT/ |
| License Expiration Date | 2/28/2026 |
| License Original Issue Date | 07/29/2020 |
| Address of Record | 137 Broughto N Longstreet St 137 Broughton Ave ANDREWS, SC 29510 |
| ❷ Controlled Substance Prescriber (for the Treatment of Chronic Non-malignant Pain) | No |
| Discipline on File | No |
| ❷ Public Complaint | No |

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit the License Certifications web page.



Privacy Statement | Disclaimer | Email Advisory | Accessibility

© 2026 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services

# License Status Definitions

**Statuses Used for Individual Licenses**

**ACTIVE** (For Medical Doctor Visting Faculty, Medical Doctor Expert Witness, and Osteopathic Physician Expert Witness Certification) – The certified practitioner is clear to act as an Expert Witness for cases in the state of Florida.

**ADMINISTRATIVE SUSPENSION/ACTIVE** – Administrative Suspension is a non-disciplinary action relating to support orders under section 409.2598(5)(b), Florida Statutes, according to which the Florida Department of Health suspends the active license of the practitioner upon notice by the Florida Department of Revenue or the circuit court. A licensee may not practice on a suspended license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**ADMINISTRATIVE SUSPENSION/INACTIVE** – An Administrative Suspension is a non-disciplinary action relating to support orders under section 409.2598(5)(b), Florida Statutes, according to which the Florida Department of Health suspends the inactive license upon notice by the Florida Department of Revenue or the circuit court. A licensee may not practice on an inactive or suspended license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**CLEAR/ACTIVE** – The licensed practitioner is clear to practice their profession in the state of Florida. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**CLEAR/INACTIVE** – The licensed practitioner is not authorized to practice in the state of Florida in an inactive status but maintains a license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**CONDITIONAL/ACTIVE** – The licensed practitioner holds an active license and the licensing board or department imposed conditions on the practitioner's license as specified in the final order. The licensed practitioner is authorized to practice their profession in the state of Florida under conditions specified by the licensing board or department. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**CONDITIONAL/INACTIVE** – The licensed practitioner holds an inactive license and the licensing board or department imposed conditions on the practitioner's license as specified in the final order. The licensed practitioner is not authorized to practice in the state of Florida in an inactive status but maintains a license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**DEACTIVATED** – (For Registered Nurses and Licensed Practical Nurses) – The practitioner holds a Multistate License in another Nurse Licensure Compact (NLC) jurisdiction. A deactivated license cannot be renewed and the licensee is not required to obtain continuing education hours for it.

**DECEASED** – The department has received reliable notification that the licensee has passed away and has updated the license record.

**DELINQUENT/ACTIVE** – The licensed practitioner held an active license but failed to renew the license by the expiration date as required by Chapter 456, Florida Statutes. The licensed practitioner is not authorized to practice in the state of Florida with a delinquent license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

Updated 5/13/2026

**DELINQUENT/INACTIVE** – The licensed practitioner held an inactive license but failed to renew the license by the expiration date as required by Chapter 456, Florida Statutes. The licensed practitioner is not authorized to practice in the state of Florida with a delinquent or inactive license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**DENIED RENEWAL** – The licensed practitioner was denied the ability to renew the license because of ineligibility for renewal under section 456.0635, Florida Statutes. The practitioner is not authorized to practice in the state of Florida.

**DISCIPLINARY RELINQUISH** – The licensing board or department has disciplined the licensed practitioner and the licensee offered to give up their license to practice in the state of Florida to avoid further prosecution in a disciplinary case. The practitioner is not authorized to practice in the state of Florida. If required to provide a practitioner profile, the practitioner is no longer obligated to update this profile.

**EMERGENCY RESTRICTION/ACTIVE** – The licensed practitioner holds an active license that is restricted by an emergency order issued by the department. The licensed practitioner may practice in the state of Florida, but has restrictions specified by the emergency order. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**EMERGENCY RESTRICTION/INACTIVE** – The licensed practitioner holds an inactive license that is restricted by an emergency order issued by the department. The licensed practitioner is not authorized to practice in the state of Florida in an inactive status but maintains a license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**EMERGENCY SUSPENSION/ACTIVE** – The licensed practitioner holds an active license that is suspended by an emergency order issued by the department. The licensed practitioner is not authorized to practice in the state of Florida while their license is suspended under emergency order. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**EMERGENCY SUSPENSION/INACTIVE** – The licensed practitioner holds an inactive license that is suspended by an emergency order issued by the department. The licensed practitioner is not authorized to practice in the state of Florida while their license is suspended under emergency order or in an inactive status. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**EXPIRED/ACTIVE** (for Radiologic Technologists) – The licensed practitioner held an active license but failed to renew their license by the expiration date. The licensed practitioner is not authorized to practice in the state of Florida with an expired license. A license that has been expired for less than 10 years may be reactivated. A license that has been expired for more than 10 years automatically becomes Null and Void.

**EXPIRED/INACTIVE** (for Radiologic Technologists) – The licensed practitioner held an inactive license but failed to renew their license by the expiration date. The licensed practitioner is not authorized to practice in the state of Florida in an expired or inactive status, but maintains a license. A license that has been expired for less than 10 years may be reactivated. A license that has been expired for more than 10 years automatically becomes Null and Void.

**INVOLUNTARY/INACTIVE (for EMT/Paramedics)** – The EMT/paramedic failed to renew at the end of the two-year certification period. The EMT/paramedic may remain inactive for a period not to exceed two renewal periods, but after that loses the certification. The EMT/paramedic is not authorized to practice in the state of Florida.

**MILITARY ACTIVE** – The licensed practitioner, serving in the Armed Forces of the United States in Florida, is only authorized to practice in a military facility. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**NULL AND VOID** – The licensed practitioner failed to renew their licensure status for two renewal cycles, resulting in their license becoming Null and Void. The practitioner is not authorized to practice in the state of Florida. If required to provide a practitioner profile, the practitioner is no longer obligated to update this profile.

**OBLIGATIONS/ACTIVE** – The licensed practitioner held an active license when the licensing board or department disciplined the licensed practitioner, which may include restrictions and/or additional requirements placed on the licensed practitioner. The licensed practitioner may practice their profession in the state of Florida under the conditions specified by the licensing board or department. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**OBLIGATIONS/INACTIVE** – The licensed practitioner held an inactive license when the licensing board or department disciplined the licensed practitioner, which may include restrictions and/or additional requirements placed on the licensed practitioner. The licensed practitioner is not authorized to practice in the state of Florida in an inactive status, but maintains a license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**PROBATION/ACTIVE** – The licensed practitioner held an active license when the licensing board or department disciplined the licensed practitioner. The licensing board or department imposed probation on the practitioner's license as specified in the board order or has disciplined the licensed practitioner and placed their license in a probationary status. The licensed practitioner may practice their profession in the state of Florida under terms specified by the final order. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**PROBATION/INACTIVE** – The licensed practitioner held an inactive license when the licensing board or department disciplined the licensed practitioner. The licensing board or department imposed probation on the practitioner's license as specified in the board order or has disciplined the licensed practitioner and placed their license in a probationary status. The licensed practitioner is not authorized to practice in the state of Florida in an inactive status but maintains a license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**RETIRED** – The licensed practitioner is not practicing in the state of Florida, but maintains a retired status license. The licensed practitioner is not authorized to practice in the state of Florida. If required to provide a practitioner profile, the practitioner is no longer obligated to update this profile.

**REVOKED** – As part of disciplinary action the board or department has taken away the practitioner's license to practice. The practitioner is not authorized to practice in the state of Florida. If required to provide a practitioner profile, the practitioner is no longer obligated to update this profile.

**SUSPENDED/ACTIVE** – The licensed practitioner held an active license when the licensing board or department disciplined the licensed practitioner, prohibiting the practitioner from practicing in the state of Florida for a specified period of time outlined in the final order. The licensed practitioner may not practice on a suspended license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**SUSPENDED/INACTIVE** – The licensed practitioner held an inactive license when the licensing board or department disciplined the licensed practitioner, prohibiting the practitioner from practicing in the state of Florida for a specified period of time outlined in the final order The licensed practitioner may not practice on a suspended license or inactive status. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**TEMPORARY** – The licensing board or department issued a temporary license. The practitioner may practice their profession in the state of Florida for a set amount of time determined by the licensing board or department.

Updated 5/13/2026

**VOLUNTARY/INACTIVE (for EMT/Paramedics)** – The EMT/paramedic had an active certification and made a written request to place the certification on inactive status. The EMT/paramedic may remain inactive for a period of up to six years from the date the certificate was placed in inactive status. The EMT is not authorized to practice in the state of Florida.

**VOLUNTARY RELINQUISHMENT** – The licensed practitioner elected to give up their license to practice in the state of Florida. This relinquishment does not constitute discipline. If required to provide a practitioner profile, the practitioner is no longer obligated to update this profile.

**VOLUNTARY RELINQUISH PENDING BOARD ACTION** – The licensed practitioner has offered to relinquish their license to practice in the state of Florida and agrees not to practice pending approval of this relinquishment. This offer of relinquishment will be presented to the practitioner's board/council to take final action. The board\council will make the final decision regarding what action will be taken against the practitioner's license. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**VOLUNTARY WITHDRAWAL/ACTIVE** – The licensed practitioner holds an active license and has agreed to withdraw from practice. The licensee may not practice in Florida while the licensee is under a voluntary withdrawal agreement with the department. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

**VOLUNTARY WITHDRAWAL/INACTIVE** – The licensed practitioner holds an inactive license and has agreed to withdraw from practice. The licensee may not practice in Florida while the licensee is under a voluntary withdrawal agreement with the department or in an inactive status. If required to provide a practitioner profile, the practitioner is obligated to update this profile.

### Statuses Used for Entity (Non-individual) Licenses

**ACCREDITED (Only for Nursing Education Programs)** – An accredited nursing education program, as defined by section 464.003, Florida Statutes, is a program for the prelicensure education of professional or practical nurses that is conducted at an educational institution. This institution, whether in Florida, another state, or the District of Columbia, is accredited by a specialized nursing accrediting agency that is nationally recognized by the Secretary of Education.

**ACTIVE** – The licensed entity is clear to operate in the state of Florida.

**ADMINISTRATIVE REVOCATION (Only for Pain Management Clinics)** – Administrative Revocation is a non-disciplinary action issued pursuant to subsections 458.3265(1) and 459.0137(1), Florida Statutes. This action nullifies the registration of a pain management clinic when the department finds that the clinic failed to meet certain criteria. A clinic may not operate with a revoked registration.

**APPROVED** – An education provider or course that is approved to provide pre-licensure or continuing education.

**CLEAR** – The facility, establishment, or education program may provide regulated services in the state of Florida.

**CLOSED** – The facility, establishment, or education program is no longer operating.

**CONDITIONAL** – The licensing board or department imposed conditions on the entity's license as specified in the final order. The licensed entity may operate in the state of Florida under conditions specified by the licensing board or department.

**DELINQUENT** – The licensed entity failed to renew the license by the expiration date as required by Chapter 456, Florida Statutes. The licensed entity is not authorized to operate in the state of Florida.

**DISCIPLINARY RELINQUISH –** The licensing board or department disciplined the licensed entity and the licensee offered to give up their license to operate in the state of Florida to avoid further prosecution in a disciplinary case.

**EMERGENCY SUSPENSION –** The licensed entity is suspended by emergency order of the department. The licensed entity may not operate in the state of Florida while the license is suspended under emergency order.

**NULL AND VOID –** The licensed entity failed to renew their licensure status for two renewal cycles resulting in their license becoming Null and Void.

**OBLIGATIONS –** The licensing board or department has disciplined the licensed entity, which may include restrictions and/or additional requirements, placed on the licensed entity. The licensed entity may operate in the state of Florida under the conditions specified by the licensing board or department.

**PROBATION –** The licensing board or department imposed probation on the entity's license as specified in the board order or has disciplined the licensed entity and placed their license in a probationary status. The licensed entity may operate in the state of Florida under terms specified by Final Order.

**REVOKED –** As part of disciplinary action, the board or department has taken away the entity's license to operate. The entity is not authorized to operate in the state of Florida.

**SUSPENDED –** The licensing board or department disciplined the licensed entity, prohibiting them from operating in the state of Florida for a specified period of time outlined in the final order.

**TERMINATED (Only for Nursing Education Programs) –** A nursing education program, as defined by section 464.003, Florida Statutes, is no longer offering a program for the prelicensure education of professional or practical nurses.

**VOLUNTARY RELINQUISH PENDING BOARD ACTION –** The licensed entity has offered to relinquish their license to operate in the state of Florida and agrees not to operate pending approval of this relinquishment. This offer of relinquishment will be presented to the entity's board/council to take final action. The board\council will make the final decision regarding what action will be taken against the entity's license.

**VOLUNTARY RELINQUISHMENT –** The licensed entity elected to give up their license to practice in the state of Florida. This relinquishment does not constitute discipline.