**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| **LATHONIA BENNETT** ) | **CIVIL ACTION NO. 4:26-CV-01034-** |
| ) | **JD-PJG** |
| **PLAINTIFF,** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **WILLIAMSBURG COUNTY; WILLIAMSBURG** ) | |
| **COUNTY COUNCIL; KELVIN WASHINGTON,** ) | |
| **COUNTY SUPERVISOR, IN HIS OFFICIAL** ) | |
| **CAPACITY; HIXON COPP, DIRECTOR OF** ) | **CERTIFICATE OF SERVICE** |
| **ECONOMIC DEVELOPMENT, IN HIS OFFICIAL** ) | |
| **CAPACITY; AMANDA SHULER, COUNTY** ) | |
| **ATTORNEY, IN HER OFFICIAL AND** ) | |
| **INDIVIDUAL CAPACITIES; WILLIAMSBURG** ) | |
| **COUNTY ECONOMIC DEVELOPMENT BOARD;** ) | |
| **WILLIAMSBURG COUNTY DEVELOPMENT** ) | |
| **CORPORATION (WCDC),** ) | |
| ) | |
| **DEFENDANTS.** ) | |
| ) | |

I, the undersigned counsel for Amanda Shuler and Williamsburg County Development Corporation, hereby certify that on **June 15, 2026**, I have served via US First Class Mail the below-identified document(s) on the below listed person(s):

1. **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT COUNSEL (DKT. NO. 99)**
2. **CERTIFICATE OF SERVICE**
3. **NOTICE OF ELECTRONIC FILING OF ABOVE-NAMED DOCUMENT**

*Person Served:*

| | |
|---|---|
| Lathonia Bennett<br>P.O. Box 1010<br>Kingstree, South Carolina 29556<br>*Pro Se Plaintiff* | |

1

Respectfully submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

By: s/Steve A. Matthews
        Steve A. Matthews
        Federal ID No. 5119
        smatthews@hsblawfirm.com
1201 Main Street  (29201-3226)
P.O. Box 11889  (29211-1889)
Columbia, South Carolina
803.540.7827
*Counsel for Amanda Shuler and Williamsburg
County Development Corporation*