**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | | |
|---|---|---|
| Lathonia Bennett, | ) | Civil Action No.: 4:26-cv-01034-JD-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Williamsburg County; Williamsburg County Council; Kelvin Washington, County Supervisor, in his official capacity; Hixon Copp, Director of Economic Development, in his official capacity; Amanda Shuler, County Attorney, in her individual and official capacities; Williamsburg County Economic Development Board; Williamsburg County Development Corporation (WCDC), | ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | |

The undersigned employee of SMITH│ROBINSON, attorneys for the Defendants Williamsburg County, Williamsburg County Council, Kelvin Washington, County Supervisor, in his official capacity, Hixon Copp, Director of Economic Development, in his official capacity, and Williamsburg County Economic Development Board does hereby certify that service of the **Reply to Plaintiff's Response in Opposition to Defendants' Motion for Sanctions, and Response to Plaintiff's Motion for Ruling on Emergency Motion for Protective Order and Clarification or Extension of Deadlines on behalf of Defendants Williamsburg County, Williamsburg County Council, Williamsburg County Economic Development Board, Washington and Copp** in the above-captioned action was made upon the *pro se* Plaintiff by electronic mail and U.S. mail at the below listed addresses this the 15th day of June, 2026 as follows:

Lathonia Bennett
P.O. Box 1010
Kingstree, SC  29556
lathonia@justuscpp.org
lathonia@yahoo.com

*s/ Daniel C. Plyler*