o [Manage Users](#)
o [System Notifications](#)
o [Billing Information](#)
o [Activity Reports](#)
o [Address Book](#)
o [PDF Tools](#)

-  [?]Help(opens in a new tab)Logout

# Job Recipient List/Review

## My Mailing 05/10/2026

**Job #:** **13968586**

**Quantity:** **3**

**Mailed On:** **05/12/2026**

### Mailed Recipients

[3 Mailed Recipients]                                                                                          **Filter**

| AcctNo | Name1 | Name2 | Address 1 | Address 2 | City | State | Zip | Proof |
|--------|-------|-------|-----------|-----------|------|-------|-----|-------|
| 1 | HSB Law Firm | Attorney Steve A. Matthews | 1201 Main Street, 22nd Floor | | Columbia | SC | 29201 | View |
| 2 | Matthew J Perry, Jr Courthouse | US District Court Judge Gossette | 901 Richland Street | | Columbia | SC | 29201 | View |
| 3 | Smith Robinson | Atty Daniel C Plyler | 3200 Devine Street | | Columbia | SC | 29205 | View |

[3 Mailed Recipients]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Removed Recipients

[0 Recipient Were Removed]

| AcctNo | Name1 | Name2 | Address 1 | Address 2 | City | State | Zip | Proof |
|--------|-------|-------|-----------|-----------|------|-------|-----|-------|

[0 Recipient Were Removed]

Back to Jobs     Review Inserts

