IL 14218451.1.1-10

Justus Community Perpetualization Project
PO Box 1010
Kingstree SC 29556-1010

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM



ITEM X-RAYED BY USMS

JUN 22 '26 PM 12:05
RCV'D – USDC FLO SC

0014218451000011
McMillan Federal Building District Court
JUDGE DAWSON  Civil Case manager
401 West Evans St
Florence SC 29501
USA

105  EB14SP2  29501

10-2WFC