RECEIVED
USDC CLERK.COLUMBIA. SC

2026 JUN 24  AM 8: 57

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

Lathonia Bennett
PO Box 1010
Kingstree SC 29556-1010

0014220365000011
Matthew J Perry, Jr Courthouse
US District Court Judge Gossette
901 Richland Street
Columbia SC 29201
USA



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

RECEIVED
USDC CLERK, COLUMBIA, SC

2026 JUN 24   AM 8: 46

