UNITED STATES DISTRICT COURT

Florence District Court

LATHONIA BENNETT,
Plaintiff,

v.                                    Action No. 4:26-cv-01034

Williamsburg county et al,

Defendants.

NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Lathonia Bennett, proceeding pro se, respectfully notifies the Court that she hereby withdraws her previously submitted Motion for Appointment of Counsel.

After further consideration, Plaintiff no longer wishes to pursue the request for appointment of counsel at this time and respectfully requests that the Court take no action on the motion.

Respectfully submitted,

Lathonia Bennett Plaintiff, Pro Se

137 Broughton Ave

Andrews, SC 29510

912 996-3303

Date: June 2,2026