Justus Community Perpetpalization Project
PO Box 1010
Kingstree SC 29556-1010

0014251017000020
Matthew J Perry, Jr Courthouse
US District Court Judge Gossette
901 Richland Street
Columbia SC 29201
USA





RECEIVED
USDC CLERK, COLUMBIA, SC

2026 J 124   AM 8:10

PRESORTED
**FIRST-CLASS MAIL**
U.S. POSTAGE
PAID
LETTERSTREAM



105 EBS4SP1 29201



SUSTAINABLE FORESTRY INITIATIVE  Certified Sourcing  www.sfiprogram.org  SFI-00411

