14579552.2.33-98

**Dr. Lathonia Bennett, DDS**
P.O. Box 1010
Kingstree, South Carolina 29556
Telephone: (912) 996-3303
Email: lathonia@justuscpp.org

June 12, 2026

**VIA EMAIL AND U.S. MAIL**

Daniel C. Plyler, Esq.
William K. Rees, Esq.
Smith Robinson Holler DuBose & Morgan, LLC
3200 Devine Street
Columbia, South Carolina 29205

Steve A. Matthews, Esq.
Haynsworth Sinkler Boyd, P.A.
1201 Main Street, 22nd Floor
Columbia, South Carolina 29201

**Re: Meet-and-Confer Regarding Overdue Discovery Responses**

**Bennett v. Williamsburg County, et al., No. 4:26-cv-01034-JD-PJG**

Dear Counsel:

I write pursuant to Federal Rule of Civil Procedure 37(a)(1) and Local Civil Rule 7.02 (D.S.C.) to confer in good faith regarding Defendants' outstanding responses to my discovery requests, in an effort to resolve this matter without the need for court action.

On April 26, 2026, I served my First Set of Requests for Production of Documents, Interrogatories, and Requests for Admission. Defendants' responses were due on or about May 26, 2026. See Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), 36(a)(3). On May 9, 2026, I served my Second Set of the same categories of requests, with responses due on or about June 8, 2026. To date, I have not received any responses, partial responses, or specific objections to either set.

I am aware that on June 9, 2026 the Court entered an order (ECF No. 117) staying discovery. I intend to ask the Court to reconsider that stay and to compel responses, in part because

14579552.2.34-99

Defendants' deadlines had already passed before the stay issued. Before doing so, I am writing to confer. Specifically, I ask that Defendants:

(1) advise whether they will provide complete responses to the First and Second Sets, and if so, by what date;

(2) state their position on whether the Requests for Admission served April 26, 2026 are deemed admitted under Rule 36(a)(3); and

(3) confirm in writing that Defendants and their counsel are preserving all documents, communications, and electronically stored information within the scope of my requests, including materials held by the individual Defendants and the institutional Defendants.

I am available to confer by telephone or email at your convenience. So that I may represent our communications accurately to the Court, I respectfully request a written response on or before June 19, 2026. If I do not receive a response by that date, I will treat the matter as one on which the parties could not agree and will proceed accordingly.

Thank you for your attention to this matter. I look forward to your response.

Respectfully,

Dr. Lathonia Bennett, DDS
Plaintiff, Pro Se