14579552.2.1-98

RECEIVED
USDC CLERK, COLUMBIA, SC

2026 AUG 17 PM 1:58

Justus Community Perpetualization Project
PO Box 1010
Kingstree SC 29556-1010

00145795520000010
Matthew J Perry, Jr Courthouse
US District Court Judge Gossette
901 Richland Street
Columbia SC 29201
USA

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM