GND ADV

US POSTAGE PITNEY BOWES

ZIP 33331 $ 013.00⁰
02 7W
0006031743 AUG 06 2026

[redacted]

ITEM X-RAYED BY
USMS
8-17-26
Signature

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 AUG 17 PM 1:40

12-1WFC