AO 450 (SCD 11/2011) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Lathonia Bennett,
*Plaintiff*
v.
Williamsburg County; Williamsburg County Council; Kelvin Washington; Hixon Copp; Amanda Shuler; Williamsburg County Economic Development Board; and Williamsburg County Development Corporation,
*Defendant*

Civil Action No. 4:26-cv-01034-JD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

✔ other: This action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge _______________ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____________ without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge.

Date: November 24, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Gibbons

*Signature of Deputy Clerk*